# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| FAMILY DOLLAR, INC., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. _____ |
| § | |
| AMERICAN ARBITRATION § | |
| ASSOCIATION, INC., § | |
| § | |
| *Defendant.* § | |

# COMPLAINT

# EXHIBIT C

| | |
|---|---|
| **From:** | AAA Heather Santo <heathersanto@adr.org> |
| **Sent:** | Monday, December 2, 2019 1:17 PM |
| **To:** | Beth Berman |
| **Cc:** | AAA Patrick Tatum; |
| **Subject:** | RE: arbitrations |
| **Attachments:** | Exhibit B.xlsx |

Dear Counsel,

This will acknowledge receipt of Claimants' email dated November 29, 2019.

Pursuant to the agreement of the parties, the AAA is reopening the matters involving the 1,166 individuals identified on the attached spreadsheet.

We will proceed with administration upon receipt of Respondent's payment in the amount of $2,565,200.00.  Please mail your check to the American Arbitration Association at 13727 Noel Road, Suite 700, Dallas, TX 75240.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Heather Santo



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:**
**Sent:** Friday, November 29, 2019 4:51 PM
**To:** AAA Heather Santo <heathersanto@adr.org>; Beth Berman <bberman@dollartree.com>
**Cc:** AAA Patrick Tatum <patricktatum@adr.org>;

**Subject:** RE:

**\*\*\* External E-Mail – Use Caution \*\*\***

Ms. Santo,

While we reserve the right to pursue arbitration on behalf of additional claimants for whom Family Dollar has not paid the required filing fees, we join Family Dollar in asking AAA to reopen the arbitrations of the 1,166 claimants for which Family Dollar has committed to pay the required filing fees. I have attached an updated Exhibit B that shows only those 1,166 claimants.

Sincerely,

**From:** AAA Heather Santo <heathersanto@adr.org>
**Sent:** Friday, November 22, 2019 9:27 AM
**To:** Beth Berman <bberman@dollartree.com>;
**Cc:** AAA Patrick Tatum <patricktatum@adr.org>;
**Subject:** RE: ▇▇▇▇ arbitrations

Dear Counsel,

This will acknowledge receipt of the below email from Respondent. We ask Claimants to provide their comments to Respondent's email by December 2, 2019.

Sincerely,

Heather Santo



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Thursday, November 21, 2019 8:09 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Cc:** AAA Patrick Tatum <patricktatum@adr.org>;
**Subject:** ▇▇▇▇ arbitrations

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Ms. Santo,

While we continue to believe that none of the arbitration demands sent by ▇▇▇▇ meets AAA's minimum filing requirements and further believe that the November 1, 2019 fee schedule should be applied to these demands, in order to move these arbitrations along Family Dollar will pay the $2,200 per case filing

2

fee for each of the individuals identified on Exhibit B to ▮▮▮'s November 8, 2019, correspondence with the exception of the following individuals.

Individuals whose arbitration agreements provide for arbitration before JAMS, not AAA:



Individuals who are barred by their bankruptcy filings:





Individual who released the company from all employment related claims in 2018, after her employment with the company had ended:

That would leave 1166 claimants on the list. Please advise whether this is acceptable to AAA. If it is, Family Dollar will forward a check in the amount of $2,565,200 to AAA. We also request, to the extent some of these cases never go forward, that AAA refund the filing fee for those cases in whole or in part.

Thank you.

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA  23320
Direct Dial:  (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com
**DOLLAR TREE | FAMILY DOLLAR**

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.