# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **FAMILY DOLLAR, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. _____ |
| § | |
| **AMERICAN ARBITRATION** § | |
| **ASSOCIATION, INC.,** § | |
| § | |
| *Defendant.* § | |

# COMPLAINT

# EXHIBIT D

| | |
|---|---|
| **From:** | AAA Heather Santo <heathersanto@adr.org> |
| **Sent:** | Thursday, December 12, 2019 9:31 AM |
| **To:** | Beth Berman |
| **Cc:** | Elaine Hogan; Sara Rafal |
| **Subject:** | RE: AAA claimants |

Dear Counsel,

This will confirm the demands for arbitration for ▮▮▮▮ and ▮▮▮▮ have been withdrawn.

We will proceed with administration of the remaining 1,164 individual demands for arbitration upon receipt of Respondent's payment in the amount of $2,560,800.00.  Please mail your check to the American Arbitration Association at 13727 Noel Road, Suite 700, Dallas, TX 75240.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Heather Santo



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** ▮▮▮▮
**Sent:** Wednesday, December 11, 2019 8:07 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Cc:** Elaine Hogan <ehogan2@dollartree.com>; Sara Rafal <srafal@dollartree.com>; Beth Berman <bberman@dollartree.com>; ▮▮▮▮
**Subject:** RE: AAA claimants

**\*\*\* External E-Mail – Use Caution \*\*\***

Ms. Santo,

▮▮▮▮ is hereby withdrawing the demands for arbitration we filed on behalf of ▮▮▮▮ and ▮▮▮▮.

Please let us know if you require any additional information to process the withdrawal.

Best,



**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Wednesday, December 4, 2019 4:50 PM
**To:**
**Cc:**                                                                 Elaine Hogan <ehogan2@dollartree.com>; Sara Rafal <srafal@dollartree.com>; AAA Heather Santo <heathersanto@adr.org>
**Subject:** AAA claimants

We identified the following additional claimants who are untimely.  The last day each one worked was more than 3 years before the demands were filed. Accordingly, we would appreciate you asking AAA to remove them from the list of demands you sent to AAA last week.

| Name | Date Demand Served | Termination Date | Last Day Worked |
| --- | --- | --- | --- |
|  | 7/9/2019 | 8/18/2016 | 6/7/2016 |
|  | 9/20/2019 | 9/9/2016 | 8/4/2016 |

Thank you

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA  23320
Direct Dial:  (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com
**DOLLAR TREE | FAMILY DOLLAR**

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.