IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| **FAMILY DOLLAR, INC.,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. _____ |
| **AMERICAN ARBITRATION ASSOCIATION, INC.,** | § § § § | |
| *Defendant.* | § | |

# COMPLAINT

# EXHIBIT G



January 28, 2020

Heather Santo
American Arbitration Association
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919

VIA ELECTRONIC DELIVERY

Re:   Arbitration Demands Against Family Dollar Stores, Inc.

Dear Ms. Santo,

The Claimants represented by our firm have reached a settlement agreement in principle with Family Dollar Stores, Inc.[1]

The terms of the agreement, and the fact that the parties have entered into it, are strictly confidential.

The parties will inform AAA when the settlement has been finalized and Claimants' matters have been resolved. Until then, the parties respectfully request that AAA take no action with respect to Claimants' arbitration demands.

Please contact me or outside counsel for Family Dollar Stores, Inc., Lindbergh Porter and Sophia Behnia, if you have any questions.

Sincerely,

Cc:   Lindbergh Porter – LPorter@littler.com
       Sophia Behnia – SBehnia@littler.com

---

[1] The settlement also includes all other Family Dollar entities that Claimants could potentially name as Respondents.