IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| FAMILY DOLLAR, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. _____ |
| AMERICAN ARBITRATION ASSOCIATION, INC., | § § § § | |
| *Defendant.* | § | |

# COMPLAINT

# EXHIBIT H



Northeast Case Management Center
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919
Phone: 866-293-4053
www.adr.org

# INVOICE/STATEMENT

Bill to:  Sophia Behnia, Esq.
         Littler Mendelson, P.C.
         333 Bush Street, 34th Floor
         San Francisco, CA 94104

Re: 1,135 Individuals v. Family Dollar Stores, Inc.

**Invoice Date:** 21-Feb-2020
**Invoice Due:** Upon Receipt

| Date | Ref # | Description | Amount | Credits/Payments | Balance | Due Date |
|---|---|---|---|---|---|---|
| 21-Feb-2020 | | AAA Filing Fees | $681,000.00 | $0.00 | $681,000.00 | Upon Receipt |

| Description | Amount Due |
|---|---|
| Respondent's Initial Administrative Filing Fees | $681,000.00 |

| **PAYMENT DUE: Upon Receipt** | **$681,000.00** |
|---|---|

**IMPORTANT: RETURN COPY OF INVOICE TO ENSURE PROPER CREDIT**

BILLS ARE PAYABLE UPON RECEIPT
Please make checks payable to: **American Arbitration Association**

Please mail check to    **Attn: Larry Allston**
                        **American Arbitration Association**
                        **13727 Noel Road, Suite 700**
                        **Dallas, TX   75240**