IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| **FAMILY DOLLAR, INC.,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:20-cv-248 |
| **AMERICAN ARBITRATION ASSOCIATION, INC.,** | § § § § | |
| *Defendant.* | § § | |

## DECLARATION OF MICHAEL R. SHEBELSKIE

I, Michael R. Shebelskie declare as follows:

1. I am a partner with the law firm of Hunton Andrews Kurth LLP. I am counsel of record for Family Dollar, Inc. (Family Dollar).

2. Paragraph 62 of AAA's counterclaim in this action refers to three versions of arbitration agreements between Family Dollar and its employees. Authentic copies of those versions are attached as Exhibits A, B and C to Family Dollar's brief in support of its motion to dismiss AAA's counterclaim. They also are available through Family Dollar's website at https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dtarbitration.com&d= DwIFAw&c=jxhwBfk-KSV6FFIot0PGng&r=8Sqb3qAaioF30m7kKYFJGMZ_ UTxSVM18zPwxLEXs0QE&m=f379wHsRT_ManIGH5gsfbApB7DRXtZR9nHGHxQQ2zSc& s=GbELxcetDxS3p9z22pJitgxqyNN56AYiXX_lfkkkjH4&e=.

3. Paragraph 72 of AAA's counterclaim identifies communications from Family Dollar's in-house counsel to AAA. Authentic copies of the referenced communications are attached as Exhibit D to Family Dollar's brief in support of its motion to dismiss AAA's counterclaim.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2020.

By: *Michael R. Shebelskie*
Michael R. Shebelskie

2