# EXHIBIT D

**From:** Beth Berman
**To:** heathersanto@adr.org
**Bcc:** Elaine Hogan; JJ Jacobson-Allen; jschwartz@gibsondunn.com; jmrdjenovic@gibsondunn.com; bmiller@seyfarth.com; pbannon@seyfarth.com; lporter@littler.com; sbehnia@littler.com
**Subject:** Family Dollar arbitration demands
**Date:** Monday, September 23, 2019 4:56:16 PM
**Attachments:** image001.jpg

---

Ms. Santo,

Thank you for your call last Friday and for providing your contact information.

I wish to confirm a few things about our conversation to be sure I correctly understood what we discussed. As an initial matter, you advised me that Warren Postman told you on Friday, September 20th, that he wished to go ahead with prosecuting 970 arbitration demands filed by him against Family Dollar. I advised you that more than 100 of those demands were for individuals whom we were not able to identify as having worked for Family Dollar and that I wished to reach out to Mr. Postman regarding them before proceeding. You asked that I copy you on my correspondence to Mr. Postman so that you could confirm that I had reached out to him. By now, you should have received my email to Mr. Postman.

When I asked you about how the AAA handles mass arbitrations, among other things, you advised that the AAA recommends that the parties agree to arbitrate the cases on a state by state basis and use test cases as they go but that Mr. Postman had not agreed to such a process. You also told me that the AAA is handling a mass filing involving 380 separate arbitrations and in that case the arbitrations are currently being scheduled to occur in 2021. Finally, you also said that the AAA was working on creating a fee structure for mass arbitrations and that you expected it would be published soon but you could not say exactly when that would be. Until such time as that fee schedule is published, the AAA will continue to charge its published single arbitration fees even in the case of mass arbitrations.

If you believe I have misconstrued anything in the foregoing, please advise.

Sincerely,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

**From:** Beth Berman
**To:** AAA Heather Santo
**Bcc:** JJ Jacobson-Allen; Elaine Hogan; Sara Rafal; jschwartz@gibsondunn com; jmrdjenovic@gibsondunn.com; pbannon@seyfarth.com; bmiller@seyfarth.com; lporter@littler.com; sbehnia@littler.com
**Subject:** RE: I received your voicemail
**Date:** Friday, September 27, 2019 2:45:56 PM
**Attachments:** image002.jpg
image004.png
image006.jpg

---

Ms. Santo,

As I shared with you when we spoke last Friday, and then by copying you on my email to Mr. Postman last Monday, we are trying to work through some logistics with Keller Lenkner. Toward that end, Mr. Postman and I have engaged in additional correspondence and our dialogue is continuing. Thus it would be premature to move forward with processing any of the arbitration demands at this time.

Also, although Mr. Postman provided additional information regarding 52 people who were on our original list of unidentified individuals, we continue to be unable to identify some of them as ever having worked for Family Dollar. Furthermore, of those we did identify, some agreed to arbitrate their claims before JAMS rather than the AAA.

Earlier this week, Mr. Postman sent us copies of approximately 992 more demands that he asserts were filed with the AAA and to which we assume you are referring below. We are working to identify who among that group did and did not work for us. To expedite that process, we requested that Keller Lenkner provide us with a list of all the new demands along with other information that would help determine whether or not the claimants were Family Dollar employees. Mr. Postman declined to provide that information. As a result, we are forced to go through a more arduous time-consuming process to try to identify the claimants. That process has not been completed and, at this time, we do not know who among the 992 individuals worked for Family Dollar.

In addition, the demands do not comply with the AAA Rules' requirement that the individual initiating arbitration set forth a "statement of the nature of the dispute" and "the amount in controversy." R. 4(b)(i)(1). Instead, the demands expressly *decline* to specify an amount in controversy, and each includes the same boilerplate allegation that fails to provide Family Dollar with any, let alone sufficient, notice of the underlying factual basis for the claims. This is not a mere procedural technicality, as without this information Family Dollar is severely prejudiced. The parties expressly agreed that any arbitration before the AAA would proceed under AAA Rules. Just as you advised me that the AAA had to enforce all its rules, excusing Keller Lenkner from complying with AAA's published rules not only would violate both the letter and the spirit of the arbitration agreements, but would also show favoritism to Keller Lenkner at Family Dollar's expense.]

Accordingly, we believe it is inappropriate to proceed until all the foregoing issues have been resolved.

Sincerely,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**From:** AAA Heather Santo [mailto:heathersanto@adr.org]
**Sent:** Friday, September 27, 2019 9:58 AM
**To:** Beth Berman <bberman@dollartree.com>
**Subject:** RE: I received your voicemail

Ms. Berman,

Thank you for your email. I was calling to follow up on the email exchange between you and Mr. Postman. To date we have received 1,962 individual demands against Family Dollar. You provided Mr. Postman a list of 115 individuals that you were unable to identify as Family Dollar employees. Mr. Postman has asked AAA to hold off on proceeding with 63 of those individuals while he conducts further investigation. He provided you with supplemental information regarding the remaining 52 individuals. He also withdrew the claims of two individuals.

At this time, we will move forward with requesting fees for the remaining 1,845 cases. Please note that while Mr. Postman has provided supplemental information for the 52 individuals in order for Family Dollar to confirm they were employees, we are not as of yet assessing filing fees for those cases.

Please let me know if you have any questions.

Sincerely,

Heather Santo

Logo 

**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703 F: 401 435 6529 E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Wednesday, September 25, 2019 2:03 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Subject:** I received your voicemail

***** External E-Mail – Use Caution *****

I am out of the office in meetings and traveling. Can you send me an email as it will be easier for me to respond by email than to call you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.

**From:** Beth Berman
**To:** AAA Heather Santo
**Bcc:** William Old; Elaine Hogan; Sara Rafal; JJ Jacobson-Allen; jschwartz@gibsondunn.com; jmrdjenovic@gibsondunn.com; lporter@littler.com; sbehnia@littler.com; pbannon@seyfarth.com; bmiller@seyfarth.com
**Subject:** RE: Family Dollar Arbitrations - Scheduling administrative conference call
**Date:** Wednesday, October 2, 2019 12:06:04 PM
**Attachments:** image010.jpg
image011.png
image012.jpg
image001.jpg
image002.png
image003.jpg

---

Ms. Santo,

I do not understand why the answer to my question would be part of a conference call with opposing counsel. You specifically told me that the AAA has to enforce its rules as published so as to maintain its position as a neutral. I am merely asking whether the AAA is going to enforce all of its published rules, including Rule 4 b. (ii). The information that is required to be included in a demand for arbitration that has been omitted is purely within the claimants' knowledge (i.e., how many hours they allege they worked off the clock, the circumstances under which such work occurred etc.). Thus, there is no permissible justification for the omission.

As Mr. Postman is not part of the AAA, I do not understand why he would be part of the AAA's decision.

Sincerely,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**From:** AAA Heather Santo [mailto:heathersanto@adr.org]
**Sent:** Wednesday, October 02, 2019 11:37 AM
**To:** Beth Berman <bberman@dollartree.com>
**Subject:** RE: Family Dollar Arbitrations - Scheduling administrative conference call

Dear Ms. Berman,

The inquiry made below will be addressed during the conference call. Could you please provide your availability for a conference call tomorrow and copy opposing counsel on your response.

Thank you,

Logo

**Heather Santo**
American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703 F: 401 435 6529 E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Wednesday, October 2, 2019 11:02 AM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Subject:** RE: Family Dollar Arbitrations - Scheduling administrative conference call

***** External E-Mail – Use Caution *****

Dear Ms. Santo,

Thank you for your email and phone call. As my out of office message indicated, I was not working and had no access to email the last two days hence the delay in responding. We agree that we should have a phone call to see if we can resolve certain issues, but before we do, please let me know what the AAA position is on whether it will follow Rule 4 b. (ii) (1) of its Employment Rules which specifies the requirements to initiate arbitration and states that, among other things, the Demand to arbitrate: ". . . **shall** set forth . . . a brief statement of the nature of the dispute; the amount in controversy . . ." Emphasis added. As you know, not a single demand sets forth the amount in controversy. Additionally, each demand alleging off the clock work contains boilerplate and identical allegations. The same is true for each exemption demand.

Sincerely,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**From:** AAA Heather Santo [mailto:heathersanto@adr.org]
**Sent:** Monday, September 30, 2019 3:47 PM
**To:** Warren Postman <wdp@kellerlenkner.com>; Beth Berman <bberman@dollartree.com>
**Cc:** Cheryl Florio <Florioc@adr.org>
**Subject:** Family Dollar Arbitrations - Scheduling administrative conference call

Dear Counsel:

As mentioned to both of you, I think it would be productive to have a joint conference call to discuss some of the issues raised.

Mr. Postman has indicated that he can make himself available anytime tomorrow and I can also make myself available at a time convenient for the parties.

Ms. Berman – please confirm your availability to participate in a conference call tomorrow as soon as possible.

Thank you.

Heather Santo

**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703 F: 401 435 6529 E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.

**From:** Beth Berman
**To:** AAA Heather Santo
**Bcc:** William Old; Sara Rafal; Elaine Hogan; JJ Jacobson-Allen; jschwartz@gibsondunn.com; jmrdjenovic@gibsondunn.com; lporter@littler.com; pbannon@seyfarth.com; bmiller@seyfarth.com
**Subject:** RE: 1,962 Individuals v. Family Dollar
**Date:** Thursday, October 3, 2019 10:21:18 PM
**Attachments:** image002.jpg
image004.png
image006.jpg

---

Ms. Santo,

Thank you for the opportunity to provide you with additional information on the deficiencies in Keller Lenkner's filings. However, we wish to clarify the procedures that AAA intends to use for resolving these threshold issues before we are required to pay what amounts to millions of dollars in administrative fees.

As you note below, we are continuing the arduous manual process required to determine whether the putative claimants were or were not employees of Family Dollar and whether AAA has authority to administer their claims. We are also working on identifying which claimants are time-barred. For its part, Keller Lenkner does not dispute that its demands are riddled with meritless claims filed on behalf of time-barred individuals or individuals who did not even work for Family Dollar. Indeed, they have conveyed to us that they are willing to confer in good faith regarding these issues. But this is not enough. Keller Lenkner should have undertaken this inquiry from the outset instead of filing hundreds of patently meritless demands and then shifting the burden on Family Dollar to discern which claims are dead at the starting gate. While that ship may now have sailed, at a minimum, Family Dollar should be afforded an opportunity to identify and eliminate patently frivolous claims before any fees are assessed.

These are not the only issues with these filings. Indeed, the boilerplate, cut-and-paste "demands" filed by Keller Lenkner fail to comply with even the most basic requirements for Demands under the parties' agreements and the AAA rules. And, again, some of these issues are undisputed. The demands on their face decline to comply with the requirement of providing an amount in controversy despite the fact that only claimants have knowledge as to how much time they allege to have performed work off the clock.

Although we appreciate the opportunity to provide additional detail about these issues, you have indicated that we will nonetheless be responsible for the payment of the filing fee "on each individual case where there is not a challenge that an individual was/is employed with Family Dollar." Because this is only one of many deficiencies that we have identified, we are concerned that you may have already prejudged the outcome on our remaining objections. In fact, you have set the due date for our filing fees for the same day as Keller Lenkner's response to our briefing on the deficiencies, indicating that you do not intend to resolve these disputes before requiring us to pay the fees. This approach is inconsistent with the AAA Employment/Workplace Fee Schedule, which provides that "[t]he employer or company's share of filing fees is due as soon as the employee or individual meets *his or her* filing requirements." Empl. Fee Sched. at 2 (emphasis added).

As a result, we would like to request a full and fair opportunity to be heard on these threshold matters as provided under the AAA rules. To that end, we are requesting that you suspend the arbitrary fee deadline set below and refer this issue to the Administrative Review Council to determine whether the filing requirements contained in the AAA Rules have been met.

Sincerely,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**From:** AAA Heather Santo [mailto:heathersanto@adr.org]
**Sent:** Thursday, October 03, 2019 10:10 AM
**To:** Warren Postman <wdp@kellerlenkner.com>; Sean Duddy <skd@kellerlenkner.com>; Beth Berman <bberman@dollartree.com>; AAA Heather Santo <heathersanto@adr.org>

**Subject:** 1,962 Individuals v. Family Dollar

Dear Counsel,

This will acknowledge receipt of 1,962 individual Demands for Arbitration alleging claims against Family Dollar. Upon review of the documents this will confirm that the AAA's Employment Arbitration Rules and Mediation Procedures and the Employment/Workplace Fee Schedule shall apply to these disputes.  We have assigned AAA Case # 01-19-0002-1734 to these matters. Please note all individual arbitrations will be assigned their own case numbers upon receipt of Respondent's portion of filing fees.

We understand that the parties attempted to resolve the claims through mediation, however a settlement was not reached.  If at any time the parties wish to revisit mediation, please let me know.

Respondent provided to Claimants a list of 115 individuals that they were unable to identify as Family Dollar employees. Claimants asked AAA to hold off on proceeding with 63 of those individuals while they conduct a further investigation. Claimants provided Respondent with supplemental information regarding the remaining 52 individuals. The claims of two Claimants were also withdrawn.

Respondent has stated they are still in the process of reviewing the demands for arbitration to determine whether the individuals were or were not employees of Family Dollar and whether AAA has authority to administer their claims. Claimant has stated they believe the demands for arbitration are properly filed and thus, AAA should proceed.

Respondent shall have until **October 17, 2019** to provide information on which of the individual filings they believe are deficient and provide the information as to why they are deficient. This should be shared with the Claimants. Claimants shall provide their comments by **October 24, 2019** relating to the alleged deficient filings. Upon receipt of the parties positions, the AAA will make an administrative decision on whether the filing requirements have been met relating to these cases.

Pursuant to the arbitration agreement and in accordance with the AAA Rules, Respondent shall bear the cost of the filing fees for arbitration. The Respondent is responsible for the fee on each individual case where there is not a challenge that an individual was/is employed with Family Dollar. The fee is $2200.00 for each case where the filing requirements have been met and the fees are due by **October 24, 2019.**

The AAA has attempted to schedule a joint administrative conference call on these cases and remains available to do if the parties can agree to a time and date for an administrative process call.

Please contact the undersigned with any questions or concerns.

Sincerely,

Heather



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Beth Berman
**To:** AAA Heather Santo
**Cc:** Warren Postman; Sean Duddy
**Bcc:** William Old; Sara Rafal; Elaine Hogan; JJ Jacobson-Allen; jschwartz@gibsondunn.com; jmrdjenovic@gibsondunn.com; lporter@littler.com; sbehnia@littler.com; bmiller@seyfarth.com; pbannon@seyfarth.com
**Subject:** RE: 1,962 Individuals v. Family Dollar
**Date:** Monday, October 7, 2019 8:53:51 AM
**Attachments:** image001.jpg
image002.png
image003.jpg

---

Ms. Santo,

Thank you for the opportunity to provide you with additional information on the deficiencies in Keller Lenkner's filings. However, we wish to clarify the procedures that AAA intends to use for resolving these threshold issues before we are required to pay what amounts to millions of dollars in administrative fees.

As you note below, we are continuing the manual process required to determine whether the putative claimants were or were not employees of Family Dollar and whether AAA has authority to administer their claims. We are also working on identifying which claimants are time-barred. Keller Lenkner has informed us that they are willing to confer in good faith regarding these issues. As a result, we believe that it would be in everyone's best interest for the parties to identify and withdraw the demands with these fatal deficiencies before any fees are assessed. Indeed, there can be little dispute that this procedure is necessary to avoid the needless waste of resources on facially barred claims.

As we have previously discussed, the boilerplate, generic demands filed by Keller Lenkner also fail to comply with even the most basic requirements for demands under the parties' agreements and the AAA rules. Some of these issues are undisputed. For instance, the demands on their face decline to comply with the requirement of providing an amount in controversy despite the fact that only claimants have knowledge as to how much time they allege to have performed work off the clock.

Although we appreciate the opportunity to provide additional detail about these issues, you have indicated that we will nonetheless be responsible for the payment of the filing fee "on each individual case where there is not a challenge that an individual was/is employed with Family Dollar." Because this is only one of many deficiencies that we have identified, we are concerned that you may have already prejudged the outcome on our remaining objections. In fact, you have set the due date for our filing fees for the same day as Keller Lenkner's response to our briefing on the deficiencies, indicating that you do not intend to resolve these disputes before requiring us to pay the fees. This approach is inconsistent with the AAA Employment/Workplace Fee Schedule, which provides that "[t]he employer or company's share of filing fees is due as soon as the employee or individual meets *his or her* filing requirements." Empl. Fee Sched. at 2 (emphasis added).

As a result, we would like to request a full and fair opportunity to be heard on these threshold matters as provided under the AAA rules. To that end, we are requesting that you suspend the arbitrary fee deadline set below and refer this issue along with our October 17th filing to the Administrative Review Council to determine whether the filing requirements contained in the AAA Rules have been met.

Sincerely,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**From:** AAA Heather Santo [mailto:heathersanto@adr.org]
**Sent:** Thursday, October 03, 2019 10:10 AM
**To:** Warren Postman <wdp@kellerlenkner.com>; Sean Duddy <skd@kellerlenkner.com>; Beth Berman <bberman@dollartree.com>; AAA Heather Santo <heathersanto@adr.org>

**Subject:** 1,962 Individuals v. Family Dollar

Dear Counsel,

This will acknowledge receipt of 1,962 individual Demands for Arbitration alleging claims against Family Dollar. Upon review of the documents this will confirm that the AAA's Employment Arbitration Rules and Mediation Procedures and the Employment/Workplace Fee Schedule shall apply to these disputes. We have assigned AAA Case # 01-19-0002-1734 to these matters. Please note all individual arbitrations will be assigned their own case numbers upon receipt of Respondent's portion of filing fees.

We understand that the parties attempted to resolve the claims through mediation, however a settlement was not reached. If at any time the parties wish to revisit mediation, please let me know.

Respondent provided to Claimants a list of 115 individuals that they were unable to identify as Family Dollar employees. Claimants asked AAA to hold off on proceeding with 63 of those individuals while they conduct a further investigation. Claimants provided Respondent with supplemental information regarding the remaining 52 individuals. The claims of two Claimants were also withdrawn.

Respondent has stated they are still in the process of reviewing the demands for arbitration to determine whether the individuals were or were not employees of Family Dollar and whether AAA has authority to administer their claims. Claimant has stated they believe the demands for arbitration are properly filed and thus, AAA should proceed.

Respondent shall have until **October 17, 2019** to provide information on which of the individual filings they believe are deficient and provide the information as to why they are deficient. This should be shared with the Claimants. Claimants shall provide their comments by **October 24, 2019** relating to the alleged deficient filings. Upon receipt of the parties positions, the AAA will make an administrative decision on whether the filing requirements have been met relating to these cases.

Pursuant to the arbitration agreement and in accordance with the AAA Rules, Respondent shall bear the cost of the filing fees for arbitration. The Respondent is responsible for the fee on each individual case where there is not a challenge that an individual was/is employed with Family Dollar. The fee is $2200.00 for each case where the filing requirements have been met and the fees are due by **October 24, 2019.**

The AAA has attempted to schedule a joint administrative conference call on these cases and remains available to do if the parties can agree to a time and date for an administrative process call.

Please contact the undersigned with any questions or concerns.

Sincerely,

Heather



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Beth Berman
**To:** AAA Heather Santo
**Bcc:** William Old; bmiller@seyfarth.com; Elaine Hogan; jschwartz@gibsondunn.com; Jmrdjenovic@gibsondunn.com; JJ Jacobson-Allen; pbannon@seyfarth.com; lporter@littler.com; Sara Rafal; sbehnia@littler.com
**Subject:** Keller Lenkner/Family Dollar arbitration demands
**Date:** Wednesday, October 16, 2019 11:52:22 AM
**Attachments:** image001.jpg
letter to Heather Santo of AAA regarding filing fees.pdf
July 9, 2019 demand letter from Keller Lenkner.pdf

---

Please see attached correspondence

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com





October 16, 2019

VIA ELECTRONIC MAIL

Heather Santo
American Arbitration Association
1301 Atwood Ave, Suite 211N
Johnston, RI 02919

Re: Family Dollar Arbitration Demands

Dear Ms. Santo:

Thank you for clarifying that AAA intends to resolve any challenges to the sufficiency of the demands before imposing a fee deadline on those demands subject to an objection. As Family Dollar has previously discussed with you, and intends to further detail in its October 17 submission, we believe that each of the boilerplate, generic demands filed by Keller Lenkner is facially deficient in several material respects which deprive Family Dollar of fair notice of the underlying factual basis for each claimant's allegations, thereby severely hampering its ability to assess the merits of these purportedly individual claims and prepare its defense. But this is not the only issue raised by these filings.

At the outset, we think it important to place this dispute in context. As you are aware, Keller Lenkner has filed a total of 1,962 boilerplate demands for arbitration purportedly on behalf of current and former Family Dollar employees alleging violations of state and federal minimum wage and overtime laws. And it has threatened to file thousands more.

The manner in which these demands have been filed significantly hampers the ability of the parties and the AAA to fairly and efficiently reach the merits of the underlying claims. And that does not appear to be the ultimate goal here. Instead, in collecting, holding, and filing these boilerplate demands en masse, Keller Lenkner seeks to require the company to pay all AAA fees and costs for all demands while simultaneously avoiding the costs associated with performing even minimal due diligence on the validity of these claims, as evidenced by the boilerplate demands. In fact, almost fifty percent (50%) of the claims are for an amount in controversy that is less than AAA's $2,950 filing and administration fees. Keller Lenkner implements this abusive strategy—which is inconsistent with the collective action waivers in the parties' agreements—by aggregating large numbers of claims for filing at the same time in order to exert unwarranted settlement pressure, regardless of whether the underlying claims have any merit or value—or indeed, whether they are cognizable at all.

That has been clear from Keller Lenkner's first communication with Family Dollar, in which Keller Lenkner expressly threatened the company with the "high costs of arbitrating this many cases" in order to increase the in terrorem value of settlement and evade the parties' valid



agreement to arbitrate these claims on an individual basis and not on an en masse basis. Ex. A. (July 9, 2019 letter from Warren Postman). Citing the $2.8 million in initial fees and costs alone that Family Dollar would face if half of these claims proceeded to individual arbitration, Keller Lenkner proposed exploring an "alternative process" for collectively resolving these claims. *Id.* It threatened that "[t]hese numbers will continue to grow as more Family Dollar employees engage our firm every day." *Id.*

As you are further aware, Family Dollar is not the only target of this scheme. Keller Lenker has simultaneously sought to initiate tens of thousands of individual arbitrations against Uber Technologies, Inc., Lyft, Postmates, Inc., Dollar General, Inc. and others. It strains credulity even to suggest that this many individual arbitrations can efficiently and fairly proceed at once.

It is clear from these facts and our correspondence with Keller Lenkner that AAA is being used as an instrument of Keller Lenker's abusive scheme—one that threatens to nullify the very "virtues Congress originally saw in arbitration, its speed and simplicity and inexpensiveness." *Epic Sys. Corp. v. Lewis*, 138 S. Ct. 1612, 1623 (2018). Indeed, Keller Lenkner's tactic of filing thousands of simultaneous arbitration demands en masse only "makes the process slower, more costly, and more likely to generate procedural morass than final judgment." *AT&T Mobility LLC v. Concepcion*, 563 U.S. 333, 352 (2011). If allowed to go unchecked, this scheme will render arbitration as a viable alternative dispute mechanism a dead letter. And that result is bad for employees, employers, and our overburdened court system alike. We ask for AAA to provide a fair and efficient process for resolving mass arbitrations.

This is what the parties expected from AAA when signing the arbitration agreements. The AAA is the largest private global provider of alternative dispute resolution (ADR) services in the world. As your mission statement recognizes, "that comes with enormous responsibility." *See* https://www.adr.org/mission. In your own words, "[b]ecause it is the most experienced arbitral organization, the AAA is able to innovate credibly." *Id.* And it has done so in the past by developing flexible options to address customer needs and concerns. For instance, we understand that AAA has recognized these issues and plans to promulgate a new fee schedule for mass filings at some unspecified future date. But, as you may be aware, the actions taken by AAA to date in this matter are entirely inconsistent with the positions taken by other arbitration tribunals, and even with how AAA has handled mass arbitrations in the past, including by reducing the administrative filing fees and staggering their due date. We simply ask that you do the same here.

We are not asking the AAA to take any extraordinary measures here—although this situation would warrant such relief. Instead, all we respectfully ask is that AAA enforce its rules equally across all parties, as it has in the past, in a way that was intended by the parties under the arbitration agreement. To do otherwise is to enable Keller Lenkner to proceed in a manner that is abusive and overreaching, lacks good faith, is neither fair nor efficient, and corrupts a system that has effectively served so many in the past.

To that end, Family Dollar respectfully requests that AAA, as further detailed below:



1. Reduce administrative fees to match AAA's true per claim cost of administration in the mass arbitration context (as opposed to individual arbitrations) and avoid a surprising, undue, and inequitable outcome for Family Dollar. In many cases, the administrative fee alone is far in excess of the amount in controversy.

2. Work with Family Dollar to establish a reasonable payment schedule that accounts for the fact that thousands of individual arbitrations cannot move forward simultaneously.

3. Work with Family Dollar to establish a reasonable payment schedule that accounts for the fact that based on past statistics as many as 90% of the individual arbitrations will default at an early stage.

4. Agree that fees will be refundable, at least in part, for any arbitrations that do not move forward on the merits.

5. Retroactively apply any favorable changes, including as to fees, in AAA's rules on mass arbitrations.

6. Establish a reasonable schedule for the merits adjudication of these demands, including through a bellwether approach, coordination of pre-hearing discovery, and other processes to more efficiently and fairly resolve these claims.

First, Family Dollar requests a reduction in the administrative fees specified in AAA's fee schedule to account for the true per claim costs of mass arbitration administration. Assessing the full amount of the fees for each of the thousands of individual demands here would not accurately reflect the costs of administering these demands, and it would subject Family Dollar to extreme inequities. Although AAA is seeking the full administrative fee for each demand that is the only way in which it has treated these demands as individual arbitrations. It has created a group filing team to whom these arbitrations have been assigned in lieu of Family Dollar's regular administrator. And we understand it has assigned all of the mass arbitration demands filed by Keller Lenkner against other corporations to this same team in lieu of their regular administrators. In short, administratively AAA is treating these demands differently from single claimant arbitrations, because everyone recognizes that these are individual demands in name only. Yet it continues to demand the aggregate payment of exorbitant filing fees.

Providing the requested relief falls well within the purview of the AAA's rules. In fact, under the Employment Arbitration Rules applicable here, AAA expressly retains discretion to "defer or reduce the administration fees" "in the event of extreme hardship on *any* party." R. 43 (emphasis added).

Exercising this discretion here would not amount to favoritism, but rather would reflect the evenhanded application of a rule that by its plain terms applies to employees and employers alike.



Based on the 1,897[1] demands that Keller Lenkner has filed with AAA to date, Family Dollar estimates that it would have to pay almost $6 million in administrative fees alone, not including arbitrators' fees. In these circumstances, where a single law firm has almost two thousand, cut-and-paste demands for arbitration containing the same bare bones allegations—and the individual arbitration fees bear no relation to the actual cost of administering what is, in substance, an impermissible collective proceeding—requiring Family Dollar to pay the full administrative fees would constitute an extreme hardship, an unfair and abusive process, and would risk signaling that AAA condones Keller Lenkner's improper tactics. Indeed, aside from its improper attempt to coerce Family Dollar to settle based on the sheer volume of demands—*i.e.*, the threat of significant up-front administrative fees—Keller Lenkner and its clients have no legitimate interest whatsoever in the amount or timing of administrative fees paid by Family Dollar.

Second, Family Dollar also respectfully requests that AAA work with it to establish a reasonable, staggered fee schedule for the payment of the arbitration demands as they proceed to arbitration instead of requiring that full fees be paid up front for thousands of demands that may never actually proceed to arbitration, let alone within a reasonable timeframe.

Third, and at a minimum, any fees paid for arbitrations that do not move forward on the merits should be refundable.

Fourth, to the extent AAA revises its rules relating to mass arbitrations, we further request that any favorable changes, including as to fees, apply retroactively to this matter.

Finally, and on a related note, Family Dollar is concerned that it would be infeasible and unworkable to proceed with all of the arbitration demands simultaneously, particularly given the strain that this number of demands places on AAA resources. Indeed, AAA recently informed Family Dollar that AAA is currently administering 380 separate arbitrations against a single defendant, and those arbitrations will not proceed on the merits until at least 2021. Of course, this is just one example of AAA's current caseload. The 1,897 demands at issue here seek to initiate arbitration proceedings in nearly every state, and Keller Lenkner has represented that it will file hundreds if not thousands more demands imminently. These manageability issues counsel in favor of proceeding with a smaller number of bellwether arbitrations on a state-by-state basis, as you have previously suggested, and assessing fees accordingly. Keller Lenkner's refusal to date to agree to staggered proceedings further evinces its desire to use the coercive threat of administrative fees to exert maximum pressure on Family Dollar to settle, even though many of these claims are time barred, entirely meritless, or both. As a result, it provides no basis for AAA to refuse to structure the individual arbitrations in a manner that is feasible and efficient for all involved.

---

[1] Keller Lenkner filed 1962 demands, then agreed that 65 should be withdrawn but then filed amended demands totaling 1962, including the 65 it previously agreed to withdraw. Family Dollar is assuming that those 65 will be withdrawn.



Please do not hesitate to contact us with any questions.  We appreciate your attention to this matter, and look forward to hearing from you soon.

Sincerely,


Beth Hirsch Berman



Keller | Lenkner

July 9, 2019

Dollar Tree Arbitration Program
C/O Chief Legal Officer
500 Volvo Parkway
Chesapeake, Virginia 23320

VIA CERTIFIED MAIL – SIGNATURE REQUIRED

Re: Arbitration Demands

To Whom It May Concern:

Keller Lenkner is filing demands for arbitration on behalf of 970 individuals who work or worked as Family Dollar employees. Enclosed as Exhibit A is a list identifying each Claimant, the Claimant's contact information, the Claimant's store number or numbers, and the laws under which the Claimant's claims arise. Each Claimant's Request for Arbitration, which describes the nature of each Claimant's claims and the relief sought, has been sent to the address identified in the governing Family Dollar arbitration agreements: Arbitration Intake, Family Dollar, Inc, P.O. Box 1017, Charlotte, North Carolina 28201.

Each Claimant has represented to us that he or she was hired by Family Dollar before February 22, 2016. Claimants are thus covered by Family Dollar's legacy arbitration agreements, which dictate that the American Arbitration Association ("AAA") shall administer Claimants' arbitrations under AAA's Employment Arbitration Rules. *See* http://dtarbitration.com/agreements/.

Although Family Dollar's arbitration agreements require individual arbitration, we understand that individual arbitration is expensive. The governing arbitration agreements obligate Family Dollar to pay all fees and costs of arbitration. Under AAA's Employment Arbitration Fee Schedule, AAA will impose a $2,200 filing fee and a $750 case management fee for each Claimant's arbitration, plus the cost of compensating each individual arbitrator.

Proceeding with Claimants' arbitrations will thus obligate Family Dollar—and therefore Dollar Tree—to pay AAA more than $2.8 million in initial fees and costs, to say nothing of arbitrator compensation, Family Dollar's own attorneys' fees, and Family Dollar's underlying liability, which we believe is substantial. These numbers will continue to grow as more Family Dollar employees engage our firm every day.

Given the high costs of arbitrating this many cases, we believe it would be sensible for the parties to explore whether we can agree on an alternative process for resolving our clients' claims.

Please let me know if there is a convenient time between now and July 26, 2019 when you or a member of your legal team is available for a discussion regarding next steps. Feel free to contact me by email at wdp@kellerlenkner.com.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Warren Postman

Enclosure

| KL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00Q1U00000[illegible] | Megan | Aaron | [illegible]@yahoo.com | (443) 743-9968 | 114 Dellabrook Rd | Winston-Salem | North Carolina | 27125 | 7840, 6552 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000[illegible] | Trista | Abbey | tristabell13@gmail.com | (208) 697-2223 | 5416 Compass Way | Caldwell | Idaho | 83607 | 6965 | Idaho | Salaried | Idaho Code § 44-1502(1) | |
| 00Q1U00000[illegible] | Margaret (Maggie) | Abbott | smallcherry[illegible]@gmail.com | (706) 450-3202 | 636 A Mission Ridge Rd | [illegible] | Georgia | 30741 | 2376 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000APKQm | Kemari | Abony | abonyrob@gmail.com | (203) 581-3708 | 299 Washington Ave | West Haven | Connecticut | 06516 | 2161 | Connecticut | Hourly | Conn. Gen. Stat. Ann. § 31-58(j) | Conn. Gen. Stat. Ann. § 31-76c |
| 00Q1U00000[illegible] | Jennifer | Adams | jcakh2938@gmail.com | (706) 232-0774 | 2063 Morrison Camp Ground Road N.E. | Rome | Georgia | 30161 | 0238 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | Bernadette | Adams | yaydcays@gmail.com | (817) 944-8943 | 6104 Bunce Ct Apt 135 | Fort Worth | Texas | 76132 | 1653 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000[illegible] | Tamara | Adams | [illegible]@gmail.com | [illegible] | 4188 University St | Memphis | Tennessee | 38127 | [illegible] | Tennessee | Salaried | | |
| 00Q1U000007PYrD | Melissa | Adams | melissaadams22@aol.com | (570) 888-0358 | 14 Rosslyn Court Apt #205M | Sayre | Pennsylvania | 18840 | 7699 | West Virginia | Hourly | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U00000AQ107 | Tabetha | Addington | tabethaaddington@yahoo.com | (315) 894-5792 | 3060 State Highway [illegible] | Ilion | New York | 13638 | 2332 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| 00Q1U000001PcOo | Claudia | Adkins | claudiaadkins41@gmail.com | (513) 487-8759 | 231 Whitaker Ave | Hamilton | Ohio | 45011 | 9061 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000[illegible] | [illegible] | Adkins | [illegible]productions@yahoo.com | (334) 614-1080 | 504 Fruitwood Circle Apt B | Opelika | Alabama | 36801 | 5533675 | Alabama | Hourly | | |
| 00Q1U00000APfcR | Kelly | Aiken | aikenkelly_69@yahoo.com | (850) 819-5139 | 7221 Elder Court | Youngstown | Florida | 32466 | 5747 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000[illegible] | Dusty | Alegria | [illegible]@gmail.com | (520) 490-6323 | 503 W President St | Tucson | Arizona | 85714 | 4567, 6802, 7984, 8820 | Arizona | Salaried | Ariz. Rev. Stat. § 23-363 | |
| 00Q1U00000AOVkt | Lori | Alessandro | loriealessandro@hotmail.com | (513) 516-0388 | 3693 Gallynn Ave | Cincinnati | Ohio | 45211 | 10543 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000[illegible] | Carshawn | Alexander | carshawn33@gmail.com | (773) 823-1670 | 7518 S Ingleside | Chicago | Illinois | 60619 | 9108 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000APohz | Rita | Alford | alfordr26@yahoo.com | (706) 508-3894 | 690 Shadowleaf Ln | Tunnel Hill | Georgia | 30755 | 3931 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | David | Allen | [illegible]@gmail.com | (313) 404-6332 | 1644 Winchester Ave | Lincoln Park | Michigan | 48146 | 4922 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000A7vvj | Demetrick | Allen | demeyeallen@yahoo.com | (314) 465-9988 | 459 Bluff Dr | St. Louis | Missouri | 63137 | 4270 | Missouri | Salaried | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U00000[illegible] | Lindsey | Allen | lindsey.n.allen@gmail.com | (404) 453-7423 | 373 Hill Lane | Ellenwood | Georgia | 30294 | 3476 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | [illegible] | Allen | kenyan76@gmail.com | (704) 974-8729 | 505 Mauney Ln | Shelby | North Carolina | 28150 | 769 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000[illegible] | Teresa | Amaro | teresaamaro1542@yahoo.com | (773) 953-8135 | 4082 Rose St | Schiller Park | Illinois | 60176 | 5238 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000[illegible] | Megan | Amati | megan.amati80@gmail.com | (724) 557-7305 | 902 White Drive | Donora | Pennsylvania | 15033 | 2276 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U00000[illegible] | [illegible] | Anderson | [illegible]@gmail.com | (405) 423-1540 | 1023 SW 66th | Oklahoma City | Oklahoma | 73139 | 1165 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000007P24s | [illegible] | Anderson | anderson4232011@gmail.com | (910) 740-9385 | 3991 Evergreen Church Rd | Pembroke | North Carolina | 28372 | 10949 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000[illegible] | Jeremy | Anderson | [illegible]@gmail.com | (708) 803-8180 | 852 [illegible] Ave | Calumet City | Illinois | 60409 | 3980 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000[illegible] | Christine | Anderson | [illegible]@gmail.com | (307) 431-7636 | 720 Amoretti St | Thermopolis | Wyoming | 82443 | 8329 | Wyoming | Salaried | | |
| 00Q1U00000[illegible] | [illegible] | Anderson | [illegible]@gmail.com | [illegible] | 470 Madison Avenue | Akron | Ohio | 44320 | 7220 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000[illegible] | Tess | Anderson | tessanderson6@gmail.com | (478) 818-1574 | 955 Cole St Apt 2 | Macon | Georgia | 31201 | 6412 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | Michelle | Andrews | michelleandrews444@gmail.com | (716) 980-8671 | 3054 Dutch Hollow Road | [illegible] | New York | 14712 | 4036 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| 00Q1U00000[illegible] | Vanessa | Andry | vanessa_andry@yahoo.com | (504) 234-1750 | 110 Nunez Lane | Belle Chasse | Louisiana | 70037 | 3518 | Louisiana | Salaried | | |
| 00Q1U00000[illegible] | [illegible] | Anthony | [illegible]@yahoo.com | (706) 373-0761 | P.O. Box 632 | [illegible] | Georgia | [illegible] | 117 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000APUtR | Kayla | Antry | antryKayla@gmail.com | (706) 366-7268 | 2401 Bell Street | Columbus | Georgia | 31906 | 3827 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | [illegible] | Ardis | [illegible]@gmail.com | (864) 747-6394 | 423 Burt Dr | [illegible] | South Carolina | 29651 | [illegible] | South Carolina | Salaried | | |
| 00Q1U000007Pbgy | Alicia | Arista | aliciaarista1000@gmail.com | (682) 412-4257 | 3418 Forest Hill | Fort Worth | Texas | 76119 | 10419 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000[illegible] | [illegible] | [illegible] | [illegible]@gmail.com | (440) 453-3832 | 35137 Center Ridge Road Lot 149 | North Ridgeville | Ohio | 44039 | 3155 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000[illegible] | Lisa | Arrington | larrington64a@gmail.com | (410) 504-1043 | 4200 Stanwood Avenue | Baltimore | Maryland | 21206 | 4806 | Maryland | Hourly | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U00000[illegible] | Barbara | Arthur | barbaraarthur479@yahoo.com | (740) 643-2929 | 9633 St Rt 7 North | Cheshire | Ohio | 45620 | 3381 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000007QSs | [illegible] | Artis | [illegible]@yahoo.com | (910) 578-1393 | 949 Chester Circle | Fayetteville | North Carolina | 28303 | 3076 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000[illegible] | Dana | Ashbaugh | [illegible]@gmail.com | (724) 974-6337 | 133 Clearfield Pike | Kittanning | Pennsylvania | 16201 | [illegible] | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U00000[illegible] | Jerome | Ashley | jeromeashleyy@gmail.com | (904) 651-5421 | 2490 Quad Ave | Jacksonville | Florida | 32218 | 8566 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000[illegible] | Danielle | Askew | danielleaskew1118@gmail.com | (202) 423-6036 | 730 Johnson Ave | Lansing | Michigan | 48906 | 10062 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000[illegible] | [illegible] | Augustine | mraconstance73@yahoo.com | (318) 500-5667 | 3697 Old Marksville Hwy | Pineville | Louisiana | 71360 | 5260, 707, 5365 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000[illegible] | Jessica | Austin | jaustin0023@gmail.com | (864) 293-2906 | 123 Weatherridge Ln | Piedmont | South Carolina | 29673 | 8956 | South Carolina | Salaried | | |
| 00Q1U00000[illegible] | [illegible] | Austin | [illegible]@gmail.com | (970) 580-7583 | 523 N 5th Ave | Sterling | Colorado | 80751 | 4444 | Wisconsin | Hourly | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U00000[illegible] | [illegible] | Avila | [illegible]@gmail.com | (717) 859-7962 | 802 1/2 East Chestnut Street Apt.1 | Lancaster | Pennsylvania | 17602 | [illegible] | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U00000AOcYs | [illegible] | Axton | montacore1972@yahoo.com | (512) 541-7636 | 500 Wichita Ave 50 | Mcallen | Texas | 78503 | 9134 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U00000[illegible] | Danielle | Babin | [illegible]@gmail.com | (225) 715-6600 | 43433 Black Bayou Rd | Gonzales | Louisiana | 70737 | [illegible] | Louisiana | Salaried | | |
| 00Q1U00000[illegible] | Kimberly | Baddas | kimmeb444@gmail.com | (325) 669-6957 | 154 Ruby Street | Abilene | Texas | 79605 | 6000 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000[illegible] | [illegible] | [illegible] | [illegible]@gmail.com | (313) 879-6363 | 19421 Sawyer | Detroit | Michigan | 48223 | 7198 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000[illegible] | [illegible] | Bailey | [illegible]@gmail.com | (580) 954-5553 | 909 Phoebe | Altus | Oklahoma | 73521 | 7375 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U00000[illegible] | [illegible] | Baird | [illegible]@gmail.com | [illegible] | 1300 Dublin Trail Apt 71 | Neenah | Wisconsin | 54956 | [illegible] | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U00000[illegible] | Brenda | [illegible] | bbrandb2005@yahoo.com | (606) 686-1263 | 51 Fawn Court | [illegible] | Kentucky | 41230 | 0871 | Kentucky | Hourly | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U00000[illegible] | Heather | Baker | baker.heather34@yahoo.com | (336) 554-5731 | 3015 Brandywood Drive | Greensboro | North Dakota | 27407 | [illegible] | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000[illegible] | [illegible] | Ballard | shanonteballard@yahoo.com | (347) 493-7421 | 2086 Randall Ave | Bronx | New York | 10473 | 11428 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000[illegible] | Candis | Ballard | candish17@gmail.com | (904) 299-2703 | 4604 Pony Lane | St. Augustine | Florida | 32095 | 3345 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000[illegible] | [illegible] | Bankhead | [illegible]@gmail.com | (662) 590-8086 | 740 Shady Dr | [illegible] | Mississippi | 39194 | 5579 | Mississippi | Hourly | | |
| 00Q1U00000[illegible] | Cheryl | Banks | [illegible]@gmail.com | (540) 717-6254 | 15080 General Ap Hill Ave | Culpeper | Virginia | 22701 | [illegible], 6535 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U00000[illegible] | [illegible] | Bannister | [illegible]@gmail.com | (773) 739-8979 | 1528 S Ada | Chicago | Illinois | [illegible] | 7653, 9618 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000[illegible] | Ericka | [illegible] | [illegible]@gmail.com | (202) 463-0941 | 4710 Alabama Ave Se | Washington | District of Columbia | 20019 | 6304 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U00000[illegible] | Paula | Barcia | kayandbrown@netscape.net | (989) 233-0694 | 721 W 2nd St. | Pinconning | Michigan | 48650 | 1939 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000[illegible] | [illegible] | [illegible] | [illegible]@yahoo.com | (229) 439-8740 | 1436 Fulton Avenue | [illegible] | Georgia | 30344 | [illegible] | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | Jerome | Barnes | love2live1981@gmail.com | (706) 940-9461 | 5058 [illegible] Ln | Columbus | Georgia | 31907 | [illegible] | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | [illegible] | Barnett | [illegible]@yahoo.com | (314) 397-8370 | 112 Brentwood Dr | St. Louis | Missouri | 63135 | [illegible] | Missouri | Salaried | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U00000[illegible] | Bonnie | Barnette | [illegible].net | (251) 458-6139 | 4849 Lott Rd. | Eight Mile | Alabama | 36613 | 10152 | Alabama | Salaried | | |
| 00Q1U00000[illegible] | Ralph | Barrette | [illegible]@gmail.com | (407) 914-5615 | 2690 Cuba Lane | St. Cloud | Florida | 34772 | [illegible] | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000[illegible] | Jasmine | Barnhardt | jbrewer4130@gmail.com | (240) 615-0937 | 11776 Village Green Dr | Hyattsville | Maryland | 20785 | 4133 | Maryland | Hourly | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U00000[illegible] | [illegible] | [illegible] | [illegible]@gmail.com | [illegible] | [illegible] Roosevelt Dr. | [illegible] | Georgia | [illegible] | 1877 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| 00Q1U00000[illegible] | Shelley | Barrow | [illegible]@gmail.com | (936) 391-6545 | 310 Oakdale [illegible] | Dayton | Texas | 77535 | 13272 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000[illegible] | Paula | [illegible] | paula_mullins@yahoo.com | (616) 379-1330 | 922 Fremont Ave. N. W. Apt.2 | Grand Rapids | Michigan | 49504 | 2356 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000[illegible] | Justine | Bartlett | jsbartlett775@gmail.com | (910) 685-4464 | 116 Thompson St | Jacksonville | North Carolina | 28540 | 8009 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000[illegible] | Jeffrey | Bartolotta | jeff1580bart@gmail.com | (813) 418-0379 | 690 Patricia Ave | Dunedin | Florida | 34698 | 8224, 1890 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000[illegible] | Beth | Barton | bbbarton@hotmail.com | (207) 824-3479 | 40 Wardwell Road | Albany Township | Maine | 04217 | 11783 | Maine | Hourly | Me. Rev. Stat. Ann. tit. 26, § 664(1) | Me. Rev. Stat. Ann. tit. 26, §§ 664(3)-(4) |
| 00Q1U00000[illegible] | [illegible] | Basham | [illegible]@gmail.com | (502) 878-0260 | 7317 [illegible] Rd | Louisville | Kentucky | 40258 | 8426 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U00000[illegible] | [illegible] | Basham | [illegible]@gmail.com | (912) 757-0504 | 2300 Capital Street Apt 42 D | Savannah | Georgia | 31404 | 7682, 2918 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | [illegible] | [illegible] | [illegible]@gmail.com | (215) 433-5365 | 1525 W [illegible] Avenue | Philadelphia | Pennsylvania | [illegible] | 9215 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U00000[illegible] | [illegible] | Bates | [illegible]@gmail.com | (813) 879-3328 | 2906 E 22nd Ave Apt A | Tampa | Florida | 33605 | 1080 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000[illegible] | Sheri | Bates | [illegible]@gmail.com | (207) 756-6806 | 754 Wiley Rd | Greene | Maine | 04236 | 10912 | Maine | Salaried | Me. Rev. Stat. Ann. tit. 26, § 664(1) | Me. Rev. Stat. Ann. tit. 26, §§ 664(3)-(4) |
| 00Q1U00000[illegible] | Trudy | Battles | trudybattles@yahoo.com | (810) 624-2660 | 1050 Bethany St. | Mount Morris | Michigan | 48458 | 10656 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000[illegible] | [illegible] | Baugh | [illegible]@gmail.com | (903) 767-1763 | P.O. Box 1453 | Lone Star | Texas | 75668 | 3768 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000[illegible] | [illegible] | Bayliss | [illegible]@yahoo.com | (417) 499-8125 | 8005 Evanston Ave | Raytown | Missouri | 64138 | 11748 | [illegible] | Salaried | | |
| 00Q1U00000[illegible] | [illegible] | Baylor | [illegible]@yahoo.com | (719) 465-2583 | 10048 Hwy 50 | [illegible] | Colorado | [illegible] | 4338 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U00000[illegible] | Kiara | Beach | kiara_beach@yahoo.com | (312) 768-9029 | 8632 W 85th Street | Justice | Illinois | 60458 | 3719 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000[illegible] | Kelli | Bean | [illegible]@gmail.com | (662) 746-4164 | 313 Adams Ave | Eupora | Mississippi | 39744 | [illegible] | Mississippi | Hourly | | |
| 00Q1U00000APCB1 | Rachel | Beardsley | rachelbeardsley@gmail.com | (812) 595-9098 | 222 S Boatman Rd | Austin | Indiana | 47102 | 1095 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(j) |
| 00Q1U00000[illegible] | Sarah | Beasley-Thompson | [illegible]@gmail.com | (252) 325-2367 | 131 Sugarloaf Rd | Elizabethtown | North Carolina | 28337 | [illegible] | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000[illegible] | Kathryn | Becker | scottyandkat@yahoo.com | (330) 984-3174 | 16 Fairport Road | Newton Falls | Ohio | 44444 | 1525 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000[illegible] | [illegible] | Bell | [illegible]@gmail.com | [illegible] | 4015 Hwy 80 #202 | [illegible] | Texas | [illegible] | [illegible] | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PcLt | Debby | Belland | debbybelland@yahoo.com | (715) 674-3892 | 4621 Birch St. | Laona | Wisconsin | 54541 | 7095 | Wisconsin | Hourly | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U00000[illegible] | Richard | Bender | [illegible]@live.com | (585) 526-0397 | 228 Pulaski Rd #23 | Ballston Spa | New York | 12020 | 8308 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| 00Q1U00000[illegible] | Crystal | Bennett | 1cbe_fan11@yahoo.com | (912) 381-4765 | 601 West Chattahoochee Street | Fitzgerald | Georgia | 31750 | 218, 10234 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000[illegible] | Elizabeth | Bennett | [illegible]@gmail.com | (304) 815-6234 | 120 Valley Manor Lane | Pine Grove | West Virginia | 26419 | 6033 | West Virginia | Hourly | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U00000[illegible] | Tammy | Berens | tammy.berens3@gmail.com | (231) 335-0963 | 839 Chimney Hill Pkwy | Virginia Beach | Virginia | 23462 | [illegible] | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000[illegible] | [illegible] | [illegible] | [illegible]@gmail.com | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 11158 | Kansas | Salaried | Kan. Stat. Ann. § 44-1203(a)(1) | Kan. Stat. Ann. § 44-1204 |
| 00Q1U000007QZac | Alvaro | Bermudez | alvaro.a.cardoso@gmail.com | (303) 870-9068 | 65 Yucca Court | Del Norte | Colorado | 81132 | 7936 | Colorado | Hourly | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U00000[illegible] | [illegible] | Berry | [illegible]@yahoo.com | (315) 372-6133 | 108 Dorothy St | Syracuse | New York | 13203 | 6137 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| 00Q1U00000[illegible] | Raymond | Berry | rberry1979@gmail.com | (347) 733-1063 | 181 Gordon St 7D | Staten Island | New York | 10304 | 3916 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000[illegible] | Octavia | Berry | octaviaberry34@gmail.com | (870) 637-2024 | 9 River Oaks Dr Apt C | Jackson | Tennessee | 38305 | 9330 | Tennessee | Hourly | | |
| 00Q1U00000[illegible] | Tammy | [illegible] | [illegible]@yahoo.com | (937) 214-4644 | 908 Pearwood Ave | Piqua | Ohio | 45356 | 4183 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000[illegible] | [illegible] | [illegible] | [illegible]@yahoo.com | (859) 250-7823 | 115 East 42nd St | Covington | Kentucky | 41015 | [illegible] | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |

| KL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00Q1U000004v5dd | Jennifer | Black | jeb3111@yahoo.com | (207) 590-3522 | 15 Colcord Pond Road | Porter | Maine | 04068 | 8268 | Maine | Salaried | Me. Rev. Stat. Ann. tit. 26, § 664(1) | Me. Rev. Stat. Ann. tit. 26, §§ 664(3)-(4) |
| 00Q1U00000APKJR | Jacque | Blackman | jockpblackman@yahoo.com | (847) 412-1175 | 2025 20th Street | Zion | Illinois | 60099 | 7585 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PTBY | Nitra | Blake | nitradavis30@gmail.com | (269) 744-2481 | 1419 Red Maple Ln | Kalamazoo | Michigan | 49004 | 2543 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000007Q5DU | Misty | Blakey | sbam62011@gmail.com | (580) 678-5211 | 5862 NW Dearborn Ave | Lawton | Oklahoma | 73505 | 1663 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000008tyOA | Wendy | Blaney | weasel3667@gmail.com | (207) 952-0940 | 191 Sodom Road | Norway | Maine | 04268 | 2019 | Maine | Salaried | Me. Rev. Stat. Ann. tit. 26, § 664(1) | Me. Rev. Stat. Ann. tit. 26, §§ 664(3)-(4) |
| 00Q1U000007Q5Hg | Billy | Blankenship | billblankenship724@gmail.com | (304) 533-6905 | 251 Sycamore Road | Hurricane | West Virginia | 25526 | 1367 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U00000AOc3p | Michael | Bloodgood | mikebloodgood1778@gmail.com | (321) 277-8375 | 4114 Hedge Maple Pl | Winter Springs | Florida | 32708 | 614 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000006JxG4 | Monique | Blue | imhismommy2007@gmail.com | (530) 250-7649 | 36 So Pine Street | Susanville | California | 96130 | 05178 | New Mexico | Salaried | N.M. Stat. Ann. § 50-4-22(A) | N.M. Stat. Ann. § 50-4-22(D) |
| 00Q1U000006JyY8 | Noel | Bobadilla | noel.t.bobadilla@gmail.com | (716) 572-6527 | 91 Henrietta Ave | Buffalo | New York | 14207 | 11651 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000AOKTd | Patricia | Boisseau | 5gtrishv85@ic5827loud.com | (804) 961-0606 | P.O. Box 181 | Sandy Hiok | Virginia | 23153 | 5927 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000008wpdt | Carrie | Boles Lear | cbolesleur14@gmail.com | (937) 573-6645 | 1401 Severs Dr | Piqua | Ohio | 45356 | 12345, 0487 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000007Pb2l | Kendra | Bonda | orieo2005@aol.com | (570) 936-9640 | 513 Gaughan Court | Archbald | Pennsylvania | 18403 | 4190 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000004vGsk | Alashay | Bonds | alashaymonee@gmail.com | (540) 892-0732 | 2754 Brandon Ave SW Apt E3 | Roanoke | Virginia | 24015 | 22 | Virginia | Hourly | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000004ucHv | Bridget | Boone | gidget85_2003@hotmail.com | (865) 216-0595 | 1023 Milldale Square Rd | Dandridge | Tennessee | 37725 | 7915 | Tennessee | Salaried | | |
| 00Q1U000007PxZ1 | Cathy | Borowiak - Jochec | hot_czech_69@yahoo.com | (979) 257-3526 | P.O. Box 205 | East Bernard | Texas | 77435 | 9086 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000008txOq | Kristy | Borst | kborst83@gmail.com | (262) 882-6596 | 5028 46th Ave | Kenosha | Wisconsin | 53144 | 6019 | Wisconsin | Hourly | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000007PJsj | Taylor | Botelho | taylorbuiltfordtuff05@gmail.com | (386) 233-9474 | 15 Eton Ln Unit B | Palm Coast | Florida | 32164 | 10133 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008wx3T | Nicole | Bowick | nikkidb41@gmail.com | (251) 217-5439 | 7959 Cottagehill Rd 308 | Mobile | Alabama | 36695 | 1344 | Alabama | Salaried | | |
| 00Q1U000004uw7I | Megan | Bowman | meganbowmanx4@yahoo.com | (216) 645-5209 | 4245 Brookside Blvd | Cleveland | Ohio | 44135 | 5796 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000008u1nt | Sonja | Boyce | sonjamboyce@yahoo.com | (970) 466-1246 | 327 Douglas Street | Sterling | Colorado | 80751 | 4692 | Nebraska | Salaried | Neb. Rev. Stat. § 48-1203 | |
| 00Q1U000007Q2vy | Tammy | Braddhaw | tbradshaw1125616@gmail.com | (405) 754-9886 | 6015 N. Mueller Ave. | Bethany | Oklahoma | 73008 | 10731 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000008t647 | Sabrina | Bradshaw | sbradshaw776@gmail.com | (903) 276-3810 | 325 Krobot Lane | Texarkana | Texas | 75501 | 12122 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PTbb | Mary | Brand | marybrand537@gmail.com | (251) 424-5883 | 12900 Alabama St | Elberta | Alabama | 36530 | 10408 | Alabama | Hourly | | |
| 00Q1U000008uOhM | Jeffrey | Branson | jbrw99@hotmail.com | (228) 243-3822 | 634 Water St. Apt 15 | Biloxi | Mississippi | 39530 | 8855, 8900 | Mississippi | Salaried | | |
| 00Q1U000006K2T7 | Heather | Brewer | hbic2516@gmail.com | (225) 209-5721 | 30044 Herman Bankston Rd | Albany | Louisiana | 70711 | 7543 | Louisiana | Hourly | | |
| 00Q1U000008wvok | Naomi | Briant | naomi_briant@yahoo.vom | (918) 917-7232 | P.O. Box 298 | Wilburton | Oklahoma | 74578 | 9139 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U00000AO3AL | Joshua | Brisbane | joshandlaceyb@hotmail.com | (585) 635-0136 | 149 Butler Dr | Pittsford | New York | 14534 | 7866 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000AOwuL | Curtis | Britton | curtisjbritton@gmail.com | (857) 287-7682 | 42 Oakwood St | Boston | Massachusetts | 02136 | 19113 | Massachusetts | Hourly | Mass. Gen. Laws Ann. ch. 151 § 1 | Mass. Gen. Laws Ann. ch. 151, § 1A |
| 00Q1U00000APodZ | Sandra | Brock | sandrarbrock@gmail.com | (423) 991-6978 | 415 South Chattanooga Street | Lafayette | Georgia | 30728 | 263 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000008a8fp | Gayta | Brooks-Dennison | demoine29@gmail.com | (470) 891-6666 | 4471 Wellington Terrace | Decatur | Georgia | 30035 | 11615 | Louisiana | Salaried | | |
| 00Q1U000004urV5 | Decima | Brown | dbrown3292@gmail.com | (734) 239-0624 | 4379 7th Street | Ecorse | Michigan | 48229 | 1039 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000APIMm | Kalleah | Brown | amir0821@gmail.com | (215) 539-0733 | 5530 Blakemore St | Philadelphia | Pennsylvania | 19138 | 2871 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008xLDD | Keirra | Brown | keirragbrown25@yahoo.com | (601) 720-7357 | 523 North Monroe Street | Yazoo City | Mississippi | 39194 | 5957 | Mississippi | Salaried | | |
| 00Q1U000004v05A | Melissa | Brown | brigmel1979@gmail.com | (386) 589-4797 | 103 Mariners Dr | Ormond Beach | Florida | 32176 | 11738 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000ANxMb | Sade | Brown | sade18brown@yahoo.com | (443) 473-2830 | 212 Church Rd | York | Pennsylvania | 17406 | 5990 | Maryland | Hourly | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000006K8vD | Danielle | Brown | leeyamama12@gmail.com | (904) 962-0704 | 8159 Hewitt St | Jacksonville | Florida | 32244 | 0475 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000006JxMo | Latanya | Brown | tanya.brown2406@yahoo.com | (903) 387-9857 | 1101 East Birdsong Street | Longview | Texas | 75602 | 11702 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007QP0y | Wendy | Brown | wendybrown2013@gmail.com | (501) 952-2357 | 3019 Center St | Little Rock | Arkansas | 72206 | 3094 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000008tsgs | Kelley | Brown | kelleybrown097@gmail.com | (646) 571-7646 | 414 Glen St. Apt 1 | Glens Falls | New York | 12801 | 7546 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000008tvjg | Dionte | Bryant | diontenb31@yahoo.com | (757) 945-3673 | 3513 Victoria Blvd | Hampton | Virginia | 23661 | 6210 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000004uQwn | Tomeka | Bryant | tomekabryant1935@gmail.com | (772) 410-9591 | 3650 47th St | Vero Beach | Florida | 32967 | 6755 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008x9ag | Angela | Bryant-Scarver | myborn64@yahoo.com | (404) 482-5053 | 1310 Stone Mill Ct | Stone Mountain | Georgia | 30083 | 5315 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006K86F | Cherish | Buchannon | cherish_m_buchannon@yahoo.com | (863) 634-6863 | 7400 NW 96th Ct | Okeechobee | Florida | 34972 | 2025 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008uXP5 | Crystal | Buckaloo | crystal76093@yahoo.com | (254) 205-1889 | 3201 Fm 3136 | Cleburne | Texas | 76031 | 2423 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000008tbGh | Karen | Buckles | karen.barnett5408@gmail.com | (606) 269-8057 | 412 Evans Dr | Middlesboro | Kentucky | 40965 | 5408 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000006K17d | Jonte | Buckner | jontebuckner@yahoo.com | (270) 997-1628 | 491 Kelly Rd Lot 26 | Plum Springs | Kentucky | 42101 | 2465 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008xTLK | Bonisha | Buford | bonisha.buford@gmail.com | (870) 403-1852 | 1315 Cutler Street | Arkadelphia | Arkansas | 71923 | 11135 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000007PJ15 | Jennifer | Bumbrey | momx5nanax4@gmail.com | (571) 208-4386 | 5704 Knightsbridge Court | Spotsylvania | Virginia | 22553 | 3396 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000007PHkL | Tonya | Buras | tonyalynnburas@yahoo.com | (601) 463-2890 | 639 Derby White Sand Rd | Poplarville | Mississippi | 39470 | 591 | Louisiana | Salaried | | |
| 00Q1U000008uM08 | Rhonda | Burdett | rhondaburdett69@gmail.com | (812) 621-4722 | 8375 US 421 | Madison | Indiana | 47250 | 47042 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000008twuZ | Vivian | Burke | pieandab19@gmail.com | (252) 985-8104 | 772 Powell Road | Rocky Mount | North Carolina | 27801 | 1611 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000008xAPa | Janice | Burse | janicedburse@gmail.com | (314) 657-8461 | 4656 Palm St | St. Louis | Missouri | 63115 | 6038 | Missouri | Hourly | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U000007Q3e1 | Denise | Burt | dmshook3@yahoo.com | (989) 297-1124 | 806 S Warner | Bay City | Michigan | 48706 | 1939 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000006K2LH | Brandon | Burwell | brandonburwell83@gmail.com | (202) 230-9755 | 119 E 9th St #C | Richmond | Virginia | 23224 | 1130 | Virginia | Hourly | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000007PXIH | Brianna | Butler | briannax216@gmail.com | (205) 639-9583 | 428 Tupelo Rd | Centerpoint | Alabama | 35215 | 1634 | Alabama | Salaried | | |
| 00Q1U000008uD0q | Kala | Butler | kala_butler@yahoo.com | (567) 203-8726 | 933 Mill Road | Loudonville | Ohio | 44842 | 8266 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000AOVL7 | Ellen | Butler | reed40@yahoo.com | (318) 300-9927 | 1304 Hilma Street | Lake Charles | Louisiana | 70669 | 4064 | Louisiana | Hourly | | |
| 00Q1U00000AOIIv | Sarah | Buza | sarahbuza317@gmail.com | (317) 332-8332 | 1011 S Pershing Ave | Indianapolis | Indiana | 46221 | 1430 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000006kDqI | Gaylon | Cade | gayloncade@gmail.com | (334) 301-3668 | 1155 Beth Manor Drive | Montgomery | Alabama | 36109 | 1676 | Alabama | Salaried | | |
| 00Q1U000008seC2 | Alisha | Calhoun | alishacalhoun00@gmail.com | (313) 765-5075 | 14901 Sorrento St. | Detroit | Michigan | 48227 | 07160 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000004uUL9 | Susan | Camp | evilsuzy513@hotmail.com | (518) 813-6710 | 106 Montgomery Lane | Middle Grove | New York | 12850 | 3206 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000APkxN | Caroline | Campbell | caroline0311@yahoo.com | (850) 363-4495 | 295 Trice Lane | Crawfordville | Florida | 32327 | 5107 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008xPsB | Bianca | Campbell | biancacampbell80@yahoo.com | (954) 926-7306 | 230 NW 7th Ave | Florida City | Florida | 33034 | 06032 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000ANy3p | Tawyna | Carey | tawynakarey@gmail.com | (205) 983-2436 | 901 29th Ave Ne | Centerpoint | Alabama | 35215 | 8978 | Alabama | Salaried | | |
| 00Q1U000004uQpc | Cassondra | Carito | mrscarito1987@gmail.com | (740) 281-9456 | 1100 Thornwood Lot 78 | Heath | Ohio | 43056 | 9048 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000007Pb5z | Kimberly | Carpenter | kimbryan6160@gmail.com | (812) 621-1047 | 7337E Co Rd 800N | Sunman | Indiana | 47041 | 7171 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000007PHsO | Sequoia | Carroll | jaliyah1211@yahoo.com | (901) 265-5086 | 6135 Eyrie Dr Apt #108 | Memphis | Tennessee | 38115 | 6892 | Tennessee | Salaried | | |
| 00Q1U00000AOOO5 | Heather | Carroll | whateverelse46290@gmail.com | (336) 340-5972 | 323 Lawrence St | Greensboro | North Carolina | 27406 | 04128 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000008u4hG | Richard | Carter | richieo277@gmail.com | (313) 409-7426 | 19301 Stephen's Dr | Eastpointe | Michigan | 48021 | 8288, 8345, 2755, 5971, 46 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000008xTXR | Monica | Carter | ryanerenee@gmail.com | (205) 223-4438 | 545 25th Street Sw | Birmingham | Alabama | 35211 | 6698 | Alabama | Salaried | | |
| 00Q1U000007PxHd | Yahaira | Casas | cholecasas@hotmail.com | (817) 932-5898 | 955 E Broadway | Fort Worth | Texas | 76105 | 1319 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PVBI | Kimberly | Castagno | newmommy1808@gmail.com | (860) 301-8084 | 704 Jewell St | Fruitland Park | Florida | 34731 | 04611 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008x9Yf | Marcia | Caston | m.caston37@yahoo.com | (504) 520-9303 | 6212 S.Judah Apt558 | Marrero | Louisiana | 70072 | 1512 | Louisiana | Hourly | | |
| 00Q1U000007PvO6 | Mandy | Catlin | lilfella78@yahoo.com | (814) 389-2760 | 54 Pine Avenue, P.O. Box 93 | Force | Pennsylvania | 15841 | 9304 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U00000APnMW | Thomas | Cerda | g.urbano2019@icloud.con | (909) 735-6265 | 991 W. Blaine Street Apt 41 | Riverside | California | 92507 | 3112, 3090 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000008tcRG | Erica | Chamberlain | ericachamberlain5@gmail.com | (765) 621-6528 | 7479 Mallard Ct Apt B | Indianapolis | Indiana | 46260 | 22374 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000008wrBr | Tiffany | Chambers | tiffanyrichelle4606@gmail.com | (765) 212-4338 | 1900 N Shirey Rd | Muncie | Indiana | 47303 | 1008 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U00000AOy9z | Brandy | Chappell | bmchappell88@gmail.com | (719) 924-2754 | 1021 Ruppel Apt.19 | Pueblo | Colorado | 81001 | 2600 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000006K09P | Stanley | Charlorin | nathan021211@gmail.com | (754) 423-0448 | 18103 Bridle Club Dr | Tampa | Florida | 33647 | 8412 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000004v0fd | Anita | Chavis | neenee263123@gmail.com | (404) 455-1525 | 10 Wingfoot Ct | Cartersville | Georgia | 30120 | 4155 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004us5M | Catina | Chavous | chavouscat@gmail.com | (803) 563-3700 | 148 Kershaw St NE | Aiken | South Carolina | 29801 | 12156 | South Carolina | Hourly | | |
| 00Q1U000004vPyQ | Mary | Childers | marychilders.l8@yahoo.com | (903) 436-7538 | 300 County Rd. 153 | Whitesboro | Texas | 76273 | 7264 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000APK1Q | Sharae | Chism | sharaegee0129@gmail.com | (816) 269-8677 | 210 South Pleasent Apt #19 | Independence | Missouri | 64050 | 03974 | Missouri | Hourly | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U000007QICQ | Linda | Christian | lvnmcghee15@gmail.com | (480) 202-8617 | 4136 N 12Th St-8 | Phoenix | Arizona | 85014 | 11786 | Arizona | Salaried | Ariz. Rev. Stat. § 23-363 | |
| 00Q1U000004yZHs | Sharda | Churaman | sharda_persaud03@yahoo.com | (347) 985-5857 | 906 Gerald Ave | Lehigh Acres | Florida | 33936 | 9395 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AOCR3 | Carrie | Church | tjmadi304@gmail.com | (304) 887-0500 | P.O. Box 171 | Kimball | West Virginia | 24853 | 3473 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000007PbkC | Kathleen | Cieslak | kathleencieslak47@gmail.com | (920) 538-2565 | 2036 Pershing Rd | New London | Wisconsin | 54961 | 3079 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000004usZ2 | Jennifer | Ciocca | jenniferciocca@yahoo.com | (716) 495-5361 | 79 Klas | West Seneca | New York | 14223 | 7547 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006Jy3U | Tessa | Clapper | clappert69@gmail.com | (518) 866-1577 | 25 Wagner Street | Fort Plain | New York | 13339 | 3624 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000AP6Yz | Robert | Clark | bclark808@yahoo.com | (517) 575-4603 | 8795 Phelps Dr | Vestaburg | Michigan | 48891 | 3710 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000007PWEa | Angela | Clark | black5683@gmail.com | (757) 376-5965 | 2109 Cunningham Dr #103 | Hampton | Virginia | 23666 | 7889 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U00000AOzbZ | Angel | Clark | ang31eyes31@gmail.com | (228) 380-1160 | 100 West Main Ave | Lumberton | Mississippi | 39455 | 3023 | Mississippi | Salaried | | |
| 00Q1U000006JyIR | Celina | Clark | celinaclark07@gmail.com | (693) 562-4859 | 136 Prescott Hill | Peter | New Hampshire | 03458 | 3605 | New Hampshire | Hourly | N.H. Rev. Stat. Ann. § 279:21 | N.H. Rev. Stat. Ann. § 279:21(VIII) |
| 00Q1U00000AOwrq | Malynda | Clark | malyndaclark1994@gmail.com | (720) 586-1005 | 1350 Peoria St Apt 5 | Aurora | Colorado | 80011 | 11573, 5149 | Colorado | Hourly | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000008tto1 | Ariel | Clay | ariel24msc.ac@gmail.com | (773) 648-5816 | 1365 N Hudson | Chicago | Illinois | 60610 | 7570 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PTmn | Karissa | Clemens | kclemens0614@gmail.com | (859) 640-9658 | 116 East 42nd Street | Latonia | Kentucky | 41015 | 8878 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000007Q4hE | Rikki | Clifford | clifford_rikki@hotmail.com | (605) 626-1928 | 903 North Main Street #4 | Groton | South Dakota | 57445 | 7315 | South Dakota | Salaried | S.D. Codified Laws § 60-11-3.2 | |
| 00Q1U000004vLEN | Sabrina | Collier | sabrinacollier38@yahoo.com | (985) 662-9731 | 121 West Green Street | Hammond | Louisiana | 70403 | 5843 | Louisiana | Salaried | | |
| 00Q1U000008xTJO | Anna | Collier | a.cllr123@gmail.com | (281) 425-9590 | 3434 W Little York Rd Apt 1415 | Houston | Texas | 77091 | 7488 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |

| EL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Henry | Collins | [illegible] | (330) 771-8238 | 1080 Lemon Rd Nw | Minerva | Ohio | 44657 | 8356 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 0001U000007Q5cb | Rachel | Collins | mcta213@ymail.com | (812) 292-2971 | 1635 East Telegraph Hill Rd | Madison | Indiana | 47250 | 1095 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(j) |
| [illegible] | Macie | Collins | staciecollins74@gmail.com | (859) 409-0843 | 8705 Evergreen Dr | Florence | Kentucky | 41042 | 3552 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 0001U000008ivyR | Sol | Colon | colonsol14@gmail.com | (561) 201-9481 | 316 Mcknight St | Reading | Pennsylvania | 19601 | #2832, #5911, #7455 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| [illegible] | Gustavo | Colon | [illegible] | (312) 420-1379 | 6319 W Nelson | Chicago | Illinois | 60634 | 25389 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 0001U00000AP1mB | Heather | Comet | sunfloadmm2015@yahoo.com | (501) 842-4841 | 215 SW 4th | England | Arkansas | 72046 | 4396 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| [illegible] | Patricia | Connelly | [illegible] | (231) 307-4494 | 1300 Fifth St | Twin Lake | Michigan | 49457 | 8626 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 0001U000004vOTS | Virginia | Connelly | gypsy0208@hotmail.com | (904) 495-3547 | 910 Spanish Lane | Deland | Florida | 32720 | 03345 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| [illegible] | Melissa | Conrad | [illegible] | (762) 383-8081 | 2130 Richards Rd | Augusta | Georgia | 30906 | 03625 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 0001U000007OPIO | Sherry | Copeland | ingredsherry79@gmail.com | (254) 716-6843 | 1581 Lcr 760 | Groesbeck | Texas | 76642 | 2235 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Jackie | Correia | jackiecorrea455@gmail.com | (435) 406-0517 | 3102 Dean Dr | Santa Maria | California | 93455 | 6623 | Utah | Salaried | Utah Code Ann. § 34-40-103 | |
| 0001U000004uprL | LaBa | Cottman | labarcottman@gmail.com | (267) 622-7456 | 3442 N 18th St | Philadelphia | Pennsylvania | 19140 | #3153, #7350 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Todd | Couture | todd_couture@yahoo.com | (774) 641-3387 | 142 Fremont St | Worcester | Massachusetts | 01603 | 11443 | Massachusetts | Salaried | Mass. Gen. Laws Ann. ch. 151 § 1 | Mass. Gen. Laws Ann. ch. 151, § 1A |
| 0001U00000AP0Dd | Ashley | Cox | ghamashley111@gmail.com | (814) 230-5550 | 21 West Main St | Youngsville | Pennsylvania | 16371 | 69 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Kathy | [illegible] | [illegible] | (334) 343-0721 | 305 Mancil St | [illegible] | Alabama | 36456 | 31758 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 0001U000007PU58 | Megan | Crosby | megcrosby09@yahoo.com | (435) 730-4671 | 495 West 720 South | Tremonton | Utah | 84337 | 5853 | Utah | Salaried | Utah Code Ann. § 34-40-103 | |
| [illegible] | Melinda | Crowley | [illegible] | [illegible] | 323 S Northampton St | Bangor | Pennsylvania | 18013 | 3390 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Monique | Cruse | moniquecruse@gmail.com | (682) 429-5257 | 1528 Yorkshire St | Fort Worth | Texas | 76134 | 6089 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Angela | Crutchley | [illegible] | (336) 989-4603 | 217 Redcoat Ln | Clay | North Carolina | 27021 | 7954 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| 0001U000004ucp6 | Cristofer | Cruz | [illegible] | (281) 536-8770 | 7902 Easton | Houston | Texas | 77017 | 1278 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Felipe | Cruz | fcruz715@gmail.com | (804) 925-8717 | 800 Winston Churchill Dr Apt 18G | Hopewell | Virginia | 23860 | 6093 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 0001U000007QSFt | Etta | Cuellar | ettarocks10@gmail.com | (918) 853-9315 | 111 N New Haven Ave | Tulsa | Oklahoma | 74115 | 4786 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| [illegible] | Alexandra | [illegible] | [illegible] | (626) 747-2570 | 1022 W 5th Ave | Gastonia | North Carolina | 28052 | 7325 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| [illegible] | Tracie | Cumbest | tracie1574@hotmail.com | (601) 799-8488 | 3405 Tommy Williams Road | Lucedale | Mississippi | 39452 | 11446 | Mississippi | Salaried | | |
| [illegible] | Joshua | [illegible] | [illegible] | [illegible] | 158 Hwy 578 North | Annville | Kentucky | 40402 | 1060 | Kentucky | Hourly | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 0001U000004uCkQ | Alexandra | Cunningham | cunningham364@aol.com | (470) 315-5069 | 117 Arbour Way | Senoia | Georgia | 30276 | 8049 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Dunesha | Curry | [illegible] | (615) 818-8154 | 2323 Hamilton Glenn Pl | Antioch | Tennessee | 37013 | 1949 | Tennessee | Hourly | | |
| 0001U000007PKs3 | Shandra | Curry | shandracurry30@gmail.com | (404) 819-0359 | 9810 Whitehall Rd Apt 1202 | Savannah | Georgia | 31406 | 1733 1809 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Margaret | Daniels | [illegible] | (478) 250-4199 | 2217 Robin Hood Road | Macon | Georgia | 31206 | 4310, 9420, 4027 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Raven | Daniels | ravendaniels95.rd@gmail.com | (870) 415-8386 | 709 Maple Street | Crossett | Arkansas | 71635 | #2899 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| [illegible] | Sonya | Davis | [illegible] | (704) 298-8365 | 1060 Triple D Drive | Gold Hill | North Carolina | 28071 | 8846 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| [illegible] | Kayla | Davis | kayla.justin.bdd@gmail.com | (940) 613-2927 | 5126 Buck Point St | Wichita Falls | Texas | 76310 | 8752, 2895 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Courtney | Davis | [illegible] | (252) 315-8217 | 3508 A Pear Tree Court Nw | Wilson | North Carolina | 27896 | 7790 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| [illegible] | Courtney | Davis | courtneydavis9090@yahoo.com | (601) 397-0989 | 2833 Eucolin St | Jackson | Mississippi | 39213 | 11570 | Mississippi | Salaried | | |
| [illegible] | Michelle | Davis | [illegible] | (715) 733-4943 | 6820 S. Bahn St | Iron River | Wisconsin | 54847 | 11148 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| [illegible] | James | De Fazio | [illegible] | (262) 914-9140 | 1321 19th Avenue | Kenosha | Wisconsin | 53140 | 10987 | Washington | Salaried | Wash. Rev. Code Ann. § 49.46.020 | |
| [illegible] | Andrea | Deans-Murray | andreadeansmurray@gmail.com | (747) 587-6827 | 4010 Breakheart Dr. Apt 3 | Chesapeake | Virginia | 23324 | 4377 | Virginia | Hourly | Va. Code Ann. § 40.1-28.10 | |
| 0001U000007PLTd | April | Decker | luvsmommy326@gmail.com | (607) 794-0569 | 7112 Victory Drive | Bath | New York | 14810 | 3202 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| [illegible] | Deidra | Degrave | [illegible] | (920) 383-1707 | 1505 Us Highway 141 Unit A | Crivitz | Wisconsin | 54114 | 6028 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| [illegible] | Vicky | Demattea | vickydem78@yahoo.com | (504) 494-3335 | 503 E 2nd St | Belle Chasse | Louisiana | 70037 | 9062 | Louisiana | Hourly | | |
| [illegible] | Shelly | Demedich | [illegible] | (352) 803-6340 | 932 NW 5th Street | Okeechobee | Florida | 34972 | 3672 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| [illegible] | Jason | Dempsey | [illegible] | (678) 674-8189 | 5512 Arrowhead Dr | Acworth | Georgia | 30102 | 5284 | Arizona | Salaried | Ariz. Rev. Stat. § 23-363 | |
| [illegible] | Ollie | Dempsey | [illegible] | [illegible] | 21222 State Highway 110 N | Troup | Texas | 75789 | 21208 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Ashley | Dennis | [illegible] | (386) 252-8046 | 439 Hudson St | Daytona Beach | Florida | 32114 | 5160 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| [illegible] | Melinda | Depoy | [illegible] | (413) 438-1130 | 23 Sargeant Ave | Chicopee | Massachusetts | 01020 | 9068 | Massachusetts | Salaried | Mass. Gen. Laws Ann. ch. 151 § 1 | Mass. Gen. Laws Ann. ch. 151, § 1A |
| [illegible] | Latana | Derricott | lderricott1987@gmail.com | (330) 289-3409 | 952 Austin Ave | Akron | Ohio | 44306 | 1427 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| [illegible] | Mike | Derry | [illegible] | [illegible] | 725 Fairway Dr Apt A | St. Louis | Michigan | 48880 | 4596 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 0001U000006K2An | Trista | Diadema | [illegible] | (203) 809-5865 | 8 Garden Rd | Rocky Point | New York | 11778 | 5846 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| [illegible] | Destiny | Diamond | [illegible] | (616) 916-3164 | 2824 Pathway | Wayland | Michigan | 49348 | 7576 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| [illegible] | Simoy | Diedrick | sdiedrick55@gmail.com | (917) 767-3335 | 158-02 Rockaway Blvd | Jamaica | New York | 11434 | 11315 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| [illegible] | Ashley | [illegible] | [illegible] | (585) 286-8307 | 792 Dumont St | Rochester | New York | 14621 | 3208 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| [illegible] | John | Dressler | jdressler1217@gmail.com | (717) 839-8187 | 2647 Old Trail Road | Liverpool | Pennsylvania | 17045 | 9294 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Nancy | Duckery | [illegible] | (423) 304-6523 | 228 Midway Ave | Jasper | Georgia | 30143 | 1327 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Rene | Dubuhan | renedubo@gmail.com | (320) 368-0278 | 106 North 4th Street | Montevideo | Minnesota | 56265 | 11151 | Minnesota | Salaried | Minn. Stat. Ann. §177.24(a)-(b) | Minn. Stat. Ann. § 177.25 |
| [illegible] | Leslie | Dupree | [illegible] | (240) 298-3303 | 204 Blair Rd Apt 103 | Indian Head | Maryland | 20640 | 2983 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 0001U000007PkS8 | Gregory | Dotson | gdotson2012@gmail.com | (903) 814-1171 | 518 W Hughes Street | Collinsville | Texas | 76233 | 7264 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Matthew | Doughan | [illegible] | (334) 440-3331 | 3903 Thomas Avenue | Montgomery | Alabama | 36111 | 210 Fairview | Alabama | Hourly | | |
| 0001U000007Q2sP | Pandora | Downer Marceline | pmarceline1964@gmail.com | (774) 212-3767 | 415 Cornwall Dr | Ruther Glen | Virginia | 22546 | 442 | Massachusetts | Salaried | Mass. Gen. Laws Ann. ch. 151 § 1 | Mass. Gen. Laws Ann. ch. 151, § 1A |
| [illegible] | William | Downing | [illegible] | (910) 779-8342 | 189 Village Circle | Jacksonville | North Carolina | 28546 | 11552 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| [illegible] | Marla | Downs | marladowns66@gmail.com | (541) 670-5346 | 304 Westside Rd | Camas Valley | Oregon | 97416 | 4608 | Utah | Salaried | Utah Code Ann. § 34-40-103 | |
| [illegible] | Joann | Doyle | [illegible] | (386) 728-6856 | 147 Emmett Whaley Rd | Crawfordville | Florida | 32327 | 03293 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| [illegible] | Keyon | Drayton | keyondrayton@gmail.com | (352) 537-0374 | 1442 NE 36th Pl | Ocala | Florida | 34479 | 34151 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| [illegible] | Amanda | Dresser | [illegible] | (806) 333-3763 | P.O. Box 834 | Claude | Texas | 79226 | 20208 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Benjamin | Dresser | dresser210@icloud.com | (863) 448-7036 | 1047 Sparrow Rd | Wauchula | Florida | 33873 | 2422 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| [illegible] | Jose | Duggins | [illegible] | (937) 283-4144 | 1056 Locke Rd | New Vienna | Ohio | 45159 | 7685 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 0001U00000AOM1u | Alicia | Dunning | adunning001@yahoo.com | (315) 447-3516 | 1100 Emery Street | Fulton | New York | 13069 | 11818 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| [illegible] | Natalie | Echeverria | [illegible] | (773) 998-4026 | 4208 N. Linder Ave. Apt. #3A | Chicago | Illinois | 60630 | 05535 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| [illegible] | Dawn | Edelen | dawnedelen0421@yahoo.com | (301) 609-2775 | 4184 Blueford Dr | Waldorf | Maryland | 20603 | 2926 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| [illegible] | Kendra | Edwards | [illegible] | (434) 248-2174 | 18200 Maplewood Ave. | Stony Creek | Virginia | 23882 | 9034 | Virginia | Hourly | Va. Code Ann. § 40.1-28.10 | |
| [illegible] | Donna | Edwards | dmedwards@live.com | (724) 355-2180 | 27062 Military Rd | Angie | Louisiana | 70426 | 11463 | Mississippi | Salaried | | |
| [illegible] | Tatiana | Edwards | [illegible] | (585) 532-3291 | 455 Emerson St | Rochester | New York | 14613 | 3155 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| [illegible] | Johnny | Ellis | [illegible] | (563) 235-5111 | 642 N Burden Ave | Dubuque | Iowa | 52001 | 1599 | Iowa | Salaried | Iowa Code § 91D.1 | |
| [illegible] | [illegible] | Elias-Barnett | [illegible] | (305) 890-8817 | 190 NE 54th Street Suite A-2110 | Miami | Florida | 33137 | 07230 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 0001U000004vF1v | Vanessa | Elliott | vanessaliott7469@gmail.com | (682) 500-8684 | 423 S. Belknap St | Stephenville | Texas | 76401 | 11534 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Deneesha | Elliott | [illegible] | (757) 934-0020 | 617 C 7th Street | Portsmouth | Virginia | 23704 | 378, 5063, 4550 | Virginia | Hourly | Va. Code Ann. § 40.1-28.10 | |
| [illegible] | Misty | Ellis | mistyrosellis@gmail.com | (330) 623-5086 | 201 North Roanoke Ave | Youngstown | Ohio | 44515 | 3337 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| [illegible] | Laura | Ellis | [illegible] | (870) 408-4487 | 126 Daniel Road | Monticello | Arkansas | 71655 | 1256 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| [illegible] | Tanesha | Ellison | ellisontk@yahoo.com | (404) 956-6584 | 4167 Emerald Lake Drive | Decatur | Georgia | 30035 | 4965 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Felicia | Ellsworth | [illegible] | (845) 863-7213 | 33 Catskill Ave Apt A | Kingston | New York | 12401 | 4003 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| [illegible] | Tobias | Emerson | [illegible] | (713) 267-5872 | 12315 Fraser River Drive | Houston | Texas | 77050 | 8418 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Audrey | English | englishaa7@gmail.com | [illegible] | 3324 Carson Dr | Seminole | Oklahoma | 74868 | 04313 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| [illegible] | Marissa | Erwin | lovemyparts09@aol.com | (304) 380-5165 | 620 Camden Rd Apt A | Huntington | West Virginia | 25704 | 8310 | West Virginia | Hourly | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| [illegible] | Lakeima | Esew | [illegible] | (585) 957-5087 | 56 Aldine Street | Rochester | New York | 14619 | 8120 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 142-2.4 |
| [illegible] | Monica | Espinoza | espinoza.monica.81@gmail.com | (210) 810-1151 | 443 Pilgrim Dr. | San Antonio | Texas | 78213 | 2744 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Erica | Evans | [illegible] | (901) 601-3977 | 1060 South Rembert | Memphis | Tennessee | 38104 | 11549 | Tennessee | Salaried | | |
| [illegible] | Heather | Fama | famafamily1@yahoo.com | (865) 951-4690 | 329 Hollybrook Ln | Powell | Tennessee | 37849 | 6812 | Tennessee | Salaried | | |
| [illegible] | Connie | Farnsworth | [illegible] | (304) 576-3845 | 205 North Mountain Ave. | Mount Hope | West Virginia | 25880 | 467 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-8 |
| [illegible] | Linda | Farrell | linda_farrell@aol.com | (347) 485-4057 | 1227 Bangs Ave | Asbury Park | New Jersey | 07712 | 5112 | New Jersey | Salaried | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| [illegible] | Erica | Favela | [illegible] | (210) 790-0393 | 347 Benwood Dr | San Antonio | Texas | 78213 | 4232 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| [illegible] | Debra | Faye | [illegible] | (337) 794-5806 | 2187 E. Gauthier Rd Lot 157 | Lake Charles | Louisiana | 70607 | 4278 | Louisiana | Salaried | | |
| [illegible] | Kimberly | Fender | [illegible] | (307) 753-6902 | 1055 Clarendon Ave | Sheridan | Wyoming | 82801 | 7307 | Wyoming | Hourly | | |
| [illegible] | Danielle | Felbinger | [illegible] | (513) 546-6641 | 4654 River Road | Fairfield | Ohio | 45014 | 4660 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| [illegible] | Patricia | Fenninger | [illegible] | (208) 509-8116 | 3621 N Patricia Lane | Boise | Idaho | 83704 | 7018 | Idaho | Hourly | Idaho Code § 44-1502(1) | |
| [illegible] | Sean | Ferguson | [illegible] | (218) 358-1137 | P.O. Box 195 | Winton | Minnesota | 55796 | 10368 | Minnesota | Salaried | Minn. Stat. Ann. §177.24(a)-(b) | Minn. Stat. Ann. § 177.25 |
| [illegible] | [illegible] | Ferguson | [illegible] | (205) 833-5375 | 1633 2nd St Ne | Center Point | Alabama | 35215 | 8690, 9394 | Alabama | Hourly | | |
| [illegible] | Rebecca | Fields | [illegible] | (606) 733-0356 | 108 A Oak St | Cumberland | Kentucky | 40823 | 530 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| [illegible] | Alfreda | Fields | [illegible] | (217) 849-0900 | 423 N 5th Street | Petersburg | Illinois | 62675 | 1329 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| [illegible] | Carmen | Figueroa | [illegible] | (336) 340-3078 | 224 Coats Street | Reidsville | North Carolina | 27320 | 271 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| [illegible] | Jennifer | Fikes | [illegible] | (903) 495-2009 | 1020 E Fairview | Sherman | Texas | 75416 | 2885 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |

| KL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00Q1U000007Q6wn | Tyrone | Fletcher | ttfletcher2897@gmail.com | (646) 953-5403 | 556 Watkins Street | Brooklyn | New York | 11212 | 6481 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000004ummr | Richard | Flint | flint.richard92@gmail.com | (404) 655-2292 | 3099 Willowstone Drive | Lizella | Georgia | 31052 | 11548 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006K2Ce | Cleopatra | Florence | mswalthour@yahoo.com | (478) 320-6057 | 1134 Kelly Drive Lot 37 | Hinesville | Georgia | 31313 | 8642 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004vKL7 | Corey | Flowers | charlette1999@yahoo.com | (662) 902-5501 | 925 Miller | Clarksdale | Mississippi | 38614 | 5493 | Mississippi | Hourly | | |
| 00Q1U000006K0OY | Nellie | Fort | nellifort@yahoo.com | (502) 602-6262 | 2513 West Madison | Louisville | Kentucky | 40211 | 1031 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U00000AP6EL | Kesha | Fort | kesha.fort@yahoo.com | (502) 240-7875 | 1517 S. 3rd St Apt 5 | Louisville | Kentucky | 40208 | 957, 3185 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000004ubP6 | Vanesha | Foster | fostervanesha@gmail.com | (313) 953-6857 | 5115 Pennsylvania St | Detroit | Michigan | 48213 | 10220 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000APEIJ | Lynnett | Fox | ms.f0xxxy1@gmail.com | (719) 334-1573 | 1222 Catalpa | Pueblo | Colorado | 81001 | 11108, 3487, 9160, 2626 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000008wx6s | Lisa | Frank | lisafrank405@gmail.com | (717) 673-1317 | 9 Walnut Street | Lebanon | Pennsylvania | 17042 | 4041 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U00000AOvWN | Monique | Franklin-Mcduffie | mmf07597@gmail.com | (585) 285-6142 | 63 Greeley | Rochester | New York | 14609 | 5054 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000AP45c | Alicia | Franks | lisajoe1968@gmail.com | (469) 516-4482 | 900 S.Trinity | Decatur | Texas | 76234 | 7890 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000AP45w | Alicia | Franks | lisajoe1968@gmail.com | (469) 516-4482 | 900 S. Trinity St. | Decatur | Texas | 76234 | 7890 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004vlmP | Phillip | Frazier | fraziercp628@gmail.com | (910) 922-5736 | 1080 Glen Reilly Drive | Fayetteville | North Carolina | 28314 | 8933, 10953 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000008xPxV | Jonathon | Freeman | jc1989indian@icloud.com | (407) 785-8814 | 1910 Castleton Dr | St. Cloud | Florida | 34771 | 4584, 10910, 10913, 11921 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008uKd8 | Robert | Freislinger | robbiefreislinger2018@gmail.com | (580) 231-4750 | 557 N 7th St | Enid | Oklahoma | 73701 | 5288 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000AOn5G | Marijke | Fuqua | fmarijke3ds4@gmail.com | (815) 756-0922 | 701 Grant Av | Joliet | Illinois | 60433 | 5686 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004wIU | Carol | Gamble | shuagam4@live.com | (606) 495-5597 | P.O. Box 63 | West Liberty | Kentucky | 41472 | 2091 | Kentucky | Hourly | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000007Pahi | Jonathan | Gardner | j_gardner323@hotmail.com | (513) 252-6042 | 226 Harriet St | Lawrenceburg | Indiana | 47025 | 8058 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K94K | Kelly | Garland | navismama1104@gmail.com | (480) 246-6044 | 1411 Pebble Dr | Darlington | South Carolina | 29532 | 4752 | Connecticut | Hourly | Conn. Gen. Stat. Ann. § 31-58(i) | Conn. Gen. Stat. Ann. § 31-76c |
| 00Q1U00000APBtL | Nichole | Garner | nicholegarner24@gmail.com | (708) 673-1008 | 22 N Wabash Ave | Glenwood | Illinois | 60425 | 4645, 6345 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000006JxD5 | Stephanie | Garry | stephanie.garry34@gmail.com | (870) 317-0229 | 4511 Key Largo Place | Jonesboro | Arkansas | 72401 | 4112 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000007PHu0 | Latanya | Gary | tanya.gary75@yahoo.com | (574) 210-7937 | 1238 Cedar St | South Bend | Indiana | 46617 | 5308, 1437, 8157, 4931 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U00000APnm0 | Vanika | Gaskins | vanikagaskins@gmail.com | (757) 273-2502 | 603 Lasalle Ave #20 | Hampton | Virginia | 23661 | 11371 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000007PwoF | Krystl | Ger | krystlboneo@yahoo.com | (757) 771-2665 | 1252 24th Street | Newport News | Virginia | 23607 | 468 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000008x9Of | Chatay | Gibbs | chataywalden75@gmail.com | (404) 798-9527 | 2833 Scottwood Ave Uppe | Toledo | Ohio | 43610 | 10075 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K0OE | Ashley | Gibson | ashleybrooke229@gmail.com | (409) 239-6606 | 6631 Cindy Ln | Silsbee | Texas | 77656 | 7906 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004yCrz | Nyree | Gilbert | nyreegilbert770@yahoo.com | (843) 496-2566 | 1203 B West Sumter St | Florence | South Carolina | 29501 | 5996 | South Carolina | Hourly | | |
| 00Q1U000004ua7P | Tricia | Giles | tricia.giles@yahoo.com | (478) 414-6354 | P.O. Box 4958 | Eatonton | Georgia | 31024 | 710 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006K1pL | Linda | Gillespie | lgillespie5@yahoo.com | (864) 305-8914 | 115 Warrior Drive | Gaffney | South Carolina | 29341 | 46 | South Carolina | Salaried | | |
| 00Q1U000006JzbW | Chelsea | Glidden | chelseaglidden@gmail.com | (734) 299-1534 | 12047 Rockland | Redford | Michigan | 48239 | 10723 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000007PzL3 | Patricia | Godfrey | patgsouth@yahoo.com | (704) 219-0933 | 504 Arcadia Ln | Monroe | North Carolina | 28112 | 4241 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000007PTcy | Karen | Goggins | kamignjo@gmail.com | (205) 541-8451 | 4320 74th Place North | Birmingham | Alabama | 35206 | 622 | Alabama | Salaried | | |
| 00Q1U000007PSId | Jasmine | Golden | jazzy14golden@gmail.com | (570) 262-0168 | 326 Hazle Street | Wilkes Barre | Pennsylvania | 18702 | 83 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008xAC9 | Steven | Gondek | sgondek1968@gmail.com | (716) 417-7055 | 174 Hadlock Pond | Fort Ann | New York | 12827 | 5040 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000008u5c0 | Keith | Gonia | kasa12953@gmail.com | (518) 353-4507 | 594 East Main A2 | Malone | New York | 12953 | 3896 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000AOOza | Brenda | Goodman | brendagoodman081989@gmail.com | (570) 814-0416 | 105 Ellie Mccomic Rd | Many | Louisiana | 71449 | 08149 | Louisiana | Salaried | | |
| 00Q1U000006K22y | Jane | Gower | janeg1017@yahoo.com | (570) 590-8846 | 1360 Scott Street Apt C | Kulpmont | Pennsylvania | 17834 | 11261 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006K0Kv | David | Grace | dgrace1993@gmail.com | (906) 251-1522 | 412 South Third St | Ishpeming | Michigan | 49849 | 3582 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000008ttq2 | Tanja | Graham | tanja.govan@gmail.com | (502) 418-3359 | 984 Woods Hollow Drive Radcliff | Radcliff | Kentucky | 40160 | 1286 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000004uQCL | Danielle | Graham | daniellegraham30@gmail.com | (580) 927-0068 | 646 South Carr Penn Rd | Atoka | Oklahoma | 74701 | 4054 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000007PI5i | Meghan | Gramling | babymason4472@gmail.com | (309) 592-5525 | 1308 5th Avenue | East Moline | Illinois | 61244 | 1717 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000AONHV | Temperrence | Grant | temperrencea@gmail.com | (216) 527-3401 | 5728 Hamlet Ave | Cleveland | Ohio | 44127 | 11111 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K2Up | Crystal | Gravitt | hissugarbritches39@gmail.com | (840) 428-8180 | 1115 Fretz Street | Pensacola | Florida | 32534 | 8069 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AP48R | Amy | Graw | amylgraw@gmail.com | (507) 626-1976 | 308 180th Ave | Iona | Minnesota | 56141 | 11177 | Minnesota | Salaried | Minn. Stat. Ann. §177.24(a)-(b) | Minn. Stat. Ann. § 177.25 |
| 00Q1U000006K1Kg | Sharon | Greeley | greeleysharon2@gmail.com | (605) 932-3502 | 13038 463rd Ave | Peever | South Dakota | 57257 | 7227 | South Dakota | Hourly | S.D. Codified Laws § 60-11-3.2 | |
| 00Q1U000006K4ed | Lesia | Green | llondon24@yahoo.com | (828) 506-9335 | 105 Lindsey Loop Rd | Fletcher | North Carolina | 28732 | 08283 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000007QJI0 | Debbie | Green | debbiegreen22@live.com | (740) 360-2118 | 309 N. Franklin St. | Richwood | Ohio | 43344 | 7177 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000008x8qd | Maxine | Green | msgreen600@gmail.com | (704) 770-5245 | 1012 Bolivia Dr | Gastonia | North Carolina | 28054 | 7669 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000006K1za | Heather | Green | heather12862012@gmail.com | (936) 230-2798 | 16398 Trenda Ct | Conroe | Texas | 77306 | 7502 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007P7WG | Charlene | Griffin | griffincharlene35@gmail.com | (312) 508-2256 | 3330 W Carroll Ave | Chicago | Illinois | 60624 | 5115 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008xVUk | Shaquita | Griffin | shaquitadeniecegriffin@gmail.com | (786) 523-6279 | 949 Mccarty Road | Pheba | Mississippi | 39755 | 8842 | Mississippi | Hourly | | |
| 00Q1U000004yCnn | Sarah | Groce | sarahg122188@gmail.com | (516) 534-7247 | 22336 Murdock Ave | Brooklyn | New York | 11429 | 7255 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000007PiZz | Lisa | Gruver | blueyelisa@gmail.com | (319) 939-4183 | 1882 Manitoba Ave | Waterloo | Iowa | 50708 | 1424 | Iowa | Salaried | Iowa Code § 91D.1 | |
| 00Q1U000008wvyO | Linda | Guerra | lindaguerra25@yahoo.com | (575) 649-7538 | P.O. Box 12 | La Mesa | New Mexico | 88044 | 4928 | New Mexico | Salaried | N.M. Stat. Ann. § 50-4-22(A) | N.M. Stat. Ann. § 50-4-22(D) |
| 00Q1U000008xJYJ | April | Gustave | agustave@bra.gov | (225) 371-5833 | 14353 Sunnyhill Ave | Baton Rouge | Louisiana | 70819 | 8158 | Louisiana | Salaried | | |
| 00Q1U00000AOSDq | Evelyn | Gwinn | bigredd_2008@yahoo.com | (864) 274-4101 | 328 Posey Str | Woodruff | South Carolina | 29388 | 00115 | South Carolina | Hourly | | |
| 00Q1U00000ANw11 | Sadie | Hackworth | sadiehfy29@yahoo.com | (740) 727-4646 | 5665 Pond Creek Bear Creek Rd | West Portsmouth | Ohio | 45663 | 911 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K1dj | Danielle | Haderle | dkidder77@yahoo.com | (407) 460-2837 | 11997 176th St | Mcalpin | Florida | 32062 | 977 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AOkpH | Allyne | Hall | allynehall@gmail.com | (810) 336-6871 | 105 E Bishop Ave | Flint | Michigan | 48505 | 07389 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000007Q0eL | Roxanne | Hamilton | roxanne706@yahoo.com | (216) 374-7383 | 2320 Rozzelles Ferry Road | Charlotte | North Carolina | 28208 | 5424 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000004vQOE | Jasmine | Hamilton | jasminehamilton62@gmail.com | (862) 414-5633 | 232 Port Ave | Elizabeth | New Jersey | 07206 | 8359 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000006JyWv | Traci | Hanks | hntra@frontier.com | (231) 578-1294 | 1666 Mclaughlin Ave | Muskegon | Michigan | 49442 | 05449 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000004uQaD | Patricia | Hanlon | pattidorneman@outloo.com | (570) 778-6146 | 35 S. D St | Mahanoy City | Pennsylvania | 17948 | 11303 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000004uYxo | Beth | Hanna | bethhanna@charter.net | (731) 989-4828 | 1171Longsought | Wildersville | Tennessee | 38388 | 4235 | Tennessee | Salaried | | |
| 00Q1U000006K111 | Judy | Harbin | judy.reed739@gmail.com | (706) 833-5238 | 542 South Old Belair Rd | Grovetown | Georgia | 30813 | 11528 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000AOsb0 | Keiron | Hardin | keiron.hardin@yahoo.com | (812) 213-5912 | 2841 Washington Ave | Evansville | Indiana | 47714 | #5245 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000006Jx8S | Tiffany | Hardy | tiffany_h22@yahoo.com | (720) 621-0687 | 15505 Hudson St | Denver | Colorado | 80222 | 7181 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000006K1RO | Markita | Hardy | markitaproctor@yahoo.com | (918) 861-6197 | 1078 E 57th Pl Apt B | Tulsa | Oklahoma | 74105 | 3997 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000004vAHr | Milton | Hardy | miltonhardy7@yahoo.com | (708) 904-1960 | 4024 W Wilcox 2 | Chicago | Illinois | 60624 | 5002 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000AOVuT | Aimee | Hargrove | aimeeloul05@gmail.com | (719) 306-6353 | 403 E Iowa Ave | Fountain | Colorado | 80817 | 1423 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000007PUtX | Jasmine | Harper | jasmineharperclark1792@gmail.com | (901) 302-6010 | 1170 Barron Court Apt 1 | Memphis | Tennessee | 38114 | 5697 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000008aHBe | Savana | Harrah | sh124@yahoo.com | (618) 249-9946 | 202 Hidden Valley Dr | Oak Hill | West Virginia | 25901 | 2384 | West Virginia | Hourly | W. Va. Code Ann. § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000008wzGq | Tamia | Harris | tamiaharris7374@yahoo.com | (901) 215-4383 | 5627 Waterstone Oak Way | Memphis | Tennessee | 38115 | 6892 | Tennessee | Salaried | | |
| 00Q1U000006Jxzl | Donna | Harris | donnasuex1@gmail.com | (903) 363-6641 | 11042 County Road 290 | Tyler | Texas | 75707 | 8765 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004uS2k | Jacquelyn | Harris | msjacquelyn_harris@yahoo.com | (870) 377-3732 | 1200 E. Choctaw | Dumas | Arkansas | 71639 | 601 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000008xOCO | Sequanna | Hatch | shatch1984@gmail.com | (312) 631-4764 | 1313 W 8th St | Michigan City | Indiana | 46360 | 1910 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000006K7If | Latoya | Hawkins | mainchic870.lh@gmail.com | (903) 506-1743 | 2002 Poplar St.Apt A | Texarkana | Texas | 75501 | #3790 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000008tveR | Tameka | Heard | tamekalheard@yahoo.com | (219) 840-0554 | 153 Hovey Street | Gary | Indiana | 46406 | 10357 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000007Prke | Melanie | Hebert | mhebert29@gmail.com | (731) 434-9438 | 122 Sunset Cv | Selmer | Tennessee | 38375 | 10798 | Tennessee | Salaried | | |
| 00Q1U000006JxLM | Amanda | Henderson | amandahenderson3379@gmail.com | (773) 494-9292 | 4622 Hickory Av | Hammond | Indiana | 46327 | 5392 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000006K0fj | Crystal | Henry | crystaldenise1985@gmail.com | (806) 891-8797 | 135 Flint Ave | Levelland | Texas | 79336 | 2520 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000AOyUm | Shakira | Henry | myieshahenry831@gmail.com | (910) 337-1753 | 196 Horace Henry Lane | Ivanhoe | North Carolina | 28447 | 7632 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000AOq5v | Brian | Herder | bherdersr@gmail.com | (267) 353-3999 | 236 W Street Rd | Warminster | Pennsylvania | 18974 | 7566, 7803, 5932, 11095 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008tieB | Julie | Hernandez | julieih25@gmail.com | (904) 554-7974 | 7836 Wildwood Rd | Jacksonville | Florida | 32211 | 4906 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007P3Ol | Christopher | Hernandez | djsmoke98@gmail.com | (540) 220-0812 | 10712 Gideon Court | Frerdericksburg | Virginia | 22407 | 8599 | Virginia | Hourly | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000004uZxo | Crystal | Hess | crystalhess83@verizon.net | (570) 594-3365 | 141 Martzville Rd | Berwick | Pennsylvania | 18603 | 4602 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000004upmN | Stacy | Hess | greenelklady@gmail.com | (970) 739-9640 | 43365 Road 19 Loop | Mancos | Colorado | 81328 | 11029 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000006JxQg | Nijah | Hester | nijahhester@yahoo.com | (862) 600-1208 | 1113 Hussa Street Apt 1 | Linden | New Jersey | 07036 | 11667 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000006K9BL | Shirley | Hicks | acebaby2015@aol.com | (205) 294-0492 | 2085 Montevallo Road | Centreville | Alabama | 35042 | 10942 | Alabama | Salaried | | |
| 00Q1U00000AObBV | Cynthia | Higdon | chigdonu@gmail.com | (601) 590-3296 | 128 Geranium Dr | Picayune | Mississippi | 39466 | 10685 | Mississippi | Salaried | | |
| 00Q1U000007PlrO | Glenda | Hileman | hilemanik00@gmail.com | (814) 536-7339 | 103 Habicht St. | Johnstown | Pennsylvania | 15906 | 05083 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006K6Rp | Melissa | Hill | mjhillcat24@gmail.com | (814) 341-9266 | 819 Cypress Ave | Johnstown | Pennsylvania | 15902 | 815, 5083, 7724, 7337 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006K2vv | Roxanna | Hill | roxidhill09@gmail.com | (210) 771-2523 | 359 E Hutchins Pl | San Antonio | Texas | 78221 | 6253 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000AObpN | Brian | Hill | br2178@aol.com | (260) 702-6972 | 5609 Gardenhill Lan | Cincinnati | Ohio | 45232 | 5303 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006IXRU | Quanda | Hill | quandahill126@gmail.com | (864) 251-1484 | 108 East Henrietta St | Union | South Carolina | 29379 | 0629 | South Carolina | Hourly | | |
| 00Q1U00000AO3XF | Elizabeth | Hill | terriuskhy@hotmail.com | (727) 768-7197 | 15 N Fernwood Ave Apt 32 | Clearwater | Florida | 33765 | 7394 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008tbbQ | Valerie | Hills | vhills253@gmail.com | (985) 323-9726 | 185 Hwy 40 West Apt B | Independence | Louisiana | 70443 | 0620, 0593 | Louisiana | Hourly | | |
| 00Q1U000006K4O9 | Justin | Hilton | jhilton14615@gmail.com | (585) 802-7462 | 544 Mount Read Blvd | Rochester | New York | 14606 | 6888 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006K2Xx | Brenda | Hindman | rhindman99@yahoo.com | (575) 546-0200 | 8205 Franklin Rd Se | Deming | New Mexico | 88030 | 3035 | New Mexico | Salaried | N.M. Stat. Ann. § 50-4-22(A) | N.M. Stat. Ann. § 50-4-22(D) |

| RL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Danelle | Hixon | [illegible] | (586) 690-3038 | 25717 Loretta Ave | Warren | Michigan | 48091 | 6424, 10628 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000APAIO | William | Hoffman | hammerstrep@gmail.com | (732) 221-5862 | 37 Colonial Dr | Tinton Falls | New Jersey | 07753 | 0944 | New Jersey | Salaried | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| [illegible] | Erica | Holcomb | [illegible] | (704) 935-5868 | 37419 Melton Rd | Albemarle | North Carolina | 28001 | 350 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| [illegible] | Marquetta | Holder | holder_marquetta@yahoo.com | (470) 767-3300 | 1547 Bingham Dr | Fayetteville | North Carolina | 28304 | 5433 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Kenneth | Holtzapple | [illegible] | (248) 484-0136 | 164 Felton St. | Pontiac | Michigan | 48341 | 5971 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| [illegible] | Lartell | Hooper | jeanhoopergreen4@yahoo.com | (337) 580-3269 | 532 W. 9th Ave | Oberlin | Louisiana | 70655 | 862w | Louisiana | Salaried | | |
| [illegible] | Kelley | Hooper | [illegible] | (405) 550-7869 | 913 SE 70th | Oklahoma City | Oklahoma | 73149 | 10685, 1020 | Oklahoma | Hourly | Okla. Stat. Ann. tit. 40, § 197.2 | |
| [illegible] | Tammy | Hoover | prlyt76@yahoo.com | (607) 727-6024 | 63 Dilly Rd | Port Crane | New York | 13833 | 3419 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| [illegible] | Jeanie | Hornback | [illegible] | (580) 904-8354 | 35 Freeman | Ardmore | Oklahoma | 73401 | 7354 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| [illegible] | Laura | Horowitz | [illegible] | (570) 878-9114 | 9 Gamelands Rd | New Ringgold | Pennsylvania | 17960 | 11317 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Tamisha | Howard | [illegible] | (504) 283-7264 | 25 Jamaica Loop | Waggaman | Louisiana | 70094 | 3585 | Louisiana | Salaried | | |
| [illegible] | Sharon | Hrebar | sharong39466@gmail.com | (601) 347-6156 | 80 Morgan Seal Rd | Picayune | Mississippi | 39466 | 4995 | Mississippi | Salaried | | |
| [illegible] | Catherine | Hudson | [illegible] | (708) 599-8466 | 2349 171st | Hazel Crest | Illinois | 60429 | 5002 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| [illegible] | Scott | Hughes | sch074@gmail.com | (740) 815-3825 | 949 Hearthstone Dr | Delaware | Ohio | 43015 | 9332 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| [illegible] | Willie | Hughes | [illegible] | (470) 233-6520 | 3494 Fairburn Dr Nw | Atlanta | Georgia | 30331 | 6300 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Lynne | Hulbert | [illegible] | (970) 903-1935 | 4750 29th St Apt. 105 | Greeley | Colorado | 80634 | 7221, 10500 | Colorado | Salaried | 7 CCR § 1103 1:3 | 7 CCR § 1103 1:4 |
| [illegible] | Elizabeth | Hunt | [illegible] | (401) 830-0890 | 256 Woonasquatucket Avenue | North Providence | Rhode Island | 02911 | 3901 | Rhode Island | Salaried | R.I. Gen. Laws Ann. § 28-12-3 | R.I. Gen. Laws Ann. § 28-12-4.1 |
| 00Q1U000007PZCS | William | Hunter | whunter0810@gmail.com | (505) 699-6658 | 715 Delbey Drive | Las Vegas | New Mexico | 87701 | 9385 | Arizona | Salaried | Ariz. Rev. Stat. § 23-363 | |
| [illegible] | Jennifer | Hutson | [illegible] | (937) 225-1668 | 4313 Hesson Circle Apt 2 | Dayton | Ohio | 45432 | 3534 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| [illegible] | Shirley | Hydrick | shirleyhydrick@gmail.com | (601) 702-0891 | 397 Hwy 583 S E | Brookhaven | Mississippi | 39601 | 2450 | Mississippi | Hourly | | |
| [illegible] | Aisha | Irving | [illegible] | (347) 635-8735 | 252 Sherman Street | Passaic | New Jersey | 07055 | 4314 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000007O42L | Laura | Isaac | vampirecraim12@yahoo.com | (248) 390-8736 | 20749 Poinciana | Southfield | Michigan | 48033 | 7770 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| [illegible] | Keith | Isler | [illegible] | (571) 331-0801 | 515 Allens Landing Court | Lawrenceville | Georgia | 30045 | 3893 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Santana | Ivey | santanaivey@yahoo.com | (334) 233-4579 | 613 Wesley Drive | Montgomery | Alabama | 36111 | 1576 | Alabama | Salaried | | |
| [illegible] | Dorika | Jackson | [illegible] | (678) 949-6025 | 1304 Bonnie Court | Snellville | Georgia | 30078 | 2356 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006AdBZ | Paris | Jackson | parisjackson2011@yahoo.com | (419) 490-8123 | 2445 W Bancroft St Apt 9 | Toledo | Ohio | 43607 | 10075 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| [illegible] | Timothy | Jackson | [illegible] | (980) 202-8827 | 8581 Paulino Ln | Charlotte | North Carolina | 28216 | 5446 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| [illegible] | Ralph | Jackson | ralphjackson84@gmail.com | (518) 405-9251 | 20 Amsterdam | Albany | New York | 12202 | 3574 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| [illegible] | Jamie | Jackson | [illegible] | (312) 933-0475 | 533 East 50th Place | Chicago | Illinois | 60637 | 910291 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| [illegible] | Candra | Jackson | candra1106@yahoo.com | (870) 413-2919 | 4 Gearick Cove | Pine Bluff | Arkansas | 71603 | 8153 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| [illegible] | Eldora | James | [illegible] | (804) 483-0215 | 945 Pleasant Street | Richmond | Virginia | 23223 | 11370 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| [illegible] | Laureen | James | james.laureen@gmail.com | (910) 644-2246 | 126 Starhill Ave | Fayetteville | North Carolina | 28303 | 840 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| [illegible] | Michelle | Jamison | [illegible] | (864) 488-2277 | 510 Buncom St | Greenville | South Carolina | 29617 | 08254 | South Carolina | Hourly | | |
| [illegible] | Rhonda | Jarrett | rhondajarrett12@gmail.com | (662) 654-5722 | 152 Flowers Road | Pope | Mississippi | 38658 | 3645 | Mississippi | Salaried | | |
| [illegible] | Gerald | Jarrette | [illegible] | (318) 547-8922 | 203 Hodge Street | West Monroe | Louisiana | 71291 | 81325 | Louisiana | Hourly | | |
| [illegible] | Kyle | Jarvis | trublud0dger@gmail.com | (352) 478-9594 | 577 SW Dexter Circle #205 | Lake City | Florida | 32025 | 8155 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| [illegible] | Traci | Jarvis | [illegible] | (603) 762-2330 | 862 Main Street #2 | Athol | Massachusetts | 01331 | 3605 | New Hampshire | Salaried | N.H. Rev. Stat. Ann. § 279:21 | N.H. Rev. Stat. Ann. § 279:21(VIII) |
| [illegible] | Charmine | Jay | charmineyo@yahoo.com | (816) 824-0994 | 3100 W 22nd Apt B3 | Lawrence | Kansas | 66047 | 2051 | Missouri | Salaried | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| [illegible] | Letoya | Jefferson | [illegible] | (214) 650-8232 | 8117 Chapin Rd | Benbrook | Texas | 76116 | 9391 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PlqM | Lashonna | Jenkins | mrsjenkins27@gmail.com | (478) 697-2573 | 1493 Goins Road | Wrightsville | Georgia | 31096 | 1047 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Catherine | Jewell | [illegible] | (216) 925-6070 | 1560 East 43 Street | Cleveland | Ohio | 44103 | 2370 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000007PVt7 | Aundrea | Johnson | aundreajohnson@yahoo.com | (229) 376-3169 | 40 Colquitt Ave | Lenox | Georgia | 31637 | 331 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Iesha | Johnson | ieshajohnson271@gmail.com | (773) 827-8238 | 823 N Monticello | Chicago | Illinois | 60651 | 7726 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PKre | Shalya | Johnson | shalyaj@icloud.com | (312) 866-1346 | 5402 W Flournoy | Chicago | Illinois | 60623 | 11914 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000APCjD | Ebony | Johnson | ebonyjohnson78@yahoo.com | (860) 933-3830 | 36 Bellm St | Hartford | Connecticut | 06112 | 05827 | Connecticut | Salaried | Conn. Gen. Stat. Ann. § 31-58(j) | Conn. Gen. Stat. Ann. § 31-76c |
| [illegible] | Jessica | Johnson | [illegible] | (901) 736-9399 | 815 Arbor Lake Blvd | Hermitage | Tennessee | 37076 | 10556, 8754 | Tennessee | Salaried | | |
| [illegible] | Misty | Johnson | [illegible] | (513) 443-3686 | 1615 Temple Road | Oxford | Ohio | 45056 | 9081 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000008uyW1 | Jane | Johnson | jmc82us@gmail.com | (307) 359-0407 | 142 Lakeview Ct | Pierre | South Dakota | 57501 | 10212, 6971 | Wyoming | Salaried | | |
| [illegible] | Sarah | Johnson | [illegible] | (601) 863-5830 | 2545 Paradise Village Way | Las Vegas | Nevada | 89120 | 6781 | Mississippi | Salaried | | |
| [illegible] | Donald | Johnson | [illegible] | (540) 749-8287 | 411 E Criser Rd. Apt 2C1 | Front Royal | Virginia | 22630 | 935 | Virginia | Hourly | Va. Code Ann. § 40.1-28.10 | |
| [illegible] | Zobelia | Johnson | [illegible] | (803) 201-0230 | 7034 Nile Street | Columbia | South Carolina | 29209 | 3218 | South Carolina | Hourly | | |
| [illegible] | Amanda | Johnson | amandajc08@yahoo.com | (865) 306-6347 | 207 Bell St | Knoxville | Tennessee | 37915 | 1140 | Tennessee | Hourly | | |
| [illegible] | Jennifer | Jolley | [illegible] | (814) 673-3233 | 801 Cooper Ave | Oil City | Pennsylvania | 16301 | 3598, 2941 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Brittani | Jones | mabyez0227@gmail.com | (215) 410-5126 | 3112 Boudinot | Philadelphia | Pennsylvania | 19132 | 6826 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Shontha | Jones | [illegible] | (815) 540-8138 | 815 Cambridge | Rockford | Illinois | 61102 | 3346 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U00000AFAOA | Donte | Jones | dontejones614@gmail.com | (267) 333-2608 | 540 Alcott Street | Philadelphia | Pennsylvania | 19120 | 7338 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Charlotte | Jones | [illegible] | (423) 883-7494 | 1068 Morrison Rd | Decatur | Tennessee | 37322 | 295 | Tennessee | Hourly | | |
| 00Q1U000007Prlp | Betty | Jones | bryanmason117@gmail.com | (315) 806-6620 | 239 West 5th Street | Oswego | New York | 13126 | 2730 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| [illegible] | Elanne | Jones | [illegible] | (540) 834-9062 | 10340 Smith Rd | Partlow | Virginia | 22534 | 03019 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000006Jkfh | Sabrina | Jones | mizzjones2823@yahoo.com | (901) 674-4348 | 91 Sherwood Cove | Marion | Arkansas | 72364 | 2295 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000004vLCF | Drew | Jones | [illegible] | (870) 450-4327 | 421 E. Locust St | Paragould | Arkansas | 72450 | 1348 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007QNDM | Katherine | Jones | k.jones7127@gmail.com | (904) 217-9502 | 5948 Pine Creek Drive | St. Augustine | Florida | 32092 | 10533 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AOP97 | Stephanie | Jones | [illegible] | (770) 468-6320 | 9100 Cascade Palmetto Highway 6C | Palmetto | Georgia | 30268 | 499 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004ah1E | Ieeshia | Jones | ieeshia13@gmail.com | (706) 572-2917 | 726 Hopkins Street | Augusta | Georgia | 30901 | 3854 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Mayra | Jones | [illegible] | (860) 839-2074 | 3423 Main St Apt 6 | Hartford | Connecticut | 06120 | 11636 | Connecticut | Hourly | Conn. Gen. Stat. Ann. § 31-58(j) | Conn. Gen. Stat. Ann. § 31-76c |
| 00Q1U000006H1vd | Susan | Jordan | susanjordan1961@yahoo.com | (229) 221-1700 | 212 N Cravens St | Adel | Georgia | 31620 | 331 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Madeline | Jordan | [illegible] | (304) 222-8376 | 8 Flippin Ave | St. Albans | West Virginia | 25177 | 4142 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000006wtFe | Jennifer | Joyner | [illegible] | (202) 909-0757 | 2839 27th St Nw | Washington Dc | Washington | 20008 | 5464 | Maryland | Hourly | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| [illegible] | Annette | Kamby | [illegible] | (810) 956-6895 | 3029 Pratt St | Algonac | Michigan | 48001 | 1308 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000007Q5rKM | Dawn | Kendall | lady3138@gmail.com | (706) 668-0131 | 605 Zachary Road | Franklin | Georgia | 30217 | 2732 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Jerry | Kennedy | [illegible] | (239) 265-3178 | 32 Coventry Lane | Lehigh | Florida | 33936 | 1234 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008w5YN | Roberta | Kennon | [illegible] | (757) 894-8617 | 33197 Crabapple Ln | New Church | Virginia | 23415 | 2342 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| [illegible] | Robert | Kenyon | [illegible] | (575) 366-3963 | P.O. Box 434 | Fort Sumner | New Mexico | 88119 | 3255 | New Mexico | Salaried | N.M. Stat. Ann. § 50-4-22(A) | N.M. Stat. Ann. § 50-4-22(D) |
| 00Q1U000006H1WE | Christopher | Kilburn | kilburn.c@mail.martinmethodist.edu | (931) 309-9398 | 7601 County Rd 259 | Florence | Alabama | 35633 | 1044 | Tennessee | Salaried | | |
| [illegible] | Justin | Kilduff | justin82587@yahoo.com | (518) 879-6695 | 234 Schoolhouse Rd | Albany | New York | 12203 | 3203 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 143-1.4 |
| 00Q1U000006JnDZ | Catherine | Kimbrell | cathy.kimbrell@yahoo.com | (870) 352-8741 | 428 Edge Rd | Thornton | Arkansas | 71766 | 11350 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000007Q7JQ | Randa | King | [illegible] | (601) 788-7823 | 1008 Goodson Road | Fayette | Mississippi | 39069 | 3838 | Mississippi | Hourly | | |
| 00Q1U000008xCqj | Laquandra | King | laquandraking@yahoo.com | (662) 251-8893 | 31 Price Drive | West Point | Mississippi | 39773 | 3432 | Mississippi | Salaried | | |
| 00Q1U00000AOwP3 | Rolanda | Kirby | rolandakirby1@gmail.com | (601) 525-7793 | 710 E Town Rd | State Line | Mississippi | 39362 | 379 | Mississippi | Hourly | | |
| 00Q1U000007PHeW | Michelle | Kirkland | kirkland1971@gmail.com | (601) 325-7777 | 72 Walls Creek Rd | Hattiesburg | Mississippi | 39401 | 394 | Mississippi | Salaried | | |
| 00Q1U000008Kiz1 | Christie | Kline | [illegible] | (316) 550-6995 | 5111 S Meridian Lot 172 | Wichita | Kansas | 67217 | 3848 | Kansas | Salaried | Kan. Stat. Ann. § 44-1203(a)(2) | Kan. Stat. Ann. § 44-1204 |
| 00Q1U000006jyXj | Angelika | Knowly | angiect3@yahoo.com | (419) 513-9017 | 517 N Race Street | Van Wert | Ohio | 45891 | 8975 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000AOPut | Cherie | Knott | [illegible] | (682) 203-5065 | 2818 Primer Avenue | Fort Worth | Texas | 76103 | 3390 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004x22r | Jarrett | Kowalkowski | pitzj95@gmail.com | (724) 814-1237 | 3129 Primrose Lane | Natrona Heights | Pennsylvania | 15065 | 3675 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| [illegible] | Nancy | Kraley | [illegible] | (317) 294-8829 | 5854 Rolling River Ct. | Indianapolis | Indiana | 46221 | 3083 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(j) |
| 00Q1U000006yBwY | Billy | Lacey | billylacey20609@yahoo.com | (240) 925-5075 | 23182 Cotton Point Road | Avenue | Maryland | 20609 | 1601 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| [illegible] | Jessica | LaFlam | jessica_pap2003@yahoo.com | (413) 210-6352 | 25 Franklin St Apt 1 | Easthampton | Massachusetts | 01027 | 2485 | Massachusetts | Salaried | Mass. Gen. Laws Ann. ch. 151 § 1 | Mass. Gen. Laws Ann. ch. 151, § 1A |
| [illegible] | Tanya | Lagrange | tanyalord2002@yahoo.com | (318) 508-0583 | 201 Calvin Ln. | Many | Louisiana | 71449 | 8349, 3196, 6921 | Louisiana | Salaried | | |
| [illegible] | Angela | Laheer | [illegible] | (319) 240-6361 | 133 9th Ave Sw | Oelwein | Iowa | 50662 | 25400 | Iowa | Salaried | Iowa Code § 91D.1 | |
| 00Q1U000004wAOx | Sandra | Lambert | sandralambert314@gmail.com | (708) 400-3731 | 214 5th Ave | Joliet | Illinois | 60434 | 3156 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| [illegible] | Amy | Lamp | [illegible] | (724) 802-3854 | 55 W Chestnut St Apt 2 | Washington | Pennsylvania | 15301 | 2607 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006wlqP | Rebecca | Langham | beckyluke42@gmail.com | (706) 445-0386 | 1602 Randall Hunt Rd | Dearing | Georgia | 30808 | 4156 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| [illegible] | Rachael | Lanier | [illegible] | (985) 719-4579 | 216 Middle Estates Drive | Gray | Louisiana | 70359 | 6218 | Louisiana | Salaried | | |
| 00Q1U000006K7gJ | Rabiah | Lark | rabiah46@gmail.com | (850) 712-7838 | 1181 Lake Dr | Cantonment | Florida | 32533 | 432 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007PctV | Amy | Larsen | amy392011@yahoo.com | (304) 679-7582 | 809 Fourth Street | St. Mary's | West Virginia | 26170 | 370 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000007Q0Fbr | Norman | Latange | starrimaru@gmail.com | (954) 200-2306 | 5213 S.W. 32nd St | Pembroke Park | Florida | 33023 | 6458 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000004w2oh | Azhu | Latif | [illegible] | (336) 625-6424 | 1820 Apt 3A Branch St | High Point | North Carolina | 27260 | 10428 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000004uaZs | Carla | Lavery | cylavery@yahoo.com | (605) 464-4046 | P.O. Box 231 | Tyndall | South Dakota | 57066 | 11144 | South Dakota | Salaried | S.D. Codified Laws § 60-11-3.2 | |
| 00Q1U000007Pwf2 | Patricia | Lawhorn | [illegible] | (334) 238-7300 | 22202 117th Dr | O'Brien | Florida | 32071 | 3301 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |

| KL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00Q1U000004uab9 | Loriann | Lawler | llawler70@gmail.com | (207) 355-5649 | 172 West Ripley Rd | Ripley | Maine | 04930 | 7854 | Maine | Hourly | Me. Rev. Stat. Ann. tit. 26, § 664(1) | Me. Rev. Stat. Ann. tit. 26, §§ 664(3)-(4) |
| 00Q1U000007PKvH | Heidi | Lawrence | heidilawrence5799@gmail.com | (325) 998-1204 | 1351 Fm 589 | Sidney | Texas | 76474 | 1748 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000AO6BC | Brittney | Laws | brittney21laws@yahoo.com | (870) 692-3026 | 1407 Boston Dr | Pine Bluff | Arkansas | 71601 | 5604 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000007PItz | Kalitta | Layton | kalittal@yahoo.com | (610) 800-1275 | 3345 Carter Lane | Chester | Pennsylvania | 19013 | 6601 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008tz5J | Jeannette | Leaf | ladybutterfly@gmail.com | (843) 254-1589 | 506 Clyde St Apt A | Florence | South Carolina | 29506 | 5996 | South Carolina | Hourly | | |
| 00Q1U000006K7jb | Stephanie | Lee | stephanie_lee7906@yahoo.com | (281) 736-6463 | 8406 Riverside Walk Lane | Houston | Texas | 77064 | 5260 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007Q4g1 | Dorsina | Lee | dorsinalee@yahoo.com | (803) 463-6493 | 106 Baytree Lane | Columbia | South Carolina | 29210 | 10918 | South Carolina | Salaried | | |
| 00Q1U000008sAc1 | Karen | Leenhouts | karlyn792002@yahoo.com | (901) 343-7835 | 3737 Alibi Court Apt 7 | Memphis | Tennessee | 38115 | 1687 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006K5yF | Maliena | Leflore | maliena773@gmail.com | (513) 413-0035 | 1025 Central Ave Apt J | Cincinnati | Ohio | 45202 | 6035 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000007QDmK | Ashley | Leggett | nikkileggett83@gmail.com | (770) 548-4141 | 4949 Thompson Mill Road | Lithonia | Georgia | 30038 | 0436 | Alabama | Salaried | | |
| 00Q1U000007PVfH | Laquita | Leigh | laquitaleigh@yahoo.com | (713) 515-5719 | 8800 Gustine Lane Apt 3916 | Houston | Texas | 77031 | 6993 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PL1k | Crystal | Lepkowski | crystalrose33@yahoo.com | (920) 791-7798 | 2602 West College Ave | Milwaukee | Wisconsin | 53221 | 6387 | Wisconsin | Hourly | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000006K7uq | April | Lewis | babiesrfragile@yahoo.com | (319) 768-6391 | 315 Broadway St | West Burlington | Iowa | 52655 | 10042 | Iowa | Hourly | Iowa Code § 91D.1 | |
| 00Q1U000006JxaH | Ruby | Lewis | missladycoke@aol.com | (407) 485-5352 | 1735 Sorolla Ct | Orlando | Florida | 32811 | 10640 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007PT9I | Charita | Lewis | lildarren75@gmail.com | (815) 919-0785 | 240 N Stadium Dr Apt 6 | Bourbonnais | Illinois | 60914 | 1267 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004ux8M | Tina | Lewis | tina.lewis.122112@gmail.com | (843) 855-6127 | 791 South Branch Rd | Loris | South Carolina | 29569 | 4657 | South Carolina | Hourly | | |
| 00Q1U00000APdsZ | Nicole | Lewis | mz.nickki3@gmail.com | (504) 272-9268 | 1124 Kabel Dr | New Orleans | Louisiana | 70131 | 6689, 7821 | Louisiana | Hourly | | |
| 00Q1U000007Punh | Amanda | Liles | amandaliles7@gmail.com | (217) 806-6354 | 561 East Ross Lane C10 | Danville | Illinois | 61832 | 1244 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PwkH | Mary | Lindsay | maryhlindsay@yahoo.com | (210) 867-1080 | 314 Adolph St | San Antonio | Texas | 78211 | 8903, 6714, 6384 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000008xQzL | Gregory | Lingerfelt | gregoryl1204@gmail.com | (859) 267-0725 | 7545 State Route 323 Lot 27 | Mount Sterling | Ohio | 43143 | 1916 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000007QH5x | Dawn | Littlechild | dawn.littlechild77@gmail.com | (616) 284-9540 | 1563 Turner Ave Nw | Grand Rapids | Michigan | 49504 | 1607 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000006KDLF | Brenda | Lockner | brendalockner@gmail.com | (410) 963-1850 | 736 Kingston Rd | Middle River | Maryland | 21220 | 4904 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U00000AOztn | Monica | Logan | mslogan86@yahoo.com | (314) 201-8757 | 2021 Judy Ct | St. Louis | Missouri | 63136 | 6945 | Missouri | Salaried | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U00000APhgZ | Dalila | Lopez | taxesdone76@gmail.com | (856) 238-2241 | 120 Linden St | Camden | New Jersey | 08102 | 11625 | New Jersey | Salaried | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000004ubgQ | Gail | Lopez | rumours1966@yahoo.com | (574) 535-3882 | 1828 Westplains Dr. | Goshen | Indiana | 46526 | #11072 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000007PzoK | John | Louissaint | jlouis1995@aol.com | (347) 262-1723 | 4310 Avenue M | Brooklyn | New York | 11234 | 8829 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006K0IB | Lora | Louviere | boninlora1@yahoo.com | (512) 636-7426 | 9815 Copper Creek 207 | Austin | Texas | 78729 | 6767 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006K0kU | Suzanne | Love | suzlove2015@gmail.com | (605) 389-4087 | 610 E. North St. #48 | Rapid City | South Dakota | 57701 | 7251 | South Dakota | Hourly | S.D. Codified Laws § 60-11-3.2 | |
| 00Q1U000004uaal | Kayla | Lowe | kaylalowe92@gmail.com | (423) 276-8110 | 2601 N John B Dennis Hwy Apartment 2018 | Kingsport | Tennessee | 37660 | 541 | Tennessee | Hourly | | |
| 00Q1U000006KDYE | Nancy | Luttrell | nancyluttrell89@yahoo.com | (859) 339-1846 | 120 Miles Dr | Lancaster | Kentucky | 40444 | 03360 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000007QDKP | Deborah | Lynn | lynnjdeb67@gmail.com | (615) 938-0749 | 218 Hillcrest Dr | Madison | Tennessee | 37115 | 1184 | Tennessee | Salaried | | |
| 00Q1U000007PcBs | Cheryl | Lyons | wildflowers526@hotmail.com | (419) 921-1194 | 6805 State Route 113W | Monroeville | Ohio | 44847 | 1331 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000004ucLx | James | Mack | just1mack@yahoo.com | (910) 309-0431 | 207 E. Sunset Dr. | Red Springs | North Carolina | 28377 | 490 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000008toqU | Keith | Maddox | keithdevonmaddox@hotmail.com | (716) 587-1009 | 72 Regtan St | Buffalo | New York | 14206 | #6620 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000008wyHV | Raymond | Madison | rooskie813@gmail.com | (518) 929-7031 | P.O. Box 436 | Philmont | New York | 12565 | 1840 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000004usOx | Zachary | Mahaney | zach_mahaneu@aol.com | (606) 571-0790 | 1714 Michelle Lane | Flatwoods | Kentucky | 41139 | 1206 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000008tux6 | Alexy | Malave | al3xy19@gmail.com | (484) 633-1494 | 939 W Pine St | Allentown | Pennsylvania | 18102 | 11817 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008x9Dw | Rhonda | Mallory | dparishudson@gmail.com | (312) 788-4484 | P.O. Box 753473 | Memphis | Tennessee | 38175 | 10654 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007QLru | Samir | Mamudoski | niaizspencermamudoski@gmail.com | (201) 539-3849 | 14 Mattaush Pl Apt 1 | Garfield | New Jersey | 07026 | 7882 | New Jersey | Salaried | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000004vEMJ | Pulitzer | Manning | quianntaj@yahoo.com | (864) 425-7389 | 210 Estelle Rd | Gaffney | South Carolina | 29341 | 81 | South Carolina | Salaried | | |
| 00Q1U000004ug2S | Velez | Marisol | marisolvelez92@gmail.com | (773) 727-1580 | 4842 W Augusta | Chicago | Illinois | 60651 | 06092 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008x1Y7 | Tiffany | Martindale | prudence8172@gmail.com | (518) 812-6612 | 18 Gibson Ave | Hudson Falls | New York | 12839 | 3022 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006JzpE | Veronica | Martinez | veromar0912@gmail.com | (720) 590-1578 | 18107 E Mansfield Ave | Aurora | Colorado | 80013 | 3090 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000004uq20 | Ana | Martinez | mrsana19780@gmail.com | (619) 552-9702 | 27707 S Dixie Hwy Unit 210 | Homestead | Florida | 33032 | 3080 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AOrLB | Daisy | Martinez | daisymartinez459@gmail.com | (361) 660-0200 | 211 Beckman Ave | Alice | Texas | 78332 | 2145 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000APkfI | Logan | Maschino | lmaschino25@gmail.com | (405) 602-9648 | 6820 Decon Ave | Oklahoma City | Oklahoma | 73132 | 10510, 1510, 3997 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000006JxKT | Jose | Mata | rose_78881@yahoo.com | (830) 988-7135 | P.O. Box 539 | Sabinal | Texas | 78881 | 10346 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000008t64w | Shamekia | Mathews | brazilian49@gmail.com | (678) 334-8436 | 1065 Colony Trail | Fairburn | Georgia | 30213 | 5675 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000008uJ6J | Ebonie | Mathis | ebonie367@gmail.com | (804) 464-9207 | 287 Woodbury Rd #4 | West Columbia | South Carolina | 29170 | 2426 | South Carolina | Hourly | | |
| 00Q1U000006JxmO | Elaine | Mathis | mathiselaine77@gmail.com | (612) 281-2124 | 3815 52nd Ave N | Brooklyn Center | Minnesota | 55429 | 8395 | Minnesota | Salaried | Minn. Stat. Ann. §177.24(a)-(b) | Minn. Stat. Ann. § 177.25 |
| 00Q1U00000AQ9Ty | Juliana | Matias | julianamatias11@gmail.com | (412) 874-1939 | 507 7th Ave | Carnegie | Pennsylvania | 15106 | 4708 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U00000AQ9uY | Denny | Matos | lvdenny24@gmail.com | (786) 282-6824 | 51 E 33rd St | Hialeah | Florida | 33013 | 8704 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AOy3I | Aaron | Matthew | aaronmatthew30@gmail.com | (973) 517-8544 | 745 S Center St | Orange | New Jersey | 07050 | 8334, 7305, 4982, 7442, 23 | New Jersey | Salaried | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000004vlIh | Taela | Mattson | t.mattson517@gmail.com | (517) 894-3533 | 3022 W Michigan Ave Apt 2A | Lansing | Michigan | 48910 | 4095, 10062 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000007PZNk | Joseph | Maxson | josephmaxon@att.net | (517) 945-2292 | 1049 Francis Street | Jackson | Michigan | 49203 | 2310 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000004uUo4 | Jeff | Mccullough | jmccullough521@gmail.com | (469) 867-9333 | 2416 Doral | Mesquite | Texas | 75150 | 3194 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004vHIH | Erica | Mcdaniel | ericamcdaniel30@gmail.com | (786) 597-6533 | 912 NW 46 St | Miami | Florida | 33127 | #5869 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000APnya | Aaron | Mcduffie | thoughtless1214@gmail.com | (215) 966-9751 | 641 Copley Road | Upper Darby | Pennsylvania | 19082 | 6557 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000007QDzV | Katherine | Mcfarland | katmc2229@gmail.com | (580) 554-0081 | 6382 E 610 Rd | Hennessey | Oklahoma | 73742 | 2065 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000007Pcgl | Amanda | Mcgee | mcgeeamanda077@gmail.com | (918) 816-1586 | 6018 W. Broadway | Muskogee | Oklahoma | 74401 | 5200 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U00000AOyel | Tina | Mcguffee | foreveryoung181969@yahoo.com | (423) 991-2239 | 9855 Vine St Apt B | Soddy-Daisy | Tennessee | 37379 | 2891 | Tennessee | Salaried | | |
| 00Q1U000006R4oI | Deaushaun | Mcguire | deaulmcg@gmail.com | (304) 638-7256 | 743 Indian Manor Ct | Stone Mountain | Georgia | 30083 | 1469 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004vk7U | Natasha | Mckinney | tasha.anthony29@gmail.com | (502) 514-2166 | 207 Ford St | Owenton | Kentucky | 40359 | 09271 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000008vSK7 | Susan | Mcknight | suzequer@gmail.com | (352) 231-3310 | 1027 NE 424th Avenue | Old Town | Florida | 32680 | 8501, 4268, 10718 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AOeFR | Jalessa | Mcleod | teammara12@gmail.com | (347) 263-6750 | 267 Osborn Street Apt 5C | Brooklyn | New York | 11212 | 6404, 4118 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000007PSDz | Laquetta | Mcmillian | laquettamcmillian@gmail.com | (334) 207-4967 | 830 N Donahue Dr. Apt 79 | Auburn | Alabama | 36832 | 368 | Alabama | Hourly | | |
| 00Q1U00000APdUA | David | Mcquade | tmlm0910@hotmail.com | (727) 564-7252 | 900 Nordale Ave | Dayton | Ohio | 45420 | 8059 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007QOKO | Stephanie | Mcqueen | queeniepie30@gmail.com | (704) 363-2415 | 5832 Reddman | Charlotte | North Carolina | 28212 | 02817 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000AOvVj | Maria | Mcskimming | mmcskimming74@twc.com | (716) 450-2582 | 277 Broadhead | Jamestown | New York | 14701 | 1794, 6034, 5654 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006K8BZ | Misty | Mead | misty18630@aol.com | (570) 965-2591 | 931 Lynn Cemetery Rd | Meshoppen | Pennsylvania | 18630 | 5955 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000007PZ2U | Marlene | Mehu | loyalty.marlene@yahoo.com | (561) 323-0586 | 237 NE 7th Ave | Boynton Beach | Florida | 33435 | 11409 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007QNz6 | Debora | Mellinger | deboramellinger@yahoo.com | (850) 530-9222 | 2134 Musket Dr | Navarre | Florida | 32566 | 4816 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K4uV | Abriana | Melo | abriao@icloud.com | (774) 770-7441 | 130 Query Street | New Bedford | Massachusetts | 02745 | 2066 | Massachusetts | Hourly | Mass. Gen. Laws Ann. ch. 151 § 1 | Mass. Gen. Laws Ann. ch. 151, § 1A |
| 00Q1U000008v1Hi | Taneisha | Melton | taneishamelton@gmail.com | (240) 350-1162 | 1501 Belle Haven Dr | Hyattsville | Maryland | 20785 | 6519 | District of Columbia | Salaried | D.C. Code Ann. §32-1003(a)(5) | D.C. Code Ann. § 32-1003(c) |
| 00Q1U000006K2Si | Andrea | Meserva | lilitaly2k@gmail.com | (517) 745-6358 | 1520 Mary Avenue | Lansing | Michigan | 48910 | 4095 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000004ukLY | Sherry | Millender | millendersherry@gmail.com | (256) 626-4919 | 741Ferry Road | Childersburg | Alabama | 35044 | 459 | Alabama | Hourly | | |
| 00Q1U000006JxQR | Charlene | Miller | charloo72@gmail.com | (330) 809-8992 | 315 Oak Knoll Ave Se | Warren | Ohio | 44483 | 1525 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000004uQzY | Monica | Miller | monicamiller1207@icloud.com | (404) 217-8010 | 120 June Ct | Hampton | Georgia | 30228 | 5987 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006JHzp | Angela | Miller | angel605100@gmail.com | (321) 289-1234 | 1025 Eagle Lake Trl | Port Orange | Florida | 32129 | 7386 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000006K6JC | Cheryl | Miller | amari120917@icloud.com | (256) 404-2442 | 608 Willowood St | Sylacauga | Alabama | 35150 | 405 | Alabama | Salaried | | |
| 00Q1U000008u5gQ | Jeneba | Miller-Dyer | jmillerdyer@gmail.com | (667) 200-8403 | 153 Joliet Street Apt 303 | Washington | Maryland | 20032 | 5642 | Maryland | Hourly | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000007PZ5m | Samantha | Mister | samantha_mister@yahoo.com | (410) 310-7209 | 214 Prospect Ave | Easton | Maryland | 21601 | 03172 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000006JxMZ | Joanne | Mitchell | joannemitchell10@yahoo.com | (319) 415-0427 | 1932 Newell St | Waterloo | Iowa | 50707 | 10944 | Iowa | Salaried | Iowa Code § 91D.1 | |
| 00Q1U00000APdh2 | Sherrell | Mitchell | sherrellmitchell39@gmail.com | (312) 838-4552 | 54 W 104th Street | Chicago | Illinois | 60628 | 5211 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PT4R | Charity | Mitchell | chfmitchell94@gmail.com | (517) 894-2432 | 519 Avon St | Lansing | Michigan | 48910 | 7326 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000007QKHT | Lucille | Mix | lucillenewsome74@gmail.com | (242) 360-9478 | 1119 Meadow St S | Wilson | North Carolina | 27893 | 6003 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000008uMOk | John | Monroe | simplethings0387@gmail.com | (904) 305-3640 | 6927 Como Road Apt 6 | Jacksonville | Florida | 32210 | 3139 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007Q2Ib | Angela | Moody | rickmoodycrew09@yahoo.com | (217) 213-4304 | 9 Griggs Court | Danville | Illinois | 61832 | 1244 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008xAjb | Marcia | Moore | giavonni13@gmail.com | (314) 465-2475 | 125Chambers Rd | St. Louis | Missouri | 63137 | 6038 | Missouri | Hourly | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U000008tuu2 | Jolonda | Moore | jolondamoore616@gmail.com | (616) 617-5743 | 609 Burton St SE | Grand Rapids | Michigan | 49507 | 8422, 10295, 4623 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000007Q0sT | Bronte | Moore | brontemoore69@gmail.com | (443) 769-0650 | 2539 Garrett Ave | Baltimore | Maryland | 21218 | 5990 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U00000ANvH1 | Christopher | Moore | crmoore30@yahoo.com | (540) 376-5573 | 405 South Street | Fredericksburg | Virginia | 22401 | 971 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000004uyrC | Valerie | Moore | babyvall89@gmail.com | (817) 357-7511 | 109 E. Maple | Keene | Texas | 76059 | 8602 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000008uFG8 | Jamie | Moore | moore4jamie@gmail.com | (208) 964-0578 | 269 W 17th St | Idaho Falls | Idaho | 83402 | 9143 | Idaho | Salaried | Idaho Code § 44-1502(1) | |
| 00Q1U000006K2Y7 | April | Moore | blondemom140053@gmail.com | (585) 201-9672 | 193 South Main Street, Apt 24 | Batavia | New York | 14020 | 2805 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006JyT8 | Anjelina | Moorman | anjelinamoorman@gmail.com | (402) 612-6692 | 1121 Castelar St. | Omaha | Nebraska | 68108 | 4926 | Nebraska | Salaried | Neb. Rev. Stat. § 48-1203 | |
| 00Q1U000006K2HS | Dawn | Moreno | zkm011204@gmail.com | (505) 310-0081 | 2373 Camino Capitan #6 | Santa Fe | New Mexico | 87505 | 5150 | Arizona | Salaried | Ariz. Rev. Stat. § 23-363 | |
| 00Q1U00000AOh7O | Carla | Morgan | carsmor1210@aol.com | (256) 612-8343 | 1431 Logan St Sw | Cullman | Alabama | 35055 | 408 | Alabama | Salaried | | |
| 00Q1U000008uLXU | Wayne | Morris | conversel804@gmail.com | (804) 420-7099 | 4314 Norborne Rd | Richmond | Virginia | 23234 | 2067, 1377 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |

| KL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00Q1U000007PJHw | Kasandra | Morris | morriskasandra59@gmail.com | (615) 593-4432 | 97 Lyle Lane | Nashville | Tennessee | 37210 | 6642 | Tennessee | Salaried | | |
| 00Q1U000007Q3rD | Karol | Morton | kem714.km@gmail.com | (570) 332-2749 | 134 Carlisle St | Wilkes Barre | Pennsylvania | 18702 | 01299 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006K85c | Sheri | Mosier | sla02dogs@gmail.com | (570) 916-6850 | 1920 Round Top Road | Montoursville | Pennsylvania | 17754 | 1811 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006K7lk | Tiffany | Moss | marlowtiffany47@gmail.com | (254) 227-3159 | 525 Sherman | Waco | Texas | 76704 | 2368 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006Jy1J | Danielle | Moss | danielle158080@yahoo.com | (708) 515-2451 | 1722 168th St | Hazel Crest | Illinois | 60429 | 5543 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000004v6Vf | Holly | Mousseau | curtisandholly@charter.net | (518) 873-2543 | 8530 Us Rt 9 | Lewis | New York | 12950 | 7998 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006K0j7 | Miranda | Mullins | mirandamullins84@gmail.com | (606) 791-2962 | 191 Spurlock Church Rd | Printer | Kentucky | 41655 | 1713 | Kentucky | Hourly | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000006JxES | Lisa | Muncie | lisa_muncie@aol.com | (937) 309-5161 | P.O. Box 82 | Mountain Grove | Missouri | 65711 | 2065 | Oklahoma | Hourly | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000006K02x | Kathy | Murday | kathymurday1973@gmail.com | (989) 332-9819 | 2312 Benjamin St. | Saginaw | Michigan | 48602 | 5307 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000006K2V3 | Kandy | Murdoch | kandygraham@yahoo.com | (662) 357-8347 | 74 Cedar Oaks Circle | Byhalia | Mississippi | 38611 | 10467 | Tennessee | Salaried | | |
| 00Q1U000004v436 | Carmen | Murphy | carmenmurphy79@yahoo.com | (504) 201-3802 | 2312 West Christie Dr | St. Bernard | Louisiana | 70085 | 6214 | Louisiana | Salaried | | |
| 00Q1U000000ANrUx | Benjamin | Murphy | benmurphy274@gmail.com | (773) 226-6984 | 11811 S. Sangamon St | Chicago | Illinois | 60643 | 17612/1 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004ultSo | Kolleen | Myer | kmarie170@yahoo.com | (920) 889-2418 | 29 S Military Rd Apt 4 | Fond Du Lac | Wisconsin | 54935 | 9368 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000007Q1RJ | Lynette | Nagel | jtangels7@msn.com | (801) 884-6064 | 4666 W 6250 S | Myton | Utah | 84052 | 5584 | Utah | Salaried | Utah Code Ann. § 34-40-103 | |
| 00Q1U000004vA3z | Robert | Nailon | rob08210@gmail.com | (609) 513-9893 | 6515 Delilah Rd Lot 2087 | Egg Harbor Township | New Jersey | 08234 | 1234 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000004uwKM | Cynthia | Napier | clynette719@gmail.com | (606) 669-9338 | 2043 Boneyville Rd | Stanford | Kentucky | 40484 | 10657 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000000APAzQ | Dashawn | Nash | dashawnnash@ymail.com | (347) 530-7417 | 1118 Sterling Place | Brooklyn | New York | 11213 | #6406, #6208 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000000ANumx | Demetrica | Nelson | memenelson5@yahoo.com | (615) 569-3091 | 801Lischey Ave | Nashville | Tennessee | 37207 | 6742 | Tennessee | Hourly | | |
| 00Q1U000000AOWBf | Alisia | Nelson | alisianelson765@yahoo.com | (904) 330-7541 | 10535 Lem Turner Rd Apt 1517 | Jacksonville | Florida | 32218 | 790 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008te4a | Ashley | Nelson | ash.nel1989@gmail.com | (214) 306-3896 | 200 Jellison Blvd Apt 1202 | Duncanville | Texas | 75116 | 8746 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004vWeJ | Keisha | Neverson | keishaneverson@gmail.com | (718) 666-0799 | 634 Cherry Lane | Jonesboro | Georgia | 30238 | 8515 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006K1Xv | Taylor | Newman | tay7370@gmail.com | (240) 310-4286 | 402 West Queen Street | Chambersburg | Pennsylvania | 17201 | 3703 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000008thJq | Melissa | Nichols | melissanichols64@gmail.com | (903) 517-8263 | 2151 Bonham St Apt 202 | Paris | Texas | 75460 | 3516 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000000APdKU | Kelly | Nichols | krene86@gmail.com | (757) 800-9069 | 3513 Silina Drive | Virginia Beach | Virginia | 23452 | 4128, 1327 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000006JxCq | Danielle | Nicholson | daniellenicholson90@gmail.com | (575) 805-0811 | 1720 Smith Ave | Las Cruces | New Mexico | 88005 | 6693 | New Mexico | Salaried | N.M. Stat. Ann. § 50-4-22(A) | N.M. Stat. Ann. § 50-4-22(D) |
| 00Q1U000008ulsn | Joshua | Niedfeldt | jboyphresh9@gmail.com | (972) 865-5075 | 3933 Ramona Avenue | Dallas | Texas | 75216 | 6581 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PyI0 | Michael | Niles | mikeniles30@yahoo.com | (315) 447-9890 | 7032 Forbes Rd | Canastota | New York | 13032 | 3822 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000004uxJZ | Yvette | Nixon | nixon6330@gmail.com | (719) 680-4902 | 8128 W Weldon Ave | Phoenix | Arizona | 85033 | 4711 | Colorado | Hourly | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000006K2ph | Sheena | Norman | allsmilemoore30@gmail.com | (601) 757-2451 | 60 Caboose | Mccall Creek | Mississippi | 39647 | 8358 | Mississippi | Hourly | | |
| 00Q1U000006K1v4 | Misty | North | northm@live.com | (940) 220-0533 | 8 Moonbeam Dr | Hutchins | Texas | 75141 | 8874 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PK3I | Michelle | Northern | northern.michelle@gmail.com | (972) 854-3465 | 2840 Patricia Ln 101K | Garland | Texas | 75041 | 5206 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006JxoU | Tina | Norton | zena5and7@yahoo.com | (585) 356-8886 | 10269 West Bethany Road | Batavia | New York | 14020 | 01687 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000000ANyzj | Tiffany | Norton | tiffanybootz@gmail.com | (631) 835-8832 | 99 Gloucester Court | Newington | Connecticut | 06111 | 7869 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000000AOJui | Angie | Norwood | rissajay81@gmail.com | (617) 318-6248 | 154 Third St | Bangor | Maine | 04401 | 12061 | Maine | Salaried | Me. Rev. Stat. Ann. tit. 26, § 664(1) | Me. Rev. Stat. Ann. tit. 26, §§ 664(3)-(4) |
| 00Q1U000000APiwz | James | Novick | dadbagjames@gmail.com | (828) 238-1094 | 10237 Sunland Blvd | Shadow Hills | California | 91040 | 8167 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000004AOpyB | Kiya | Nummerdor | kiyaowen22@gmail.com | (920) 344-0998 | 258 1/2 S Drummond St | Waupun | Wisconsin | 53963 | 6192 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000007Q4ms | Melissa | Nutter | mnutter1979@gmail.com | (440) 305-9734 | 39 W Dennick Ave | Youngstown | Ohio | 44505 | 1066 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000004uh1k | Trina | Nuttle | nananuttle@gmail.com | (260) 348-8910 | 4324 Fairfield Ave | Fort Wayne | Indiana | 46807 | 1069 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000007PLUR | Joann | Nyrd | joanncrouch1957@yahoo.com | (260) 479-9955 | 5281 E Lincolnway | Columbia City | Indiana | 46725 | 5235 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000004vknQ | Christopher | O'Blanc | kris1270@austin.rr.com | (512) 745-1112 | 10505 Doering Lane | Austin | Texas | 78750 | 08201 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007Pzlg | Joylynn | O'Brien | jiyjnlynnobrien18@gmail.com | (505) 929-4592 | 1106 Calle Serrano | Espanola | New Mexico | 87532 | 4136 | New Mexico | Salaried | N.M. Stat. Ann. § 50-4-22(A) | N.M. Stat. Ann. § 50-4-22(D) |
| 00Q1U000000AP07r | Teresa | O'Daniel | todanielver@gmail.com | (423) 368-8784 | 1258 Morrison Rd | Decatur | Tennessee | 37322 | 2640, 2891, 390, 7343, 749( | Tennessee | Salaried | | |
| 00Q1U000006owB1 | James | Oetzel | jamesoetzel@gmail.com | (910) 740-2429 | 1557 Nye Road | Lumberton | North Carolina | 28358 | 108, 4237, 5548 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000000APHVV | Carmen | Olavarria | mayleesantangel17@gmail.com | (219) 973-8545 | 2420 W 49th Ave | Hobart | Indiana | 46342 | 1860 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008twHE | Diaka | Orea | diakaorea575@gmail.com | (314) 475-4811 | 6242 Langdon Court | St. Louis | Missouri | 63134 | 572616 | Missouri | Hourly | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U000007QIUo | Lynda | Osborne | lyndaosborne63@gmail.com | (478) 299-3149 | 3180 Old Louisville Rd | Soperton | Georgia | 30457 | 02665 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007PUat | Eric | Osborne | ericosbo520@yahoo.com | (757) 405-8739 | 20921 Boydton Plank Road | Mckenney | Virginia | 23872 | 7084 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000006K08g | James | Owens Jr | jamesmichaelowens@yahoo.com | (936) 718-8056 | 25540 Rolling Hills Dr. | Hockley | Texas | 77447 | 5787 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PxXU | Rosa | Pacheco | yahairaaj20@gmail.com | (520) 366-2530 | P.O. Box 723 | Naco | Arizona | 85620 | 4979 | Arizona | Salaried | Ariz. Rev. Stat. § 23-363 | |
| 00Q1U000006tTaU | Christine | Padilla-Borzillieri | tinebean1369@aol.com | (716) 491-1580 | 13 Thornwood Dr | Cheektowaga | New York | 14227 | 7610 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000000AOw5 | Kristie | Palik | huskerkris85@gmail.com | (402) 270-6146 | 8409 8th Street | David City | Nebraska | 68632 | 07320 | Nebraska | Hourly | Neb. Rev. Stat. § 48-1203 | |
| 00Q1U000004P9OG | Heather | Palmer | hamasawanakm8@gmail.com | (918) 313-0504 | 11104 E. 44th Pl. #1912 | Tulsa | Oklahoma | 74146 | 6386 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000006K2qL | Shannon | Paquette | iamshannonp@gmail.com | (413) 777-7206 | 156 Linden St Apt 2L | Holyoke | Massachusetts | 01040 | 1600 | Massachusetts | Hourly | Mass. Gen. Laws Ann. ch. 151, § 1 | Mass. Gen. Laws Ann. ch. 151, § 1A |
| 00Q1U000000AONjl | Terea | Parham | terea1@icloud.com | (443) 680-2631 | 3341 West Belvedere Ave | Baltimore | Maryland | 21215 | 1875 | Maryland | Hourly | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000004NuAz | Becky | Paris | 2214harley@gmail.com | (386) 316-2286 | 173 Reno Rd | Royston | Georgia | 30662 | 7893, 4533, 503, 8017 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007PV3h | Tracie | Parker | traywv@yahoo.com | (304) 894-6831 | 3317 Sweeneysburg Rd | Mount Hope | West Virginia | 25880 | 0305 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000004v5y7 | Marsha | Parker | marsha3549@yahoo.com | (773) 420-6750 | 6514 South Kingdrive Apt 48 | Chicago | Illinois | 60637 | 1708 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PIVE | Nicole | Parker | nicoleparker28@hotmail.com | (229) 255-6085 | 315 Southwood Dr | Albany | Georgia | 31701 | 4873, 349, 10958 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000000AOQdW | Kathy | Parker | kgp93@yahoo.com | (806) 393-2618 | 3609 40th | Lubbock | Texas | 79413 | 11729 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PVL2 | Rosemarie | Parker | red.rose@cobridge.tv | (225) 241-8399 | 8783 Delta Place Road | New Roads | Louisiana | 70760 | 11251 | Louisiana | Salaried | | |
| 00Q1U000008t6GO | Jazmine | Parks | jazmineparks21@gmail.com | (404) 838-1444 | 150 Hutchinson St NE | Atlanta | Georgia | 30307 | 1469 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000000AQD9 | Deonta | Patrick | d122185@yahoo.com | (414) 902-0420 | 6408 N 91 St | Milwaukee | Wisconsin | 53224 | 305 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000006Jxt0 | Kelli | Patterson | kellitoot2016@gmail.com | (903) 960-0990 | 405 Hill Ave | Pittsburg | Texas | 75686 | 3923 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006K233 | Charlotte | Pauly | shpetz@gmail.com | (214) 763-1237 | 2840 Edinburgh Drive | Carrollton | Texas | 75006 | 5937 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004usD6 | Glenda | Payne | dianepayne1953@gmail.com | (573) 724-3396 | 40566 Central Ave | Campbell | Missouri | 63933 | 2952 | Missouri | Salaried | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U000007PUh1 | Nicole | Pedone | nicolepedone17@gmail.com | (585) 259-9528 | 99 W Main St Apt 1 | Macedon | New York | 14502 | 7434 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000004vVXd | Angela | Pena | amp2779@yahoo.com | (361) 549-9868 | 4217 Townsend | Corpus Christi | Texas | 78415 | 5158 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004unSP | Krista | Pennington | kpennington1977@gmail.com | (267) 595-0635 | 4319 Cloud Street | Philadelphia | Pennsylvania | 19124 | 6928 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000007PayA | Bobbi | Percy | mrsnethercutt@gmail.com | (912) 255-1083 | 5540 W. Oglethorpe Hwy Lot 130 | Hinesville | Georgia | 31313 | 10979 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007PaNO | Luis | Perelez | javierperelez2000@yahoo.com | (787) 225-9137 | 5501 43rd St N | St. Petersburg | Florida | 33714 | 3821 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000006JyKa | Cassandra | Perry | cnb4202@gmail.com | (706) 361-2529 | 1321 Lone Oak Rd | Grovetown | Georgia | 30813 | 3008,1223, 4344 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000008wvlR | Angelo | Perry | angelo&perry@gmail.com | (917) 524-4827 | 1895 Plaza Lane #342 | Atlanta | Georgia | 30311 | 7405 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004vlxi | John | Perry | jperry281983@gmail.com | (607) 800-1081 | 114 Washington Ave | Groton | New York | 13073 | 9439 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000004uVws | Sarah | Perry | sarahepperry@outlook.com | (606) 273-1457 | P.O. Box 44 | Loyall | Kentucky | 40854 | 11632 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000000AP2Pr | Shaquill | Peterson | shaquilleast@aol.com | (678) 531-1909 | 6711 Church St Apt 5D | Riverdale | Georgia | 30274 | 7031 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006KDwB | Tracy | Peterson | traleepet@gmail.com | (567) 280-2313 | 524 Everett Rd | Fremont | Ohio | 43420 | 3449 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000004utip | Cherier | Phillips | sheria5328@yahoo.com | (931) 257-0262 | 1363 Constitution Dr | Clarksville | Tennessee | 37042 | 2365 | Tennessee | Salaried | | |
| 00Q1U000008tt9c | Michelle | Phillips | mohillips071408@gmail.com | (936) 443-9133 | 17431 Fm 1314 | Conroe | Texas | 77302 | 7502 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004vlju | Christine | Phillips | criumphil89@gmail.com | (904) 200-7319 | 4951 Bent Twig Rd | Middleburg | Florida | 32068 | 8987 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000006JyUk | Georgette | Philp | philp15370@gmail.com | (724) 579-8385 | P.O. Box 218 | Millsboro | Pennsylvania | 15348 | 9408 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008x3Rq | Jacquelyn | Pieper | jackiel78@gmail.com | (715) 821-6015 | W934 510th Ave | Elmwood | Wisconsin | 54740 | 9220 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000008tjDv | Mankisha | Pike | mankishap@gmail.com | (504) 676-2956 | 13047 Florida Blvd Apt. 43 | Baton Rouge | Louisiana | 70815 | 3128 | Louisiana | Salaried | | |
| 00Q1U000008w3kf | Amber | Pike | amberpike1993@aol.com | (919) 384-6886 | 3143 Balfour East | Durham | North Carolina | 27713 | 5640 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000006K8uo | Trevor | Pikes | tpikes11@gmail.com | (773) 366-6050 | 4441 S Greenwood Ave | Chicago | Illinois | 60653 | 6081 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PHE | Patrice | Pino | peytonmommy14@gmail.com | (305) 796-1540 | 8025 Nw 11Ct Apt2 | Miami | Florida | 33150 | 07873 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007QJLp | Ashley | Pinson | ashley.pinson87@gmail.com | (404) 781-5632 | 1035 Peyton Rx | Atlanta | Georgia | 30311 | 8648 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004uSpd | Shandolyn | Pittman | shandolynp27@yahoo.com | (229) 254-9951 | 1530 S. Washington St. 813 | Bainbridge | Georgia | 39819 | 1132 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004vUcD | Pamela | Platt | pamplatt37@yahoo.com | (843) 312-3395 | 471 Courtland Dr | Summerville | South Carolina | 29486 | 11470 | South Carolina | Salaried | | |
| 00Q1U000000APRYE | Christopher | Plumley | christopherjp85@icloud.com | (302) 388-3791 | 131 West Ct | Blackwood | New Jersey | 08012 | 8948 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000000AP7qm | Crystal | Plunk | crystal_plunk@yahoo.com | (217) 592-6632 | 1241 Harrison | Quincy | Illinois | 62301 | 7289 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004u3AG | Rena | Polite | rlbpolite@gmail.com | (409) 600-4376 | 2810 61st Street Apt 311 | Galveston | Texas | 77551 | 02277 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007Q1uo | Sarah | Pollock | sarahmariepollock93@gmail.com | (860) 921-2143 | 21 Prospect Street | Torrington | Connecticut | 06790 | #6620 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000007PTAS | Jessica | Polzin | butterfly81321@gmail.com | (970) 519-1014 | P.O. Box 328 | Dove Creek | Colorado | 81324 | 11516 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000000AP8eO | Matthew | Preem | preemmatthew11@gmail.com | (585) 689-2227 | 9015 Buffalo St | Farmersville Station | New York | 14060 | 2805 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006JxAB | Nathanial | Preem | preem88@gmail.com | (585) 297-8395 | 19 Vermont St | Nunda | New York | 14517 | 1687 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000008xBQz | Mona | Preuss | annaaquene@gmail.com | (513) 216-1390 | 753 Lullaby Ct | Cincinnati | Ohio | 45238 | 1042 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000008uGOG | Otawah | Price | otawahprice@yahoo.com | (404) 445-0830 | 1435 Northside Dr Nw | Conyers | Georgia | 30012 | 4224 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006K1YK | Barbara | Price | barbprice96@yahoo.com | (715) 587-5448 | 6538 Hwy J | Oconto | Wisconsin | 54153 | 3770 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000006K4uf | Julie | Price | julieap70@gmail.com | (931) 224-0720 | 1601 Green Lane Apt 78 | Shelbyville | Tennessee | 37160 | 323 | Tennessee | Salaried | | |

| KL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00Q1U000006K5nR | Jessica | Price (Weinkauf) | price.jessica722@gmail.com | (937) 580-6080 | 156 Aster Ct | Germantown | Ohio | 45327 | 5568 | North Dakota | Hourly | N.D. Cent. Code Ann. § 34-06-22 | |
| 00Q1U000006K5cO | Christal | Proctor | shoefoggie@gmail.com | (304) 651-2110 | 276 Mccullough Street Apt D1 | Morgantown | West Virginia | 26505 | 446 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000008xP4K | Nicholas | Proulx | n.proulx.825283@gmail.com | (850) 382-9254 | 4476 Oak Forest Dr | Milton | Florida | 32583 | 8261, 434, 3311 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AOrqk | Heather | Prouty | desertrose4288@yahoo.com | (775) 404-4098 | 335 Curry Drive | Fernley | Nevada | 89408 | 10149, 8878, 8877 | Nevada | Salaried | Nev. Const. Art. 15, § 16 | Nev. Rev. Stat. Ann. § 608.018 |
| 00Q1U000008xBRn | Brian | Pryor | bpryor47909@gmail.com | (765) 532-7299 | 7715 E. 300 South | Bringhurst | Indiana | 46913 | 3844 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U00000AOpiQ | Chrissy | Pumphrey | rdnkchic27@yahoo.com | (352) 434-2741 | 12064 SE 95th Terr | Belleview | Florida | 34420 | 7115, 9414, 471 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008uldd | Tiffany | Purnell | purnelltiffany8@gmail.com | (502) 514-3958 | 110 East Adair St Apt 101 | Owenton | Kentucky | 40359 | 638 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000007PJUK | Amy | Queen | amyqueenvzw@gmail.com | (770) 530-6320 | 5645 Hensley Rd | Lula | Georgia | 30554 | 874 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000008xTkB | Mullins | Queen | queenhughes30@gmail.com | (205) 573-7742 | 4837 Leola Lane | Birmingham | Alabama | 35207 | 9278 | Alabama | Salaried | | |
| 00Q1U000006K0zy | Edward | Raab | lovebug4ever2012@gmail.com | (856) 579-0330 | 112 Laurel St Apt 1F | Woodbury | New Jersey | 08096 | 1385 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000004uXW1 | Sheila | Rachal | jlmarr596@gmail.com | (318) 393-3131 | 8100 Pines Rd.Apt3D | Shreveport | Louisiana | 71129 | 8216 | Louisiana | Salaried | | |
| 00Q1U000006JyUX | Jennifer | Radcliffe | slvr8750@hotmail.com | (610) 674-2191 | 3347 West Lincoln Highway | Downingtown | Pennsylvania | 19335 | 3339 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000004uy4p | Fred | Raddatz | rfreda516@aol.com | (773) 428-2606 | 25912 W Brooks Farm Rd | Round Lake | Illinois | 60073 | 6277 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008x369 | Jessica | Ramirez | jessicaramirez36@aol.com | (210) 800-6149 | 1450 W. Malone Ave | San Antonio | Texas | 78225 | 11347 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000AOI03 | Julie | Ramos | julieramos03@yahoo.com | (361) 207-9993 | 6634 State Hwy 359 | Alice | Texas | 78332 | 2145 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006JyZf | Beatrice | Randle | washington.beatrice@yahoo.com | (870) 643-7157 | 2505 Oakwood Road | Pine Bluff | Arkansas | 71603 | 11882 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000007PTGx | Sean | Randolph | srandolph85@gmail.com | (706) 392-1115 | 9514 Golders Green Circle #304 | Louisville | Kentucky | 40229 | 426, 1977 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007PT0Z | Jennifer | Rathbone | tommy.rathbone@yahoo.com | (828) 545-1846 | 669 Old Balsam Rd | Waynesville | North Carolina | 28786 | 3282 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000007Q3vF | Alyssa | Rea | alyssarea92@yahoo.com | (716) 482-0885 | 3254 Seneca St #7 | West Seneca | New York | 14224 | 77 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006Jzof | Margaret | Redmond | redpalm59@yahoo.com | (850) 693-8469 | 20429 Ridge Road | Fountain | Florida | 32438 | 10694 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007QFDx | Tammie | Reed | reedt0475@gmail.com | (304) 986-3281 | 9472 Husky Hwy | Metz | West Virginia | 26585 | 1603, 1391 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000006K5zr | Tara | Reed | tarareed3768@gmail.com | (937) 450-1378 | 632 East Grand Avenue | Springfield | Ohio | 45505 | 7883 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006JyD5 | Linette | Reed / Sampson | linettereed@gmail.com | (518) 793-3502 | 11 Stewart Ave | Glens Falls | New York | 12801 | 3253 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000008wrER | Carla | Reeder | badblonde0203@yahoo.com | (936) 252-1925 | 802 Pine Circle Dr | Willis | Texas | 77378 | 8490, 9266, 11564 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PwZ4 | Derek | Reese | derekent88@gmail.com | (727) 277-9923 | 9205 Binnacle Dr. | Port Richey | Florida | 34668 | 8872 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008uTEU | Chelsea | Reese | chelseakimse1991@gmail.com | (513) 320-2592 | 3123 Morgan St | Middletown | Ohio | 45044 | 1093 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000AOsvr | Dyeashia | Reid | dyeashiar66@gmail.com | (252) 287-3241 | P.O. Box 281 | Colerain | North Carolina | 27924 | 8066 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000006K8FH | Kari | Reyes | karireyes420@yahoo.com | (904) 505-6227 | 4830 Deermiss Way North | Jacksonville | Florida | 32217 | 11738 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000APXbS | Raven | Rhodes | rael_rhodes@yahoo.com | (678) 697-3999 | 158 Papermill Rd Apt 1306 | Lawrenceville | Georgia | 30046 | 2394, 3891, 6611, 8551 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007PSCa | Deidre | Rhymes | bluharmony2005@gmail.com | (346) 304-1937 | P.O. Box 841164 | Houston | Texas | 77284 | 10354 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006K8oM | John | Richard | commogunner@gmail.com | (229) 364-3799 | 1903 W Highland Ave | Albany | Georgia | 31707 | 6485 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004u9E7 | Cheryl | Richardson | shanihaley@yahoo.com | (804) 939-2800 | 4609 Newbys Bridge Road | Chesterfield | Virginia | 23832 | 08231 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000006K0S6 | Tiffany | Richardson | tiff2bme54@yahoo.com | (252) 544-3158 | 4 Holt Street | Hollister | North Carolina | 27844 | 10525, 11971 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000008wpcq | Clarissa | Richardson | pink.cray.cray@gmail.com | (310) 497-0510 | 2431 Fm 1960 Rd W | Houston | Texas | 77068 | 6442 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000008wvoV | Linda | Richins | lindarichins16@gmail.com | (702) 481-3606 | 5920 Bellows Beach Street | North Las Vegas | Nevada | 89081 | 12038 | Nevada | Salaried | Nev. Const. Art. 15, § 16 | Nev. Rev. Stat. Ann. § 608.018 |
| 00Q1U00000APGIY | Tonisha | Richmond | richmondtonisha@gmail.com | (309) 318-2219 | 1933 Wallace Ave | Indianapolis | Indiana | 46218 | 5404 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000004uISH | Tiffany | Richter | tiffanyhiggs111218@gmail.com | (812) 709-8575 | 603 I Street | Bedford | Indiana | 47421 | 4240 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U00000AOkuL | Curtis | Riddick | curtisriddick77@gmail.com | (929) 272-8541 | 1700 Bedford Ave Apt.12D | Brooklyn | New York | 11225 | 10727 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000008tn68 | Rodney | Rindahl | rodneyr5800@gmail.com | (406) 696-6505 | P.O. Box 78 | Columbus | Montana | 59019 | 10669 | Montana | Salaried | Mont. Code Ann. § 39-3-409 | |
| 00Q1U000004usNu | Valerie | Rios | val19rh@gmail.com | (325) 234-5162 | 503 Scruggs | Menard | Texas | 76859 | 11341 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000008xOJy | Tiana | Rivera | riveratiana17@gmail.com | (973) 916-7049 | 165 Temple St 3Fd Fl | Paterson | New Jersey | 07522 | 10330 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000007PLTO | Jennifer | Roach | jenniferroach48@gmail.com | (336) 681-7201 | 752 Bennett Farm Rd | Stokesdale | North Carolina | 27357 | 5780 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000004y3Wt | Doneshia | Roberson | robersondoneshia12@icloud.com | (912) 678-2282 | 3000 Highway 5 Apt 1306 | Douglasville | Georgia | 30135 | 350 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000008trvP | Juanita | Roberts | rashidaroberts34@gmail.com | (513) 903-3447 | 3093 McHenry | Cincinnati | Ohio | 45211 | 3820, 6407, 8274 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K0OD | Tami | Roberts | tamimroberts81@gmail.com | (229) 216-1835 | 133 Gaston Rd | Bainbridge | Georgia | 39817 | 930 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007Prmu | Robin | Robinson | robinrobinson603@gmail.com | (678) 887-1707 | 115 Clyde Street | Cedartown | Georgia | 30125 | 947 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004uRIG | Madlyen | Rodarmel | madlyencook@gmail.com | (843) 754-3110 | 3960 Horseshoe Rd N Apt 1 B | Little River | South Carolina | 29566 | 513 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000008xmag | Heather | Rodriguez | heatherrodriguez@icloud.com | (484) 794-8673 | 841 Church St. | Reading | Pennsylvania | 19601 | 6825 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000004y1BP | Lydia | Rogers | chiladie61@yahoo.cm | (630) 297-9778 | 450 Walnut So. | Meadville | Mississippi | 39653 | 8358 | Mississippi | Salaried | | |
| 00Q1U00000AOzHj | Zoraida | Rojo | z.rojo523@gmail.com | (717) 255-3440 | 2347 57th St | Harrisburg | Pennsylvania | 17104 | 11200 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008xNfU | Tiffany | Romeo | ttgirl725@aol.com | (929) 215-8195 | 674 E. 149th | Bronx | New York | 10455 | 6885 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000APB2v | Charles | Ross | charlesross0421@yahoo.com | (205) 499-6575 | 113 Wrenn St | York | Alabama | 36925 | 9012 | Alabama | Salaried | | |
| 00Q1U000007Q3K4 | Deedee | Ross | divadee2223@yahoo.com | (304) 851-0378 | 204 5th Street | Moorefield | West Virginia | 26836 | 5131 | West Virginia | Hourly | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000004u8Rz | Rebecca | Rourke | grammierourke325@gmail.com | (440) 990-4315 | 119 Glendale Court | Elyria | Ohio | 44035 | 10082 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000004uwwv | Steven | Rumple | stevenrumple0214@gmail.com | (704) 904-8419 | 905 West C Street | Kannapolis | North Carolina | 28081 | 6600 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000006KDBG | Robert | Russell | 1breadstakcarchub@gmail.com | (334) 517-8577 | 412 Martin St | Montgomery | Alabama | 36104 | 960 | Alabama | Hourly | | |
| 00Q1U000008uM0M | Trisha | Rymer | tipseylou@yahoo.com | (405) 473-0737 | P.O. Box 466 | Kingfisher | Oklahoma | 73750 | 11004, 1517, 4974 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000006Jzgl | Darlene | Salter | salterdarlene99@yahoo.com | (773) 243-9110 | 7310 S Lowe | Chicago | Illinois | 60621 | 5211 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008xQr0 | Rebecca | Sample | becky_sample2000@yahoo.com | (501) 283-4135 | 105 May Street Apt. 38 | Bald Knob | Arkansas | 72010 | 2175 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000006K2Bb | Melvin | Sampson | msampson307@gmail.com | (252) 253-9660 | 307 S Wm Hooker Dr | Hookerton | North Carolina | 28538 | 213 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000007Pusp | Carla | Sanders | carlagsanders@gmail.com | (870) 318-0994 | 515 Cr 225 | Cherry Valley | Arkansas | 72324 | 798 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000008uMYL | Carlos | Sandoval | believewishdream@gmail.com | (702) 503-7239 | 4262 Skywalker Avenue | Las Vegas | Nevada | 89120 | 6414 | Nevada | Hourly | Nev. Const. Art. 15, § 16 | Nev. Rev. Stat. Ann. § 608.018 |
| 00Q1U000004uq7y | Patricia | Sanfilippo | pngs99@yahoo.com | (618) 671-7572 | 309 N. 30th Street | Dupo | Illinois | 62239 | 2267 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007Pbdu | Holli | Sarrio | hollisarrio@gmail.com | (504) 310-5301 | 653 St Joseph Ln | Harvey | Louisiana | 70058 | 958 | Louisiana | Salaried | | |
| 00Q1U000008xLDU | Crystal | Sawn | crystalsawn@yahoo.com | (518) 222-6811 | 557 High St | Athol | New York | 12810 | 2263 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000008uMNl | Bronwyn | Sawyer | bronwynsawyer7@gmail.com | (318) 499-1299 | 1109 Church Street | Bastrop | Louisiana | 71220 | 4788 | Louisiana | Salaried | | |
| 00Q1U000007PUfK | Miami | Scaggs | miamis727@gmail.com | (317) 652-8458 | 4264 West Burkhart Drive Apartment D | Indianapolis | Indiana | 46227 | 2836 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000006Jx82 | Cynthia | Scapillato | cind2368@gmail.com | (716) 913-0372 | 12453 Cary Rd | Alden | New York | 14004 | 1687 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000004vH3s | Lori | Schlie | lori_ann_riley@yahoo.com | (903) 908-0621 | 2605 E. Ave B | Hooks | Texas | 75561 | 3765 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006Iail | Chad | Schreiber | cas11084@gmail.com | (717) 802-4241 | 1429 N Front St Apt. 2 | Harrisburg | Pennsylvania | 17102 | 9355, 1059, 8446 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000007Q2iP | Crystal | Schreiter | crystalschr@yahoo.com | (314) 427-2308 | 3155 St David Ln | St. Ann | Missouri | 63074 | 10067 | Missouri | Salaried | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U000007PiLe | Shannon | Schutz | schizzlefrizzle777@yahoo.com | (937) 210-7483 | P.O. Box 833 | Jackson Center | Ohio | 45334 | 10321 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000007PTtF | Kimberly | Scott | kimberlyscott2k11@gmail.com | (618) 514-4253 | 755 N. 70th Street | East Saint Louis | Illinois | 62203 | 2267 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000006K1OA | Twyla | Scott | twylscott@gmail.com | (318) 564-4777 | 9050 Youree Dr Apt. 205 | Shreveport | Louisiana | 71115 | 11073 | Louisiana | Salaried | | |
| 00Q1U000007Q3bo | Kristy | Scruggs | ic.bqu33n81@gmail.com | (803) 526-2120 | 3784 Jenkins Rd | Clover | South Carolina | 29710 | 159 | South Carolina | Hourly | | |
| 00Q1U000006JxhT | Tina | Sebolt | seboltina@gmail.com | (773) 942-4903 | 618 W 41st Ave | Gary | Indiana | 46408 | 6873 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000004yAbH | Susan | Seibel-Gerchak | seibelsusan@ymail.com | (740) 603-5152 | 25044 Miller Rd | Rockbridge | Ohio | 43149 | 6226 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K2YW | Lori | Selke | lselke@aol.com | (402) 607-2749 | 1553 N Sycamore Apt A | Wahoo | Nebraska | 68066 | 7287 | Nebraska | Salaried | Neb. Rev. Stat. § 48-1203 | |
| 00Q1U00000AOqnE | Timothy | Shanks Jr | timshanksjr@yahoo.com | (585) 820-6556 | 90 Close Hollow Dr | Hamlin | New York | 14464 | 6115 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000007PyGR | Charlotte | Sharp | charlotte.sharp72@yahoo.com | (501) 239-1755 | 283 Cypress Lake Road | Beebe | Arkansas | 72012 | 903 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000004y2HO | Robert | Sheffield | rsheffield3849@gmail.com | (606) 694-2048 | P.O. Box 306 | Eleanor | West Virginia | 25070 | 8310 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000007QEMN | Latasha | Shepard | latasha8744@gmail.com | (901) 246-5953 | 3708 Wilshire Rd | Memphis | Tennessee | 38111 | 759 | Tennessee | Salaried | | |
| 00Q1U000006KOBC | Christina | Shepard | cshepard9880@gmail.com | (386) 479-9056 | 2879 Valmont Ln | Deltona | Florida | 32738 | 11738 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000004ua1g | Nieisha | Shepherd | jusdoit35@gmail.com | (336) 744-6138 | 1611 W Northwest Bl | Winston-Salem | North Carolina | 27104 | 35 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U00000AOWVO | Anna | Shine | annashine052016@gmail.com | (270) 801-5359 | 145 Jennings Knob Road | Vine Grove | Kentucky | 40175 | 11924 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000008uTvy | Mohammad | Shoaib | kashamshoaib@yahoo.com | (936) 239-4858 | 915 W Polk St | Livingston | Texas | 77351 | 3288 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000008tqmr | Barbara | Shoemaker | bshoe0224@gmail.com | (219) 306-6561 | 8709 W 141st Ct | Cedar Lake | Indiana | 46303 | 7334 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000004uaCe | Megan | Short | meganc78@att.net | (317) 749-8272 | 8814 Stoddard Lane | Indianapolis | Indiana | 46217 | 5391 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U00000AP6Dr | Brandy | Silvis | branny_lynn92@yahoo.com | (814) 512-6203 | P.O. Box 293 | Mount Jewett | Pennsylvania | 16740 | 8991 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000004uq9f | Twanna | Simmons | tlsimmons0930@gmail.com | (769) 230-6143 | 1435 Brinoy Drive | Jackson | Mississippi | 39204 | 6938 | Mississippi | Salaried | | |
| 00Q1U00000APC9i | Cathy | Simpkins | cathysimpkins2@gmail.com | (765) 465-5247 | 1840 W Co Rd 100 S | New Castle | Indiana | 47362 | 4801, 1120 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U00000APhek | Sharice | Sims | shariceharley@gmail.com | (321) 795-2941 | 679 Timber Trace Lane 202 | Titusville | Florida | 32780 | 10056 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006JxCM | Jeanette | Skidmore | jeanetteskidmore1@gmail.com | (304) 641-6399 | P.O. Box 131 | Haywood | West Virginia | 26366 | 1125 | West Virginia | Hourly | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000008xNy7 | Tamara | Skinner | anisekove@icloud.com | (313) 502-6584 | 26410 Somerset | Inkster | Michigan | 48141 | 2140 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000008xCiu | Howard | Slayden Jr | hslayden2008@yahoo.com | (615) 485-5968 | 4316 Winton Dr | Antioch | Tennessee | 37013 | 1949 | Tennessee | Hourly | | |
| 00Q1U000004vRFU | Steven | Small | btsmall2@verizon.net | (215) 490-0400 | 6243 Homer St | Philadelphia | Pennsylvania | 19144 | 294 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008uMSf | Angela | Smart | deviousangie@aol.com | (313) 354-3054 | 21281 Randall | Farmington Hills | Michigan | 48336 | 9323 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000008x3vH | Heidi | Smiley | hksb7883@gmail.com | (856) 506-4826 | 517 East Pine St | Millville | New Jersey | 08332 | 8000 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000007PSZY | Christina | Smith | misscdsmith@yahoo.com | (504) 307-7316 | 1924 Hendee Street | New Orleans | Louisiana | 70114 | 6689 | Louisiana | Hourly | | |

| KL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00Q1U00000AO6aM | Elizabeth | Smith | operastarxo@gmail.com | (862) 367-4144 | 128 Clarke Avenue | Jersey City | New Jersey | 07304 | 8205 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000004vAVz | Nathaniel | Smith | lashebaned30@gmail.com | (337) 488-0063 | 405 Lebato Street | Lake Charles | Louisiana | 70601 | 1001 | Louisiana | Hourly | | |
| 00Q1U00000AOxYI | Jeffery | Smith | jeffraysmith94@gmail.com | (501) 749-0540 | 216 Kay St. | North Little Rock | Arkansas | 72117 | 1478, 2769 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U00000AOwHL | Lisa | Smith | lisaslove4ever@gmail.com | (267) 972-2720 | 116 Blackwood Clementon Rd | Lindenwold | New Jersey | 08021 | 2015 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000008xNgh | Sandra | Smith | downing20018@gmail.com | (229) 205-9880 | 1009 Culbreth St | Bainbridge | Georgia | 39819 | 1132 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000APAvF | Shemeka | Smith | sweetm02002@yahoo.com | (318) 617-3899 | 648 Irving Bluff Road | Shreveport | Louisiana | 71107 | 6340 | Louisiana | Salaried | | |
| 00Q1U000006K6fN | Tara | Smith | tarasmith1973@gmail.com | (443) 881-5833 | 955 Dalton Ave | Highlandtown | Maryland | 21224 | 8377 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000008tjvr | Fredrick | Smith | smithfamilya2@yahoo.com | (937) 927-1850 | 1534 Home Avenue | Dayton | Ohio | 45402 | 5819 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000004uulg | Chatney | Smith | chatneysmith@gmail.com | (352) 792-8842 | 7123 SW 44th Place Apt 1 | Gainesville | Florida | 32608 | 3170 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000APgxe | Erica | Smith | ericalasmith30@gmail.com | (334) 652-5386 | 4080 Rosa L Parks | Montgomery | Alabama | 36105 | 1102 | Alabama | Salaried | | |
| 00Q1U000006K2bG | Brittany | Smith | bhs092491@gmail.com | (336) 588-4627 | 516 Colonial Loop | Randleman | North Carolina | 27317 | 11377 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000006JyBs | Galena | Soper | howardgalena@yahoo.com | (775) 316-2358 | 336 Betty Jane Dr | Walker Lake | Nevada | 89415 | 11876 | Nevada | Salaried | Nev. Const. Art. 15, § 16 | Nev. Rev. Stat. Ann. § 608.018 |
| 00Q1U000008xQss | Caryl | Sorhaindo | caryl8@hotmail.com | (561) 294-3204 | 11625 NE 6th Ave Apt#303 | Miami | Florida | 33161 | 8004 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000004uufY | Vicki | Sowders | sowdersvicki@gmail.com | (502) 909-5439 | 5409 Regent Way | Louisville | Kentucky | 40218 | 1670 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000007PTQE | Tabatha | Spann | tabathaspann@gmail.com | (601) 382-2882 | 151 Tommy Stubbs Rd Lot5 | Mount Olive | Mississippi | 39119 | 1580 | Mississippi | Hourly | | |
| 00Q1U000008vXRe | Patricia | Spencer | paspen1972@gmail.com | (704) 530-3465 | 2687 St Mark's Church Rd | Crouse | North Carolina | 28033 | 8167 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000004uRIC | Jamese | Spencer | jamese.spencer@yahoo.com | (404) 783-9386 | 1700 Wood Bend Dr. | Stone Mountain | Georgia | 30083 | 11060 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004vIMc | Shawn | Spencer | toledoskd@gmail.com | (419) 442-9822 | 3555 Hanley Rd Room 321 | Perrysburg | Ohio | 43551 | 3990 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K4Zo | Brittany | Spratlin | raybritt@gmail.com | (470) 421-4020 | 4010 Runny Meade Lane | East Point | Georgia | 30344 | 1738 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000008xPqK | Kayla | St John | kaylastjohn89@yahoo.com | (518) 502-9801 | 58 Windsong Dr | Queensbury | New York | 12804 | 7546 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006KDms | Chazette | Stanford | stanfordc2@yahoo.com | (215) 200-7971 | 1526 W Nedro Ave | Philadelphia | Pennsylvania | 19141 | 6201, 5633 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000008tmX2 | Sharrie | Stanley | sharriestanley@gmail.com | (304) 359-8638 | 305 N. River Run Blvd | Delray | West Virginia | 26714 | 5139 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U00000APA6O | Katrina | Stanton | trinalynn21132@icloud.com | (607) 349-5284 | 193 Ballard Drive | Walton | New York | 13856 | 7219 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006K4fs | Tannis | Starkey | tannisstarkey74@gmail.com | (985) 634-4787 | P.O. Box 166 | Springfield | Louisiana | 70462 | 0593 | Louisiana | Hourly | | |
| 00Q1U000007PbB9 | Katheryn | Starkey | bandedgoose2@gmail.com | (812) 621-8261 | P.O. Box 194 | Osgood | Indiana | 47037 | 1097 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U00000AO0ZB | Mercedes | Starnes | cedes123455@gmail.com | (870) 623-4911 | 920 S. 15th | Blytheville | Arkansas | 72315 | 4378 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U00000AOuuz | Anel | States | anelcarrasco66@gmail.com | (307) 254-1632 | 882 E 7th Lot 5 | Powell | Wyoming | 82435 | 7083 | Wyoming | Salaried | | |
| 00Q1U000004vkpb | Dana | Steele | danapooh831@gmail.com | (256) 454-0038 | 2 Nert St | Anniston | Alabama | 36201 | 00552 | Alabama | Salaried | | |
| 00Q1U00000AOXs6 | Kimberely | Stephens | hisunshine82@gmail.com | (217) 801-8520 | 3332 South 1st | Springfield | Illinois | 62703 | 1535 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PT15 | Vicki | Stewart | vstewart0618@gmail.com | (409) 350-1169 | 2887 Houston Street | Beaumont | Texas | 77701 | 1121 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006KDXM | Ashlee | Stivers-Davis | stiversashlee@yahoo.com | (228) 234-0407 | 103 Calnito | Long Beach | Mississippi | 39560 | 8982 | Mississippi | Salaried | | |
| 00Q1U00000AOxE6 | Melissa | Stjohn | shannon.hollin@yahoo.com | (606) 304-6982 | 408 Leah Lane | Corbin | Kentucky | 40701 | 5060 | Kentucky | Salaried | Ky. Rev. Stat. Ann. § 337.275(1) | Ky. Rev. Stat. Ann. § 337.285(1) |
| 00Q1U000004uPO1 | Darla | Stone | drhea7379@gmail.com | (804) 303-6146 | 8806 Leisure Ln. | Richmond | Virginia | 23237 | 6834 | Tennessee | Hourly | | |
| 00Q1U000008uL8A | Sama | Sumbunu | sumbunus@gmail.com | (646) 642-0923 | 40 Richman Plaza Apt 41 | Bronx | New York | 10453 | 7136 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000007QEUb | Amanda | Szyszkowski | amanda_lee_06@yahoo.com | (814) 706-7872 | 2 Water St. | Tidioute | Pennsylvania | 16351 | 10587 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006K12c | Sabrina | Talbert | sabrinatalbert@icloud.com | (304) 941-6503 | 140 Phillips Rd | Sissonville | West Virginia | 25320 | 2820 | West Virginia | Hourly | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000008trSn | Judith | Tally | tallyjudy72@gmail.com | (262) 484-3591 | 3308 W Elm | Mchenry | Illinois | 60050 | 6019 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000007P/1y | Kiesha | Tann | tann831@gmail.com | (706) 588-5548 | 104 Chalet North Ct. | North Augusta | South Carolina | 29841 | 3485 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004vjpa | Jennifer | Tate | mstate1991@gmail.com | (704) 674-7448 | 1775 Needmore Rd | Clarksville | Tennessee | 37042 | 15 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000004y1v7 | Rushundra | Taylor | lecole87@yahoo.com | (229) 402-6314 | 1518 Pickard Ave | Tifton | Georgia | 31794 | 5729 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000006K1zf | Wilanna | Taylor | wilannataylor@gmail.com | (504) 444-3786 | 4556 Dale St | New Orleans | Louisiana | 70126 | 7820 | Louisiana | Hourly | | |
| 00Q1U00000APDBv | Chantay | Taylor | chantaye32@gmail.com | (443) 943-7180 | 4202 Arizona Ave | Baltimore | Maryland | 21206 | 6987 | Maryland | Hourly | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000008x12y | Christine | Taylor | jltcmt@yahoo.com | (715) 778-4537 | N6918 County Road Cc | Spring Valley | Wisconsin | 54767 | 9220 | Wisconsin | Salaried | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U000008wrRQ | Joe C | Taylor Jr | taylorjrjoec@yahoo.com | (619) 538-3554 | 1405 Vegas Valley Dr #124 | Las Vegas | Nevada | 89169 | 6300 | Nevada | Hourly | Nev. Const. Art. 15, § 16 | Nev. Rev. Stat. Ann. § 608.018 |
| 00Q1U00000AO3CM | Shawn | Terry | lamarrndetroit@gmail.com | (313) 265-1876 | 16825 Kentfield | Detroit | Michigan | 48219 | 1296 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000008xOo4 | Tenikka | Thomas | tenikkat26@gmail.com | (662) 770-7027 | 833 Pickens Garnett Rd | Pickens | Mississippi | 39095 | 652 | Mississippi | Hourly | | |
| 00Q1U00000APd28 | Sharae | Thomas | sharaecyn@icloud.com | (773) 936-9521 | 1300 Whitcomb St | Gary | Indiana | 46404 | 6298 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007Puyt | Lisa | Thomas | lizajane477@gmail.com | (678) 372-2501 | 477 Knight Rd | Rockmart | Georgia | 30153 | 276 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007Q6NO | Shantora | Thomas | angel3andme@gmail.com | (704) 936-8100 | 3800 Tuckaseegee Rd | Charlotte | North Carolina | 28208 | 6656 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000008tpdf | Terrance | Thomas | kutzinaga@hotmail.com | (402) 699-8364 | 2250 Florence Blvd | Omaha | Nebraska | 68110 | 9369 | Nebraska | Salaried | Neb. Rev. Stat. § 48-1203 | |
| 00Q1U000008wvfx | Audrey | Thomas | thomasaudrey424@gmail.com | (903) 357-1774 | 1406 W Nelson St | Denison | Texas | 75020 | 609 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007PLUH | Alice | Thompson | dumbogirl76@hotmail.com | (574) 527-0643 | 5281 E. Lincolnway | Columbia City | Indiana | 46725 | 11807 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000006JyTm | Jakita | Thompson | jakitathompson420@gmail.com | (919) 413-8913 | 1109 Lee St N | Wilson | North Carolina | 27893 | 264 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000004uQtt | Katrina | Thrower | keriyae123@yahoo.com | (252) 204-2358 | 671 Vance Street | Henderson | North Carolina | 27536 | 3776, 244, 4643 | North Carolina | Hourly | N.C. Gen. Stat. Ann. § 95-25.3. | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000008tuEO | Brenda | Tiner | brendatiner@gmail.com | (870) 819-1088 | 515 Cr225 | Cherry Valley | Arkansas | 72324 | 4251 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000007QP2G | Steven | Tingle | stingle961@gmail.com | (904) 466-5618 | 730 S. Beach St. Apt 1 (North) | Ormond Beach | Florida | 32174 | 11738 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007PbKf | Willie | Tinker | kennedwilliams0919@yahoo.com | (205) 723-9301 | 2218 Jemison Ave. | Tuscaloosa | Alabama | 35401 | 10460 | Alabama | Salaried | | |
| 00Q1U00000AOjDi | Simone | Todd | simonetodd0521@gmail.com | (901) 513-4499 | 4509 Villawood Dr | Memphis | Tennessee | 38118 | 5803 | Tennessee | Hourly | | |
| 00Q1U000006K1wl | Bruce | Tonsager | trg1701@aol.com | (612) 940-6111 | 31348 171st Ave | Bagley | Minnesota | 56621 | 10674 | Minnesota | Salaried | Minn. Stat. Ann. §177.24(a)-(b) | Minn. Stat. Ann. § 177.25 |
| 00Q1U000004u5ww | Adam | Torres | dllscwbz@gmail.com | (804) 247-8647 | 3406 Spendthrift Dr Apt 807 | Richmond | Virginia | 23294 | 6591 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U00000APCiZ | Margarita | Torres | csmsosa@gmx.com | (806) 729-2225 | 1302 S Ash | Plainview | Texas | 79072 | 4718 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006JxV7 | Chad | Torreysin | chadtorreyson@yahoo.com | (281) 825-9404 | 1515 Royal Crest Dr Apt 3339 | Austin | Texas | 78741 | 05197 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004uYp6 | Teresa | Tottleben | marknteresat@aol.com | (217) 287-1095 | 316 N. Cherokee St | Taylorville | Illinois | 62568 | 3044 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004uwlD | Nicole | Townsend | mail4nicole1@aol.com | (334) 744-9735 | 65 Lee Rd 862 | Opelika | Alabama | 36804 | 10083 | Alabama | Salaried | | |
| 00Q1U00000AOKJW | Taylor | Trent | misslsdietay0708@gmail.com | (815) 593-1295 | 1995 S Schuyler Ave D25 | Kankakee | Illinois | 60901 | 2925 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000006JyMM | Crystal | Tress | cbabycakes7@gmail.com | (304) 886-1955 | 99 Moonlight Lane | Martinsburg | West Virginia | 25404 | 2888 | West Virginia | Hourly | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000008ulfo | Ervin | Troy | eltae.topflight@gmail.com | (678) 887-5047 | 5916 Sutcliff Square | Lithonia | Georgia | 30058 | 7167 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000AOhtY | Yonte | Tucker | sherlise1@gmail.com | (757) 452-0738 | 2624 Golden Leaf Drive | Chesapeake | Virginia | 23324 | 4895, 5061 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000006K4xP | Terrence | Tucker | terrencetucker23@yahoo.com | (773) 641-6940 | 940 E 193 Pl | Glenwood | Illinois | 60425 | 8306 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008uCDd | Kenyata | Tucker | favored2007@gmail.com | (757) 582-5017 | 4640 Greenwood Drive | Portsmouth | Virginia | 23701 | 06592, 2577, 7222, 1749 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000008xL7v | Dorothy | Turner | dottieturner49@icloud.com | (757) 694-5744 | 27040 Savannah Rd | Hallwood | Virginia | 23359 | 7048 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U00000AOpjY | Jonta | Turner | deqwendrejonta@gmail.com | (479) 274-9711 | 2023 Dallas St Apt 50 | Fort Smith | Arkansas | 72901 | 8571 | Arkansas | Hourly | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U00000APEHD | Catrina | Ulmer | catrinanulmer@gmail.com | (601) 470-6446 | 1815 N 1st Avenue | Laurel | Mississippi | 39440 | 1628 | Mississippi | Hourly | | |
| 00Q1U000008xCxr | Tamara | Umbaugh | teejalicious@yahoo.com | (815) 557-0788 | 312 Luana Rd | Joliet | Illinois | 60433 | 1968 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000006K84O | Guy | Unglaub | guyaunglaub@gmail.com | (412) 266-6067 | 117 9th St | Turtle Creek | Pennsylvania | 15145 | 2469 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000007Q3y4 | Tiffani | Uplinger | tnorris0929@gmail.com | (580) 704-6454 | 4506 NW Santa Fe | Lawton | Oklahoma | 73505 | 1663 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000007PT8s | Kristina | Vance | kristina.stouffer@yahoo.com | (423) 920-1671 | 249 Ridgecrest Dr | Madisonville | Tennessee | 37354 | 2848 | Tennessee | Salaried | | |
| 00Q1U000004y9C2 | Patricia | Vandiver | rogervandiver1963@gmail.com | (317) 670-7494 | 4860 Geneva Ave. Apt.A | Indianapolis | Indiana | 46226 | 0292 | Indiana | Hourly | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000006Jx89 | Bobbilynn | Varela | bobbi012001@yahoo.com | (702) 665-3832 | 2165 E Rochelle Ave Apt 48 | Las Vegas | Nevada | 89119 | 1214 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U00000ANycu | Brenda | Vasquez | vasquez.brenda16@yahoo.com | (832) 652-9820 | 15630 Jersey Dr | Houston | Texas | 77040 | 5828 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000AP09b | Michelle | Vaughn | m_vaughn61@yahoo.com | (989) 807-0371 | 9394 N. Vickeryville Rd. | Vestaburg | Michigan | 48891 | 4991 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000008uMPR | Milliam | Velez | miva645@gmail.com | (321) 317-3690 | 7106 Tripoli Way | Orlando | Florida | 32822 | 2583 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000004vCp4 | Joseph | Velez | jvelez147@gmail.com | (347) 524-5344 | 530 Briar Pl Apt 3F | Far Rockway | New York | 11691 | 10358 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000APnlW | Fernando | Venegas Santos | fvenegassantos@gmail.com | (757) 537-8323 | 4101 Prindle Court Apt 201 | Chesapeake | Virginia | 23321 | 373 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000006JxOz | Tracie | Verdin | blanchardtracie1975@gmail.com | (985) 228-0131 | 115 Poplar Street | Labadieville | Louisiana | 70372 | 4888 | Louisiana | Salaried | | |
| 00Q1U000006JzoB | Tonia | Verrill | toniaverr15@gmail.com | (207) 291-0573 | 417 Bolsters Mills Rd | Otisfield | Maine | 04270 | 8033 | Maine | Hourly | Me. Rev. Stat. Ann. tit. 26, § 664(1) | Me. Rev. Stat. Ann. tit. 26, §§ 664(3)-(4) |
| 00Q1U000006K0Mh | Kimberly | Vierling | vierling84@gmail.com | (772) 626-9264 | 7902 Pacific Ave | Fort Pierce | Florida | 34951 | 5616, 2646, 8351, 4343 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000008uMSu | Elizabeth | Villegas | elizabethvillegas179@yahoo.com | (904) 386-2161 | 791 Assisi Lane Apt 703 | Atlantic Beach | Florida | 32233 | 7996 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000APqhS | Michelle | Vogel | mvogel0215@gmail.com | (845) 283-4965 | 35 Kingston Ave | Port Jervis | New York | 12771 | 1835 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U00000APoEe | Lisa | Wade | lisamwade1969@gmail.com | (334) 559-0154 | 2407 13th Ave Apt 3B | Phenix City | Alabama | 36867 | 10424 | Alabama | Hourly | | |
| 00Q1U000006K26H | Linda | Waitman | lwaitman54@sbcglibal.net | (405) 401-8607 | 223 W Ercoupe Dr. | Midwest City | Oklahoma | 73110 | 10555 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U000008uCDT | Ashley | Walker | ashton092812@gmail.com | (561) 306-3762 | P.O. Box 551727 | Miami Gardens | Florida | 33055 | 2604 | Florida | Hourly | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000004uQKU | Rae | Walker | wayz12318@yahoo.com | (918) 508-1107 | 16122 E Newton Pl | Tulsa | Oklahoma | 74116 | 5022 | Oklahoma | Salaried | Okla. Stat. Ann. tit. 40, § 197.2 | |
| 00Q1U00000ANuCe | Ruth | Walker | rwalker144@yahoo.com | (740) 978-6213 | 64850 Infirmary Rd | Mcarthur | Ohio | 45651 | 10935 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000004v3g2 | Amanda | Walker | a5starchic26@gmail.com | (317) 205-7284 | 402 S Rural St | Indianapolis | Indiana | 46201 | #3741 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000004vU08 | Shantara | Walker | shantaramyree82@gmail.com | (770) 895-6757 | 490 S Stone Mountain Lithonia Road #36 | Stone Mountain | Georgia | 30088 | 7459 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007PrJ2 | Leslie | Walker | nicole2cute@aol.com | (334) 833-5331 | 2475 Meadow Ridge Lane Apt H | Montgomery | Alabama | 36117 | 11040 | Alabama | Salaried | | |
| 00Q1U000008uLpJ | Schrona | Waller | schrona80@gmail.com | (573) 559-8389 | 1005 Court Street | Kennett | Missouri | 63857 | 3524 | Missouri | Salaried | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U000006JyQn | Karen | Waller | franze22@yahoo.com | (218) 731-2684 | 314 4th St Se | Pelican Rapids | Minnesota | 56572 | 6966 | Minnesota | Salaried | Minn. Stat. Ann. §177.24(a)-(b) | Minn. Stat. Ann. § 177.25 |

| KL Tracking No. | Claimant First | Claimant Last | Claimant Email | Claimant Phone | Claimant Address | Claimant City | Claimant State | Claimant Zip | Claimant Store No. | Claimant Store State | Hourly or Salaried Employee | Applicable State Minimum Wage Law | Applicable State Overtime Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00Q1U000006JxFG | Jennifer | Walliser | xtuckerjen@gmail.com | (208) 800-8747 | 404 West Utah Ave | Homedale | Idaho | 83628 | 10025, 7767 | Idaho | Salaried | Idaho Code § 44-1502(1) | |
| 00Q1U000006Jy14 | Yvette | Walthour | yllewis95@yahoo.com | (912) 571-6867 | 1005 Newcastle St Apt.201 | Brunswick | Georgia | 31520 | 4826 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004vKbt | Sherry | Ward | sward802000@yahoo.com | (765) 762-3450 | 4263 North Ruppert Rd | Attica | Indiana | 47918 | 1435 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000007Pb9D | Sandra | Wargowski | swargowski1967@gmail.com | (717) 250-4876 | 3 Shaw Ave Apartment | Lewistown | Pennsylvania | 17044 | 2837 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000008x9MK | Rodney | Warne | rodneywarne0514@msn.com | (740) 284-2224 | 230 Hallock Ave Apt 23 | Mingo Junction | Ohio | 43938 | 8310 | West Virginia | Salaried | W. Va. Ann. Code § 21-5C-2 | W. Va. Code Ann. § 21-5C-3 |
| 00Q1U000007QHQm | Kristine | Warner | jtw810904@gmail.com | (928) 255-9601 | 2919 Togo Trail | Flagstaff | Arizona | 86005 | 8291 | Arizona | Salaried | Ariz. Rev. Stat. § 23-363 | |
| 00Q1U000006KDKg | Cynthia | Warnick | iroccindy@yahoo.com | (409) 789-0042 | P.O. Box 8295 | Bacliff | Texas | 77518 | 27959 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000APpSH | Brian | Warren | briankwarren14@gmail.com | (336) 934-0236 | 1754 Fancy Gap Road | Mount Airy | North Carolina | 27030 | 10144 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000006K2tP | Latoya | Waterman | latoyawaterman@yahoo.com | (843) 933-5306 | 118 Poston St | Hemingway | South Carolina | 29554 | 1472 | South Carolina | Hourly | | |
| 00Q1U000004vjoh | Donnita | Waters | wyldorchids13@gmail.com | (229) 314-2539 | 201 Appaloosa Rd | Buena Vista | Georgia | 31803 | 10476 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U00000APKFK | Nichelle | Watkins | myjourney2358@gmail.com | (630) 802-7763 | 3145 W Polk | Chicago | Illinois | 60612 | 5012 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000008xBEr | Quinterrius | Watson | pastorqwatson@gmail.com | (770) 899-7187 | 121 Tillman Ct | Mcdonough | Georgia | 30253 | 270 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000008uRv3 | Dawn | Weaver | dawnweaver422@gmail.com | (740) 314-9350 | 315 High Street | Brilliant | Ohio | 43913 | 2063 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000008u60W | Shelia | Webb | sheliawebb1025@gmail.com | (903) 975-4047 | 141 Rcr 1155 | Emory | Texas | 75440 | 5601 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006K6MG | Deanne | Webster | dbwebster69@gmail.com | (336) 341-2018 | 4690 Nc 66 Hwy S | King | North Carolina | 27021 | 23531 | North Carolina | Salaried | N.C. Gen. Stat. Ann. § 95-25.3 | N.C. Gen. Stat. Ann. § 95-25.4 |
| 00Q1U000004uQ55 | Lemontria | Weems | lemontriaweems@gmail.com | (972) 464-9016 | 12909 NE 56th St | Vancouver | Washington | 98682 | 5206 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007QlhG | Jessica | Welch | babygirlicious20@yahoo.com | (570) 466-1751 | 830 William Street | Avoca | Pennsylvania | 18641 | 9221 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000007PrPq | Dana | Wells | savvylove0628@gmail.com | (518) 703-1195 | 620 2nd Ave | Troy | New York | 12182 | 5247 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006K1rq | Stacy | Wells | stacywells6@gmail.com | (936) 239-0150 | 11260 State Hwy 156 | Coldspring | Texas | 77331 | 06728 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000AP1v3 | Jacquese | Wells | jacquese.wells@gmail.com | (251) 648-6191 | 900 Downtowner Blvd Apt 63 | Mobile | Alabama | 36609 | 398 | Alabama | Salaried | | |
| 00Q1U000008uC2x | Melonie | Wells | wells.melonie95@gmail.com | (937) 727-3864 | 8101 Mount Hood | Huber Heights | Ohio | 45424 | 8674 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K1jD | Kimberly | Westmoreland | kimberlywestmoreland833@yahoo.com | (228) 437-2052 | 108 Dare Dr | Gulfport | Mississippi | 39503 | 8372 | Mississippi | Salaried | | |
| 00Q1U00000ANvLh | Monica | Wheelan | wheelan.monica12@gmail.com | (719) 937-9282 | P.O. Box 264 | Antonito | Colorado | 81120 | 7022 | Colorado | Salaried | 7 CCR § 1103-1:3 | 7 CCR § 1103-1:4 |
| 00Q1U000006JxBy | Akela | Whitaker | whitakerakela@yahoo.com | (773) 425-8783 | 8810 S Racine | Chicago | Illinois | 60620 | 7653 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004yBpl | Larry | White | lwhite769@gmail.com | (267) 581-3635 | 1539 S. 16th St. | Philadelphia | Pennsylvania | 19146 | 6677 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006KD0c | Kimberly | White | kimwhite2003@comcast.net | (231) 206-3327 | 1670 Catherine Ave | Muskegon | Michigan | 49442 | 5265 | Michigan | Salaried | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000006JxRj | Talonda | White | talondawhite57@gmail.com | (773) 993-5006 | 8017 South Ingleside Avenue Apt.1A | Chicago | Illinois | 60619 | 7057 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004un2d | Sheryl | White | slbpdg@live.com | (352) 355-9896 | 109 Mulberry Road | East Palatka | Florida | 32131 | 1016 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000006K1IO | Jeremiah | White | jeremiah.l.white.62@gmail.com | (740) 479-0491 | 2724 S. 5th St | Ironton | Ohio | 45638 | 5682 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000008tuCw | Donna | Wiggins | donnakayw1977@gmail.com | (229) 308-4802 | 210 Radney Street | Columbia | Alabama | 36319 | 440 | Alabama | Salaried | | |
| 00Q1U00000AOrG1 | Jazmin | Wilkerson | msfye1117@gmail.com | (401) 771-8969 | 1815 Bronson Drive | Kissimmee | Florida | 34741 | 11705 | Rhode Island | Hourly | R.I. Gen. Laws Ann. § 28-12-3 | R.I. Gen. Laws Ann. § 28-12-4.1 |
| 00Q1U000007Q2fB | Linda | Wilkinson | ddwilkinson01@aol.com | (254) 444-7728 | 1918 A Lobo Lane | Copperas Cove | Texas | 76522 | 3860 | Texas | Hourly | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000APt8k | Sherria | Willams | sherria36@gmail.com | (901) 440-6035 | 7011 Cannondale Cv | Memphis | Tennessee | 38119 | 3998, 876, 9229, 4007 | Tennessee | Salaried | | |
| 00Q1U000007PTQs | Sierra | Williams | beautiful_lady87@icloud.com | (443) 904-4334 | 8504 Church Lane | Randallstown | Maryland | 21133 | 6906 | Maryland | Hourly | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000007PLUC | Lakisha | Williams | lakeshawilliams180@gmail.com | (313) 926-7752 | 5032 Haverhill | Detroit | Michigan | 48224 | 8398 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U00000APKCb | Sherrae | Williams | sherrae_williams@yahoo.com | (225) 371-2671 | 5766 Groom Rd | Baker | Louisiana | 70714 | 4352 | Louisiana | Hourly | | |
| 00Q1U000008ww21 | Stephanie | Williams | williams122991.sw@gmail.com | (901) 247-3958 | 3433 W Winchester Pl#6 | Memphis | Tennessee | 38116 | 2723 | Tennessee | Hourly | | |
| 00Q1U000006JzkE | Kristina | Williams | williamskristina85@yahoo.com | (719) 849-5924 | 430 Franklin | Monte Vista | Colorado | 81144 | 6862 | Arizona | Hourly | Ariz. Rev. Stat. § 23-363 | |
| 00Q1U000008toKB | Quinecca | Williams | meccawilliams42@gmail.com | (414) 779-2324 | 1937 West Windsor Cr. | Glendale | Wisconsin | 53209 | 6045 | Wisconsin | Hourly | Wis. Stat. Ann. § 104.035 | Wis. Stat. Ann. § 103.025(c) |
| 00Q1U00000APC9x | Cassandra | Williams | mslkecandy254@yahoo.com | (214) 306-1654 | P.O Box 43 | Whitney | Texas | 76692 | 10337 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000004uu7p | Joy | Williams | jdubya9s1@gmail.com | (423) 991-0811 | 4409 Locksley Lane | Chattanooga | Tennessee | 37416 | 11277 | Tennessee | Salaried | | |
| 00Q1U000004vOlk | Marylois | Williams | mswkimberlynn@live.com | (850) 892-4921 | 428 Quebec Ave | Defuniak Springs | Florida | 32433 | 8502, 399, 8607 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000004uwMI | Vadrikius | Williams | vadrikiusj@gmail.com | (662) 694-2593 | 977 Turkey Creek Rd | Starkville | Mississippi | 39759 | 4103 | Mississippi | Salaried | | |
| 00Q1U00000AQD2i | Brian | Williams | brian4321will@gmail.com | (315) 640-5050 | 544 Cortland Ave | Syracuse | New York | 13205 | 5096 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000007PSTp | Krystal | Williams | krystalwilliams923@gmail.com | (903) 244-3381 | 804 Manila Dr | Wake Village | Texas | 75501 | 3839 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000006KDWh | Jasmine | Williamson | jazzwill30@gmail.com | (773) 949-0204 | 9333 S. Kolmar | Oak Lawn | Illinois | 60453 | 7653 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000004vl6n | Ashleigh | Wilmoth | ashleighwilmoth@gmail.com | (804) 920-2770 | 2106 Pickett St | Hopewell | Virginia | 23860 | 8835 | Virginia | Salaried | Va. Code Ann. § 40.1-28.10 | |
| 00Q1U000008vSWm | Charity | Wilson | troubcali@gmail.com | (504) 333-9728 | 8642 Hammond St | New Orleans | Louisiana | 70127 | 11992 | Louisiana | Hourly | | |
| 00Q1U000006K4xF | Christina | Wilson | c.wilson03@yahoo.com | (214) 875-0898 | 11926 Leisure Dr | Dallas | Texas | 75243 | 6424 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U00000AOpY4 | Crystal | Wilson | crystalwilson492@gmail.com | (217) 703-9981 | 1392 Abram Dr | Rantoul | Illinois | 61866 | 1243 | Illinois | Salaried | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007PI1K | Ashyrra | Wilson | shyrrad@gmail.com | (443) 205-9620 | 215 Henry St Apt A | Cambridge | Maryland | 21613 | 2667 | Maryland | Salaried | Md. Code Ann., Lab. & Empl. § 3-413(b) | Md. Code Ann., Lab. & Empl. §§ 3-415(a), 3-420(a) |
| 00Q1U000008tcF | William | Winston | w.a.winston.ii@gmail.com | (803) 989-8402 | 4375 Cascade Rd | Atlanta | Georgia | 30331 | #8815-SM | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000004uyiG | Chris | Walters | djfresh3326@gmail.com | (724) 953-4489 | 700 Bennett St | Mckeesport | Pennsylvania | 15132 | #6554 | Pennsylvania | Hourly | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006JyTc | Sherhonda | Womack | sherhondawomack@yahoo.com | (706) 459-4585 | 80 Jim Petty Rd | Crandall | Georgia | 30711 | 284 | Georgia | Salaried | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007Q1Fs | Tammy | Wood | michelle.wood74@yahoo.com | (678) 371-3496 | 627 Riverside Rd | Tallapoosa | Georgia | 30167 | 1161 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007Q76Y | Francis | Wood | pastorfrancis@juno.com | (518) 651-6574 | 2008 W Holmes | Memphis | Tennessee | 38109 | 2720 | Tennessee | Salaried | | |
| 00Q1U00000AOt32 | Heather | Woodard | woodard0514@gmail.com | (319) 671-3824 | 118 S Garfield Ave | Burlington | Iowa | 52601 | 10042, 5553, 5578 | Iowa | Salaried | Iowa Code § 91D.1 | |
| 00Q1U000007PKPe | Patrice | Woods | jadealex84@gmail.com | (314) 665-5162 | 1408 N. 10th St. | St. Louis | Missouri | 63106 | 6945 | Missouri | Hourly | Mo. Ann. Stat. § 290.502 | Mo. Ann. Stat. § 290.505 |
| 00Q1U000008wyKP | Yulanda | Woods | ywoods50@yahoo.com | (501) 554-9408 | 6008 Glenhaven Pl | Sherwood | Arkansas | 72120 | 2769 | Arkansas | Salaried | Ark. Code Ann. § 11-4-210 | Ark. Code Ann. § 11-4-211 |
| 00Q1U000007PJFR | Aundrea | Word | caejojami@icloud.com | (931) 284-1008 | 59 Maple St | Clarksville | Tennessee | 37042 | 10556 | Tennessee | Hourly | | |
| 00Q1U000008u62I | Georgia | Workman | carolworkman54@gmail.com | (330) 600-9005 | 171 W Jackson St. | Millersburg | Ohio | 44654 | 8766 | Ohio | Salaried | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U00000APdRz | Shayna | Wright | sillygreen22@gmail.com | (973) 573-8220 | 787 South 17th Street | Newark | New Jersey | 07103 | 4982, 8334 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000004vSO4 | Terrelle | Wright | wrightterrelle12@yahoo.com | (706) 427-2647 | 1738 12Str | Augusta | Georgia | 30901 | 6058 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |
| 00Q1U000007Pv8 | Dedra | Wright | dedraw26@gmail.com | (843) 584-3915 | 1853 Hazelwood Drive | Charleston | South Carolina | 29407 | 10013, 259 | South Carolina | Salaried | | |
| 00Q1U000004vSWh | Karen | Wust | karenskitchens@cox.net | (504) 606-1883 | 1892 Joseph Dr | St. Bernard | Louisiana | 70085 | 8554 | Louisiana | Salaried | | |
| 00Q1U000006JxY6 | Jack | Wyar | jackwyar@gmail.com | (440) 823-2121 | 506 W Noble Ave Lot 52 | Bushnell | Florida | 33513 | 10135 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U000007PUUb | Debbie | Yenglin | debbieyenglin@yahoo.com | (989) 233-9324 | 6225 Bell Rd | Birchrun | Michigan | 48415 | 3908 | Michigan | Hourly | Mich. Comp. Laws Ann. § 408.414 | Mich. Comp. Laws Ann. § 408.414a(1) |
| 00Q1U000004uxFm | Charity | York-Becker | yorkcharity80@gmail.com | (618) 201-4940 | 110 S 5th St | Elkville | Illinois | 62932 | 2323 | Illinois | Hourly | 820 Ill. Comp. Stat. 105/4(a)(1) | 820 Ill. Comp. Stat. Ann. 105/4a |
| 00Q1U000007Q5gC | Sharlette | Yost | syost2010@yahoo.com | (315) 382-0442 | 1480 Burgess Road | Waterloo | New York | 13165 | 3404 | New York | Hourly | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000006KEpA | Shantay | Young | shantayyoung78@gmail.com | (908) 342-1622 | 514 West Camplain Rd | Manville | New Jersey | 08835 | 6770 | New Jersey | Hourly | N.J. Stat. Ann. Const. Art. 1, § 23 | N.J. Stat. Ann. § 34:11-56a4(b)(1) |
| 00Q1U000008thpr | Lonetta | Young | cutiebird43@gmail.com | (317) 999-2008 | 1802 Sugar Grove Ave | Indianapolis | Indiana | 46202 | 1289 | Indiana | Salaried | Ind. Code § 22-2-2-4(c) | Ind. Code § 22-2-2-4(g) |
| 00Q1U000008ulqw | Christa | Young-Hernandez | christamama@yahoo.com | (330) 208-5905 | 1987 Greensburg Rd | North Canton | Ohio | 44720 | 5099 | Ohio | Hourly | Ohio Const., art. II, § 34a | Ohio Rev. Code Ann. § 4111.03 |
| 00Q1U000006K4he | Aleta | Yutzy | aletayutzy9@gmail.com | (228) 213-9712 | 19385 Mark Drive | Saucier | Mississippi | 39574 | 7800 | Mississippi | Hourly | | |
| 00Q1U000006K89T | Tammy | Zeglin | tzeglin312@gmail.com | (814) 467-7263 | 312 Spruce St. | Windber | Pennsylvania | 15963 | 815 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U00000AO5Vp | Kaydee | Zeman | rayvenzeman26@yahoo.com | (386) 697-5145 | 212 Ne Williamssts | Lake City | Florida | 32055 | 1134 | Florida | Salaried | Fla. Const. art. X, §24(c) | Fla. Stat. Ann. § 448.01 |
| 00Q1U00000AP5OV | Julia | Zepeda | julia83zepeda@icloud.com | (806) 672-4403 | 700 S Nelson | Amarillo | Texas | 79104 | 4401 | Texas | Salaried | Tex. Lab. Code Ann. § 62.051 | |
| 00Q1U000007Q3qP | Lynda | Zilkofski | stewart_20fan1@yahoo.com | (814) 594-1628 | 125 East Ave | Johnsonburg | Pennsylvania | 15845 | 2439 | Pennsylvania | Salaried | 43 Pa. Stat. and Cons. Stat. § 333.104(a) | 43 Pa. Stat. and Cons. Stat. Ann. § 333.104(c) |
| 00Q1U000006KDuy | Charleen | Zobel | ragdoll9393@gmail.com | (315) 427-9522 | 7038 N Division St Rd | Auburn | New York | 13021 | 2148 | New York | Salaried | N.Y. Lab. Law § 652 | N.Y. Comp. Codes R. & Regs. tit. 12, § 141-1.4 |
| 00Q1U000004v8HA | Latonya | Zorn | latonyastevenson69@gmail.com | (229) 402-8164 | 4977 Union Rd Lot 41 | Tifton | Georgia | 31794 | 9270 | Georgia | Hourly | Ga. Code Ann. § 34-4-3 | |

**From:** Beth Berman
**To:** Warren Postman
**Cc:** AAA Heather Santo
**Bcc:** William Old; bmiller@seyfarth.com; Elaine Hogan; jschwartz@gibsondunn.com; Jmrdjenovic@gibsondunn.com; JJ Jacobson-Allen; pbannon@seyfarth.com; lporter@littler.com; Sara Rafal; sbehnia@littler.com
**Subject:** letter regarding deficient demands for arbitration before the AAA
**Date:** Friday, October 18, 2019 10:09:09 AM
**Attachments:** image003.jpg
letter to Warren Postman frivilous demands 10.18.2019.pdf
Exh A to Postman Letter re AAA Demand Deficiencies unidentified claimants.pdf
Exh B to Postman Letter re AAA Demand Deficiencies. time-barred.pdf
Exh C to Postman Letter re AAA Demand Deficiencies.no AAA agreement.pdf

---

Please see attached correspondence.

Respectfully,

Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com





October 18, 2019

Warren Postman, Esq.
Keller Lenkner
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005

Dear Warren,

We appreciate that you filed amended demands with the AAA that now state an amount in controversy, but we write to express our serious concerns about a number of outstanding deficiencies in the demands. We raised these issues with the AAA in the letter that we submitted yesterday, and we now respectfully request that you immediately withdraw these demands.

***First***, we note that you filed 1,962 amended demands. That is the same number of demands as you previously filed and includes demands for the 63 claimants whom we could not identify as having worked for Family Dollar and on behalf of whom you said you would not pursue claims at this time. We also recently sent you a list with an additional 200+ claimants we could not identify as having worked for Family Dollar or Dollar Tree, 169 as to whom you filed demands with AAA. The list of the 169 is attached as Exhibit A to this letter for your reference. Further, the amended demands include a demand for Judy Harbin, even though you said she no longer wished to pursue a demand, and duplicate demands for Alicia Franks. We respectfully request that you withdraw all of these demands immediately.

***Second***, you have filed amended demands on behalf of 287 claimants whose claims are completely time barred based on the longest statute of limitations cited in their demands. These claimants are listed in Exhibit B to this letter. Please withdraw their demands for arbitration.

***Finally***, 245 claimants either do not have arbitration agreements or their agreements provide for arbitration before JAMS, not the AAA; more than 100 of the claimants have bankruptcy filings that we believe bar them from pursuing the claims that are the subject of their demands; and at least 8 claimants may be subject to releases that bar them from pursuing the claims that are the subject of their demands. The list of claimants with no arbitration agreement or an agreement providing for arbitration before JAMS is attached as Exhibit C to this letter. We will provide you with a list of the latter two categories of claimants next week. We request that you withdraw all of these demands for arbitration.

In light of these glaring deficiencies, we think it important to remind you of your obligation to present only those claims that, based on a reasonable inquiry, "are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law." Fed. R. Civ. P. 11(b)(2); *see also* Ill. R. Prof'l Conduct 3.1 ("A lawyer shall not bring or defend a proceeding, or assert or controvert an issue therein, unless there is a basis in law and



fact for doing so that is not frivolous, which includes a good-faith argument for an extension, modification or reversal of existing law."); D.C. R. Prof'l Conduct 3.1 (same).

A disturbing number of the demands you have filed with the AAA do not satisfy these baseline ethical requirements. Indeed, nearly 12% of the demands were filed on behalf of claimants who do not appear to have worked for any Family Dollar Entity. Of the remaining demands, nearly 17% are completely time barred, and at least a third assert at least one time-barred claim. Even worse, you shifted the burden to Family Dollar to identify time-barred claimants, even though it is your obligation to verify that your clients' claims are brought in good faith. *See Brubaker v. City of Richmond*, 943 F.2d 1363, 1384–85 (4th Cir. 1991) ("Where an attorney knows that a claim is time-barred and has no intention of seeking reversal of existing precedent. . . . he makes a claim groundless in law and is subject to Rule 11 sanctions."). We expect that going forward, you will appropriately screen potential clients. We note that pursuant to the AAA rules, we are entitled to recover fees and costs for patently frivolous claims, and intend to seek such relief as appropriate here.

Of course, if you have any information that causes you to believe any of the foregoing claims are properly before the AAA, please share that with us as soon as possible. We think it appropriate that you withdraw all of these improperly filed demands prior to October 24, 2019.

Sincerely,

/s/

Beth Hirsch Berman

cc: Heather Santo

Attachment

**Exhibit A: Claimants Not Identified in Family Dollar Records**

Walter Adams
Tomika Adkins
Crystal Albright
Tara Alexander
Susana Alva
Shaletha Anderson
Virginia Artis-Miller
Miles Atkinson
Colleenmae Balmes
Robert Bardsley
Brittiany Batton
Cheryl Benner
Schaquonda Blue
Loretha Blue
Randy Bourgeois
Lakeisha Branch-Clark
Deonte Bransome
Paris Brown
Marcia Brown
Theresa Brumfield
Tosha Bundy
Kenneth Butler
Norene Camel
Debbie Cano
Jessica Capers
Francis Carl
Robyn Carlisle
Teresa Carlson
Lakeisha Carter
Whitney Casado
Claret Castaneda
William Castillo
Estaban Class
Demetrius Cole
Pamela Combs
Lauren Conner
Olivia Cooper
Peggy Cupp
Donnq Darbonne
Lisa Davanzo
Christine Delillio
Gary Demery
Kristian Dillon
Jaleel Dodson
Brandon Donaldson

Melody Dtaples
Vickie Dukes
Teresa Dunn
Shelly Eason
Tyree Figgins-Patterson
Pauline Figueroa
Luis Flores
Aaron Franklin
Michael Gaines Sr.
Bobbiejo Gaskill
Robert Gibson
Selina Gleaton
Christina Goff
Tabitha Gonzales
Anastasia Gonzales
Monique Grant
Mellisha Grant
Crystal Gravitt
Diana  Hammonds
Joshua Hanuszczak
Danetta Harris
Robin Hayes
Tina Henderson
Steve Hendrickson
Jazmin Hernandez
Shereeka Higdon
Dahjane Hogan
Michael Holbrook
Trisha Hopper
Marond Hudson
Kharlota Hunter
Markeisha Jackson
Monique Jackson
Maurice Jackson
Betty Jean
Camesha Jeanfrancous
Jaqual Jenkins
Calhea Johnson
Kelvin Johnson
Deidra Johnson
Curtis Joyner
Amy Juett
Mohammad Kauser
Amanda Keith
Tamika Kemp
Tina Kennedy

Denise King
Zacharia Kramer
Kenneth Kuhn
Dina Laney
Crystal Lepkowski
Angela Lewis
CreÂ'Shana Lewis
Lakiila Lopez
Veronica Lucero
Latoya Malone
Todd Mascho
Shayna Mcarthur
Jillian  Mccarthy
Markisha Mccloud
Alexius Mccloud-Hightower
Veronica Minor
Brittany Molison
Keyoshia Moore
Jerry Moore
Wayne Moss
Jonathan Nichols
Maria Ovalle
Martha Paredes Reyes
Anissa Paskins
Pedro Pena Cuesta
Christina Penick
Bianca Perry
Mechelle Peterson
Kenneth Phillips
Dennis Pollard
Larry Potter
Constance Pratt
Christopher Pruitt
Brian Pryor
Misti Rappold
Roger Rendon
Pat Ridge
Sandra Rivera
Heather Roberts
Melissa Rock Billups
Nenoshka Rodriguez
Alicia Rogers
Danielle Rumph
Tonya Sands
Shaquavious Scott
Antoine Sealey

Melinda Sexton
Linda  Shaw
Bonniesue Shevlin
Detrice Simpkins
Jennifer Sinclair
Kayla Skally
Richard Smith Jr.
Andrew Steelman
Tiera Stephenson
Benita Stinson
Desiree Strother
Sharon Tate
Shakira Thomas
Raymond Troetsch
Carla Tyler
Pamela Vales
Ilsa Villa
Sonja Waites
Sha'Kara Walker
Tina Welborn
DeÂ'Ara Welch
Ericka West
Natoya Whitaker-Jones
Duane Williams
Kyana Williams
Tanya Williamson
Rickey Wilson
Marlene Wilson
Tondalaka Wimes
Takisha Wolfe
Deloris Woodley
Tiffany Zirkle

**Exhibit B: Completely Time-Barred Claimants**

Aaron Mcduffie
Abriana Melo
Adam Scallions
Adreco Howze
Alashay Bonds
Aleta Yutzy
Alexandria Kimble
Alonda Hobbs
Amanda Dirschauer
Amanda Hall
Amanda Henderson
Angel Clark
Angela Osborne
Angelo Perry
Anthony Foster
Ashleigh Wilmoth
Aundrea Johnson
Benjamin Murphy
Betty Miller
Beverly Jolivet
Billie Farley
Blair Cooper
Brandon Burwell
Brenda Grainger
Brenda Vasquez
Brian Lott
Bronwyn Sawyer
Candice Johnson
Candis Ballard
Candra Jackson
Carlona Odom
Casey Palmatier
Catrina Ulmer
Chaddrick Moore
Chandra Montgomery
Chantay Taylor
Chaquita Hubbard
Charita Lewis
Charles Ross
Charlotte Daniels
Charlotte Pauly
Chelsea Rowell
Cherie Knott
Cheryl Banks
Cheryl Pitzer

Cheryl Richardson
Chris Eldridge
Christane Poe
Christina Lewis
Christopher Kilburn
Christopher Riels
Clarissa Richardson
Corey Jenkins
Cornelius Wyatt
Cory Bradley
Crystal Tress
Cynthia Higdon
Cynthia Yazzie
Daisey Mccarter
Daisy Rochester
Dampier Austin
Daneesha Elliott
Danesha Curry
Danielle Moss
Darrell Lowe
Dasha Gamble
David Iacona
Davon Bolden
Debby Belland
Deborah Ritchey
Deidre Rhymes
Delisa Birdsong
Dennis Withers
Derick Bailey
Devyn Hollaman
Dianne Pringle
Dimitrius Lee
Dominique Robinson
Donetria Bradley
Donna Roberts
Dontasha Mckenzie
Dreu Jones
Earlean Taylor
Edward Raab
Eliza Bankhead
Elizabeth Smith
Elizabeth Thomas
Ellen Butler
Erica Favella
Erika Jackson
Essence Craig

Evet Allen
Francisco Nunez
Geneka Ricks
Grayland Mitchell
Greta Johnson
Heather Brewer
Heather Fama
Heidi Jones
Heidi Smiley
Ieasha Jones
India Daigs
Isaac Davis
Iyana Nichols
Jacque Blackman
Jacquelyn Long
Jakezia Cobb
James Mack
James Novick
Jamie Jackson
Jamie Moore
Jasmine Hamilton
Jeannette Hayes Leaf
Jennifer Brown
Jennifer Guevara
Jennifer Jolley
Jennifer Shell
Jennifer Walliser
Jeremy Everett
Jerima Baynes
Jessica Polzin
Jessica Weinkauf
Jessie Aldridge
Joe Taylor Jr
John Rein-Deforge
Joniqua Lee
Joshua Curley
Joshua Jones
Joshua Niedfeldt
Jozeder Wheeler
Judith Tally
Julie Ramos
Justine Bartlett
Kaitlin French
Kanisha Clark
Kara Alsup
Kareem Rush

Karima Ferguson
Kathy Coffey
Kelli Patterson
Kenneth Holtzapple
Kenneth Thomas
Khadjah Stafford
Kiera Johnson
Kimberly Baidas
Kimberly Bergeron
Kisha Hubbard
Kristina Williams
Kristy Borst
Krystal Ashline
Lakesha Billings
Lakisha Davis
Lakisha Williams
Lakisha Woods
Laquita Leigh
Larry White
Lashawn Dejean
Lashonna Jenkins
Latoya Goodman
Latoya Jefferson
Latoya Mayo
Laural Mathis
Lavonda Lee
Liana Elam
Ligita Barnett
Lisa Arrington
Lisa Edwards
Lisa Muncie
Lydia Rogers
Madlyen Cook
Marcia Moore
Margarita Torres
Maria Olguin
Marie Medina
Marquitta Moye
Maryia Morton
Mayra Delgado
Mayra Diaz
Megan Amati
Meghan Gramling
Melissa Adams
Melissa Yarbrough
Melvin Burcham

Melvin Wells
Miami Scaggs
Michael Madden
Michaela Anderson
Michelle Bellavita
Michelle Gillespie
Michelle Northern
Milagros Colon
Miles Clayton
Misty Soudelier
Miyisha Mcnealy
Mohammad Shoaib
Monica Carter
Monique Cruse
Morgan Browne
Nakeisha Blackwell
Nancy Meche
Natlee Wheeler
Nena Bickham
Nichole Stevens
Nicole Roberts
Nonya Smith
Octavia Berry
Pamela Morgan
Pamela Webber
Paris Jackson
Pateria Washington
Patricia Godfrey
Patricia Spencer
Paula Arrington
Peonka Hall
Phyllis Jefferson
Portia Neal
Rachael Boivin
Raelynne Franklin
Ramello Brown
Rhonda Burdett
Rikki Clifford
Robert Nailon
Robert Russell
Rodney Rindahl
Rodney Warne
Ronnie Sykes
Rosalind Brooks
Sabrina Collier
Samantha Stowman

Sandra Eastman
Sandra Edmonds
Sandra Romero
Saneice Chandler
Santana Turner
Sarah Johnson
Sasha Valle
Sequoia Carroll
Shakira Henry
Shannon Diaz
Shannon Paquette
Shannon Walker
Shaquita Griffin
Sharon Greeley
Sharrie Stanley
Shayna Wright
Shelly Leblanc
Sheneka Williams
Stacey Ford
Stacey Louis
Stephanie Salisbury
Steven Counts
Susan Jordan
Tamara Skinner
Tanisha Gilbert
Tannis Starkey
Taurean James
Temika Rafford
Teresa Baker
Terrel Thompson
Theresa Gant
Tiana Rivera
Tiffany Fitzgerald
Tiffany Kirby
Tiffany Stephens
Tikiko Newsome
Timothy Jackson
Tina Bills
Tina Lewis
Tionna Young
Tracy Tolliver
Trina Peterson
Trista Silver
Vanessa Elliiott
Veronica Martinez
Vicky Dematteo

Victoria Handy
Vonquita Waters
Wayne Morris
Wendy Goff
Wendy Wilson
Wilanna Taylor
Willie Mosley
Xavier Gonzalez
Yolanda Smith
Yonte Tucker
Yvette Salmeron
Zena Reagins

**Exhibit C: Claimants With No Arbitration Agreement or JAMS Agreement**

Tamara Adams
Jessie Aldridge
Amari Allen
James Anderson
Alicia Arista
Megan Ashinhurst
Noemi Aviles
Sabrina Avina
Amanda Bacha
Courtney Baker
Alyssa Baker
Kalilah Bandy
Eliza Bankhead
Sharris Bannister
Amber Barlow
Jerome Barnes
Shannon Barrett
Christina Bass
Dana Bates
Sheri Bates
Kiera Beach
Kella Bean
Steven Beatty
Bette Bell
Paula Bergman
Lisa Black
Danielle Blaine
Joseph Blanchette
Wendy Blaney
Anna Blunt
Mona Bolston
Diana Bounds
Courtney Bourque
Mary Brand
Jeffrey Branson
Shayvonne Brooks
Jennifer Brown
Sade Brown
Octavia Brown
Kalieah Brown
Deana Brown
Crystal Brown
Danelle Caple
Joyce Carlile
Kimberly Carpenter

Kelly Carroll
Marcia Caston
Thomas Cerda
Anita Chavis
Celina Clark
Malynda Clark
Karissa Clemens
Kayla Clemons
Melonie Collazo
Anna Collier
Stacie Collins
Isaac Conner
Stacymae Cooper
Blair Cooper
Daniel Craig
Felipe Cruz
Alexandra Cuevas
Tracie Cumbest
Kimberly Davenport
Lakisha Davis
Courtney Davis
Isaac Davis
Stephanie Davis
Theodora Davis
John Dempsey
Teodoro Diaz
Ashley Dixon
Elena Dixon
Tawanna Doolittle
Leslie Doores
Crystalynn Doucette
James Doyle
Shondra Dunn
Alicia Dunning
Brandin Edwards
Jehremy Eilts
Liana Elam
Brenda Eldridge
Tamie Eldridge
Amanda Evans
Kenyoula Fant
Linda Farrell
Teresa Fisk
Corey Flowers
Kimberly Frierson
Gary Frisinger

Dasha Gamble
Myra Garcia
Howard Gibson
Brenda Goodman
Amy Graw
Nakiya Greene
Carlotta Guadalupe
Roxanne Hamilton
Shanequa Harris
Tamia Harris
Keya Harris
Damisha Harris
Markeesa Heard
Kathie Hefeneider
Christopher Hernandez
Chassity Hickman
Brandi Holland
Lori Horton
Christina Howland
Jaquise Hudson
Melody Hughes
Amanda Hunt
Latissa Hunter
Keith Isler
Derika Jackson
Shanterrica Jackson
Rhonda Jarrett
Kyle Jarvis
Corey Jenkins
Lori Jerovetz
Misty Johnson
Kelly Johnson
Ebony Johnson
Cordaryl Johnson
Alfred Johnson
Kiera Johnson
Carla Johnson
Victoria Johnson
Shenitha Jones
Richard Joslin
Lakendra Joyner
Antonio Julius
Janna Kern
Alexandria Kimble
Juvon Knox
Michelle Lavender

Shelly Leblanc
Lavonda Lee
Madeline Lee
Jody Lehman
Amy Lemasters
Robin Lemcool
Charles Lightell
Gregory Lingerfelt
Dawn Littlechild
Stacey Louis
Jasmine Lovett-Arnold
Deborah Lynn
Kelly Maddox
Shauntrae Marley
Cheryl Mason
Denny Matos
Taela Mattson
Terry Mcclennon
Lakia Mcculler
Tabitha Mccurdy
Rebeka Mcdaniel
Devon Mciver
Shaniqua Mckinney
Susan Mcknight
Robert Mendez
Tomika Mickles
Angela Miller
Jeneba Miller-Dyer
Samantha Mister
Lorie Mitchell
Sherrell Mitchell
Grayland Mitchell
Christopher Moore
Carmen Murphy
Lakesha Nelson
Crystal Newton
Iyana Nichols
Danielle Nicholson
Yvette Nixon
Sheena Norman
Melissa Nutter
Joylynn O'Brien
Reasia Omar
Minta O-Neal
Jeanette Owens
Rosa Pacheco

Bobbi Percy
Jennifer Perkins
Jaquanese Peters
Heather Phillips
Carrie Pierce
Mankisha Pike
Amber Pike
Angela Price
Otawah Price
Michelle Pushee
Amy Queen
Precious Queen
Sheila Rachal
Carla Reeder
Erica Reyes
Kari Reyes
Ternesca Richey
Damaris Rivera
Tera Rivera
Doneshia Roberson
Zoraida Rojo
Chelsea Rowell
Kerry Sam
Chris Samuels
Chad Schreiber
Chastity Sexton
Rachel Shields
Sierra Smith
Caprice Smith
Jamese Spencer
Kathryn Stevens
Lakesha Stuckey
Sama Sumbunu
Julie Sweener
Amanda Szyszkowski
Tommie Taber
Sara Talbot
Earlean Taylor
Tamir Taylor Sr
Terrance Thomas
Kenneth Thomas
Terrel Thompson
Alice Thompson
Ashley Tierney
Simone Todd
Tracy Tolliver

Veronica Torres
Jessi Valencia
Giannisse Vazquez
Alexeus Veal
Heather Wheeler
Jozeder Wheeler
Jalyssa White
Shondra Whitfield
Jason Wicker
Contempris Williams
Jarakeem Williams
Amanda Wilson
Keisha Wilson
Devene Wilson
Wendy Wilson
Grace Zagata

**From:** Beth Berman
**To:** AAA Heather Santo
**Bcc:** William Old; bmiller@seyfarth.com; Elaine Hogan; jschwartz@gibsondunn.com; Jmrdjenovic@gibsondunn.com; JJ Jacobson-Allen; pbannon@seyfarth.com; lporter@littler.com; Sara Rafal; sbehnia@littler.com
**Subject:** RE: Keller Lenkner/Family Dollar arbitration demands
**Date:** Friday, October 18, 2019 12:04:30 PM
**Attachments:** image003.jpg
image005.png
image007.jpg
image009.jpg

---

Ms Santo,

Before I can decide how to respond, I would appreciate you clarifying something for me.

Family Dollar is responsible for paying the filing fees for the demands. As such, the amount of fees and schedule pursuant to which Family Dollar will pay them should have no effect on Keller Lenkner or its claimants. Consequently, I do not understand why the AAA would need or solicit Keller Lenkner's input. Please explain.

Thank you,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**From:** AAA Heather Santo [mailto:heathersanto@adr.org]
**Sent:** Friday, October 18, 2019 11:40 AM
**To:** Beth Berman <bberman@dollartree.com>
**Subject:** RE: Keller Lenkner/Family Dollar arbitration demands

Dear Ms. Berman,

Thank you for your letter. As a neutral administrative agency that must consider the positions of all involved parties, the AAA will share your letter, dated October 16, 2019, with the opposing counsel and request their comments. If you prefer to communicate Family Dollar's position to AAA with a copy to the opposing counsel, please let me know by end of day Monday, October 21, 2019. A response from AAA will be issued only after we have considered the positions of both parties.

Sincerely,
Heather Santo

Logo

**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703 F: 401 435 6529 E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Wednesday, October 16, 2019 11:52 AM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Subject:** Keller Lenkner/Family Dollar arbitration demands

*** External E-Mail – Use Caution ***

Please see attached correspondence

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.

**From:** Beth Berman
**To:** AAA Heather Santo
**Cc:** Warren Postman; Sean Duddy; Elaine Hogan; Sara Rafal
**Bcc:** William Old; bmiller@seyfarth.com; jschwartz@gibsondunn.com; Jmrdjenovic@gibsondunn.com; JJ Jacobson-Allen; pbannon@seyfarth.com; lporter@littler.com; sbehnia@littler.com
**Subject:** Keller Lenkner arbitration demands
**Date:** Friday, October 25, 2019 1:17:28 PM
**Attachments:** image003.jpg

---

Ms. Santo,

For all the reasons in our previous correspondence, Family Dollar continues to believe all the Keller Lenkner filed demands for arbitration are deficient and fail to comply with AAA's rules. As of today, we do not know the factual basis for any claimant's claim and thus have no ability to investigate. Moreover, the AAA demand form requires that the claimant "describe the nature of each claim" "[i]n detail." Stating the bare legal elements of a claim does not suffice. Under Keller Lenkner's reasoning, it would suffice to simply state the statute under which one is alleging claims. Accepting that as sufficient greatly reduces the efficiency of arbitration proceedings. We urge you to have the Administrative Review Council consider the parties' respective positions before issuing any invoices.

Even if AAA ultimately concludes that some or all of the demands are compliant with AAA's rules, invoicing Family Dollar now would still be premature. Just two days ago, Family Dollar sent settlement offers to hundreds of claimants. The offers were for the full amount in controversy as set forth on the amended demands and included additional sums for attorneys' fees. Keller Lenkner failed to mention those offers in its October 24, 2019, correspondence to AAA. Those claimants appear on Exhibit B to that correspondence. Since there is no logical or good faith reason for claimants to reject an offer that makes them fully whole according to their own demands, the claimants should be afforded reasonable time to consider the offers before AAA moves forward with their demands.

Additionally, Keller Lenkner asked AAA to invoice Family Dollar for claimants who never worked for Family Dollar. Family Dollar provided the list of additional claimants it could not identify to Keller Lenkner weeks ago; yet Keller Lenkner provided **no** additional identifying information until last night. We continue to believe that a large number of those people did not work for Family Dollar but we must be given time to confer with Keller Lenkner on this matter. Furthermore, even if Family Dollar finds that some of the claimants worked for it, they may not have AAA arbitration agreements, they may be barred by the applicable statute of limitations, etc. Therefore, it would be wholly inappropriate to invoice Family Dollar for any of the claimants on Exhibit A to Keller Lenkner's October 24th correspondence, including Tab (i), and at least 100 claimants on Exhibit B until Family Dollar has had time to research those individuals.

In summary, while Family Dollar believes and submits AAA should find all the demands are materially deficient, if AAA finds otherwise Family Dollar still should not be required or even asked to pay fees at this time for anyone whom it has not

identified as a past or present employee or to whom it has extended settlement offers for the full amount in controversy.

Sincerely,

Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA  23320
Direct Dial:  (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com



**From:** Beth Berman
**To:** AAA Heather Santo
**Cc:** Warren Postman; Sara Rafal; Elaine Hogan
**Bcc:** William Old; bmiller@seyfarth.com; Bennett.Borden@dbr.com; jschwartz@gibsondunn.com; Jmrdjenovic@gibsondunn.com; JJ Jacobson-Allen; pbannon@seyfarth.com; lporter@littler.com; sbehnia@littler.com
**Subject:** Arbitration billing
**Date:** Saturday, November 2, 2019 5:33:42 PM
**Attachments:** image002.jpg

---

Ms. Santo,

In your correspondence dated October 29, 2019, you stated that AAA was billing Family Dollar $2,200 for each of the 1209 cases that Keller Lenkner directed you to proceed with. You further stated that AAA would accept a $600 non-refundable fee in lieu of the $2,200 for each of those cases that the parties agree to put on hold while they engage in settlement discussions.

Family Dollar's arbitration agreement specifically provides that arbitration is commenced by a claimant filing his/her demand with Family Dollar. There is no provision in the Family Dollar agreement that permits the commencement of arbitration by a claimant filing his/her demand directly with AAA. Since the inception of Family Dollar's arbitration program in 2013, the consistent practice has been that an employee claimant file his/her demand with Family Dollar, not AAA. That has allowed Family Dollar to determine whether a matter even belongs in arbitration i.e., whether the claimant worked for Family Dollar, signed an arbitration agreement, etc. The procedure has also permitted the parties to engage in settlement discussions when appropriate. All this has allowed the parties to resolve disputes without involving AAA. It is only after the parties' attempt to resolve a matter was unsuccessful that a demand has been filed with AAA. In those instances, Family Dollar, not the claimant, has forwarded the demand, copy of the arbitration agreement and fee payment to AAA.

That did not occur here. Instead, Keller Lenkner filed demands directly with AAA at approximately the same time it filed its demands with Family Dollar in contravention of the arbitration agreement. Family Dollar has not sent any of those demands to AAA; as it is engaged in working through each of the demands to see which claims might be resolved without AAA's involvement. In fact and as you are aware, Family Dollar has identified numerous claimants who did not work for it, do not have agreements to arbitrate with AAA, etc. As you are also aware, Family Dollar has extended settlement offers to almost 300 claimants and is in the process of preparing settlement offers to additional claimants. Thus, any work that AAA has done in connection with the demands filed by Keller Lenkner was premature and not in accordance with Family Dollar's arbitration agreement. Accordingly, while Family Dollar is prepared to pay the requisite filing fee for those demands that go forward with arbitration, in keeping with the terms of its arbitration agreement, it believes there is no basis for AAA assessing a $600 filing fee for those cases that do not move forward.

Sincerely,

Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA  23320
Direct Dial:  (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com



**From:** AAA Patrick Tatum
**To:** Beth Berman; Warren Postman; Sean Duddy; Sara Rafal; Elaine Hogan
**Cc:** AAA Heather Santo; AAA Patrick Tatum; Patrick Tatum
**Subject:** FW: Arbitration billing
**Date:** Monday, November 11, 2019 3:35:39 PM
**Attachments:** image010.png
image011.jpg
image012.jpg
image004.jpg
image005.png
image006.jpg
image0e7939.PNG
imaged24b89.JPG

---

Dear Counsel,

Respondent's email has been brought to my attention for review and response. I have reviewed the case correspondence in these matters.

In regards to the issues raised pertaining to filing requirements, including issues of arbitrability, and the number of arbitrations proceeding, the AAA addressed these issues in prior communications dated October 3, 2019; October 11, 2019; October 25, 2019 and October 29, 2019. The AAA did determine that the minimum administrative filing requirements, pursuant to Rule 4 of the Employment Arbitration Rules, have been met.
Cases are not submitted to the Administrative Review Counsel (ARC) until the filing fees have been paid. Once the administrative fees have been submitted we then determine whether or not a case is put before the Administrative Review Counsel (ARC).
Inasmuch as the initial 970 individual arbitration filings were submitted to AAA on July 19, 2019, the Employment/Workplace Group Administrative Filing Fee Schedule, effective November 1, 2019**,** is not applicable.
As previously advised, if we do not receive Respondent's initial filing fees by tomorrow we will close our files and we may decline to administer any future employment disputes involving Respondent due to non-compliance with our request to pay the requisite fees.
Sincerely,

Patrick Tatum

**AAA Patrick Tatum**
**Vice President**

American Arbitration Association

T: 559 490 1905 F: 855 270 8400 E: patricktatum@adr.org
45 E River Park Place W, Suite 308, Fresno, CA 93720
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Monday, November 11, 2019 12:45 PM
**To:** AAA Heather Santo <heathersanto@adr.org>; Warren Postman <wdp@kellerlenkner.com>
**Cc:** Sean Duddy <skd@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** RE: Arbitration billing

***** External E-Mail – Use Caution *****

Ms. Santo,

We again disagree that the minimum administrative filing requirements have been met. We request that any such determination be made by AAA's Administrative Review Council (or a higher authority) since one of its purposes is to resolve issues related to: "whether the filing requirements contained in the AAA Rules have been met." It does not appear that the Council engaged in any review of the Keller Lenkner Demands and no explanation as to how the Demands were determined to have met the filing requirements has been provided by AAA.

We continue to believe the filings are defective.  For example, Rule 4. b. (i)(1) states, "The filing shall . . . include the applicable arbitration agreement."  That requirement is not merely *pro forma* but rather has important legal significance.  None of the Keller Lenkner Demands included the applicable arbitration agreement.  Yet, you determined those Demands compliant and billed Family Dollar for more than one hundred Demands sent in the names of people who are not subject to agreements to arbitrate with AAA.  Without an agreement to arbitrate, there is no legal basis for Demands to go forward at AAA or for AAA to bill Family Dollar.  And yet, you found those Demands compliant and billed Family Dollar for them.

Billing Family Dollar based on whatever list Keller Lenkner told you to use suggests improper deference when, for example, more than one hundred of the individuals are subject to no arbitration agreement or are subject to arbitration with JAMS and not AAA.  AAA appears to be taking direction from Claimants' counsel regarding when and how much Family Dollar should be billed.

Because almost 2,000 Demands were sent to you in short order and NONE of them met the requirements of AAA's rules – they did not contain an amount in controversy, did not have arbitration agreements attached, etc. and did not meet the requirements of the Family Dollar arbitration agreement as explained below, Family Dollar has had to pursue an arduous process to sort through the Demands and its records to determine whether the Claimants should be before AAA.  As a result of Family Dollar's efforts, fully one-third of the Demands initially sent by Keller Lenkner have been withdrawn due to fatal flaws.  In the face of Keller Lenkner's flawed demands, you required payment of more than $2,000,000– first by October 24, then by November 12, as the lists provided by Keller Lenkner changed (they changed again just this past Friday night).

You are trying to bill Family Dollar for arbitrations when the Claimants keep changing.  If the arbitrations met the filing requirements, then the list of Claimants would remain true or, if and when it changed, AAA would not simply insist on immediate payment as instructed by Claimants' counsel. (As an aside, the latest list sent by Keller Lenkner continues to identify Claimants who may not proceed against Family Dollar.)

Finally, on November 1, 2019, AAA published a revised filing fee schedule.  One that provides for "Group" filings with an initial filing fee of $400 per Demand, not the $2,200 upon which you are insisting.  When we first spoke, you acknowledged that AAA was coming out with a new fee schedule.  Since the Group filing fee is now in place, the logical neutral thing to do is to charge Family Dollar that filing fee rather than have Family Dollar pay a higher fee.  In any event, Family Dollar believes the revised filing fee is the applicable filing fee since compliant Demands have not yet been filed and Keller Lenkner's list of Claimants changed as recently as November 8, 2019 – after the revised fee schedule was published.

Let me reiterate, Family Dollar fully intends to comply with its arbitration agreements and honor its obligations.  It requests that the AAA do the same.  Please forward the Demands to the Council (or higher authority) for an evaluation.  Once a determination is made as to whether the Demands are compliant, Family Dollar requests an explanation of the determination.  After a determination is made, Family Dollar requests that AAA process the Demands in the manner required by Family Dollar's arbitration agreement.

Sincerely,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA  23320
Direct Dial:  (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com



**From:** AAA Heather Santo [mailto:heathersanto@adr.org]
**Sent:** Friday, November 08, 2019 12:11 PM
**To:** Warren Postman <wdp@kellerlenkner.com>; Beth Berman <bberman@dollartree.com>
**Cc:** Sean Duddy <skd@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** RE: Arbitration billing

Dear Counsel:

This will acknowledge receipt of Claimants' email below.

We have determined that Claimants have met their minimum administrative filing requirements.

This will confirm that AAA received the initial 970 filings on July 19, 2019. We then became aware the parties scheduled a mediation session, outside of AAA, for September 17, 2019. We determined we would not require payment of our fees in order to hold these matters while the parties entered settlement negotiations. We were advised that the mediation was unsuccessful and an additional 992 cases were filed on September 20, 2019.

AAA maintained all filings without requiring fees for those cases being reviewed further by the parties and set a fee of $600 for those matters which the parties agree to put on hold pending settlement discussions.

If the parties are not able to reach an agreement to place these matters on hold and pay the $600 fee, the filing fee in the amount of $2,200 for the established 1,209 cases remains due by November 12, 2019. If we do not receive Respondent's payment by November 12, 2019, we will decline to administer these matters and close our files.

Please be advised that pursuant to AAA policy, if Respondent does not comply with our request to pay the requisite administrative fees, we may decline to administer any future employment disputes involving this company.

Sincerely,

Heather Santo

**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703 F: 401 435 6529 E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Sent:** Wednesday, November 6, 2019 4:26 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Cc:** Beth Berman <bberman@dollartree.com>; Sean Duddy <skd@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** RE: Arbitration billing

***** External E-Mail – Use Caution *****

Ms. Santo:

The parties engaged in a global mediation before Keller Lenkner asked any arbitrations to move forward, so contrary to Ms. Berman's assertion, Family Dollar has had ample time to explore settlement options. Moreover, the settlement offers that Ms. Berman references expire today. We expect somewhere around 100 clients will accept their offers and we will of course withdraw the demands of any clients who accept a settlement offer before the November 11 deadline for Family Dollar to pay filing fees.

For those clients who do not accept settlement offers before November 11, we expect to move ahead with arbitration. We do not anticipate that the parties will agree to place any of the cases for which Family Dollar has been invoiced on indefinite hold while having settlement discussions. The question of what should happen in that situation therefore appears to be academic at this

point.

Best,

**Warren D. Postman**
Partner
Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749 8334 | Website | Email

---

**From:** AAA Heather Santo <heathersanto@adr.org>
**Sent:** Monday, November 4, 2019 1:20 PM
**To:** Beth Berman <bberman@dollartree.com>
**Cc:** Warren Postman <wdp@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** RE: Arbitration billing

Dear Counsel,

This will acknowledge receipt of Respondent's email dated November 2, 2019. We ask Claimants to provide their comments by November 6, 2019.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Heather Santo

**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703 F: 401 435 6529 E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Saturday, November 2, 2019 5:34 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Cc:** Warren Postman <wdp@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** Arbitration billing

***** External E-Mail – Use Caution *****

Ms. Santo,

In your correspondence dated October 29, 2019, you stated that AAA was billing Family Dollar $2,200 for each of the 1209 cases that Keller Lenkner directed you to proceed with. You further stated that AAA would accept a $600 non-refundable fee in lieu of the $2,200 for each of those cases that the parties agree to put on hold while they engage in settlement discussions.

Family Dollar's arbitration agreement specifically provides that arbitration is commenced by a claimant filing his/her demand with Family Dollar. There is no provision in the Family Dollar agreement that permits the commencement of arbitration by a claimant filing his/her demand directly with AAA. Since the inception of Family Dollar's arbitration program in 2013, the consistent practice has been that an employee claimant file his/her demand with Family Dollar, not AAA. That has allowed Family Dollar to determine whether a matter

even belongs in arbitration i.e., whether the claimant worked for Family Dollar, signed an arbitration agreement, etc. The procedure has also permitted the parties to engage in settlement discussions when appropriate. All this has allowed the parties to resolve disputes without involving AAA. It is only after the parties' attempt to resolve a matter was unsuccessful that a demand has been filed with AAA. In those instances, Family Dollar, not the claimant, has forwarded the demand, copy of the arbitration agreement and fee payment to AAA.

That did not occur here. Instead, Keller Lenkner filed demands directly with AAA at approximately the same time it filed its demands with Family Dollar in contravention of the arbitration agreement. Family Dollar has not sent any of those demands to AAA; as it is engaged in working through each of the demands to see which claims might be resolved without AAA's involvement. In fact and as you are aware, Family Dollar has identified numerous claimants who did not work for it, do not have agreements to arbitrate with AAA, etc. As you are also aware, Family Dollar has extended settlement offers to almost 300 claimants and is in the process of preparing settlement offers to additional claimants. Thus, any work that AAA has done in connection with the demands filed by Keller Lenkner was premature and not in accordance with Family Dollar's arbitration agreement. Accordingly, while Family Dollar is prepared to pay the requisite filing fee for those demands that go forward with arbitration, in keeping with the terms of its arbitration agreement, it believes there is no basis for AAA assessing a $600 filing fee for those cases that do not move forward.

Sincerely,
Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.

---

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.

**From:** Beth Berman
**To:** AAA Patrick Tatum; Warren Postman; Sean Duddy; Sara Rafal; Elaine Hogan
**Cc:** AAA Heather Santo; Patrick Tatum
**Bcc:** William Old; bmiller@seyfarth.com; Bennett.Borden@dbr.com; cchapla@gibsondunn.com; jschwartz@gibsondunn.com; Jmrdjenovic@gibsondunn.com; JJ Jacobson-Allen; kdavis@gibsondunn.com; pbannon@seyfarth.com; lporter@littler.com; sbehnia@littler.com
**Subject:** RE: Arbitration billing
**Date:** Thursday, November 14, 2019 3:30:54 PM
**Attachments:** image013.jpg
image014.png
image015.jpg
image016.png
image017.jpg
image018.jpg
image004.jpg
image005.png
image006.jpg

---

Dear Mr. Tatum,

I do not understand the basis for your assertion that filing fees must be paid before a case can be submitted to the Administrative Review Council (ARC). I found nothing in AAA's rules or ARC's guidelines that has such a requirement. ARC's Guidelines state under D. Scope of Authority ". . . The AAA Vice President or Director in charge of the AAA's office where the case is being administered *has the discretion* whether or not to request that the ARC decide if the filing requirements contained in the AAA Rules have been met. . . ."

There is no mention of a fee requirement. Indeed, it is counter intuitive that a non-refundable payment would be required *before* a determination that the filing requirements have been met. Your position, taken to its logical conclusion, means even if ARC determines the filing requirements have not been met the respondent who raised the issue would still be out the filing fee for a matter that could not move forward because it was brought improperly.

We have requested an explanation as to the basis for AAA's determination that the Keller Lenkner demands met AAA's filing requirements and have not received one. We think it is a reasonable request especially given ARC's Review Standards that specify, "The ARC will review the case file and the parties' contentions when making an administrative determination as to whether the Claimant has met the filing requirements contained in the AAA Rules by filing a demand for arbitration *accompanied by an arbitration clause or submission agreement providing for administration by the AAA under its Rules or by naming the AAA as the dispute resolution provider*."

Given that *none* of the demands sent by Keller Lenkner was accompanied by an arbitration agreement; that the requirement that a demand be accompanied by the applicable arbitration agreement is contained in AAA Rule 4; and that it is further specifically called out as an essential component of a demand in ARC's review standards (see above), the Keller Lenkner claimants have not met the minimum filing requirements. Keller Lenkner has presented AAA with NO evidence that its claimants agreed to arbitration before AAA. Indeed, more than a dozen of the claimants on Keller Lenkner's Exhibit B sent to AAA last Friday (November 8), have agreements to arbitrate with JAMS, not AAA.

Accordingly, we again ask that you submit to ARC our request for a determination as to whether the Keller Lenkner demands meet AAA's filing requirements. If you would like us to resubmit our arguments so that they are all in one submission, please advise. We would be happy to do so.

Sincerely,

Beth Hirsch Berman

Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**From:** AAA Patrick Tatum [mailto:patricktatum@adr.org]
**Sent:** Monday, November 11, 2019 3:35 PM
**To:** Beth Berman <bberman@dollartree.com>; Warren Postman <wdp@kellerlenkner.com>; Sean Duddy

<skd@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Cc:** AAA Heather Santo <heathersanto@adr.org>; AAA Patrick Tatum <patricktatum@adr.org>; Patrick Tatum <TatumP@adr.org>
**Subject:** FW: Arbitration billing

Dear Counsel,

Respondent's email has been brought to my attention for review and response. I have reviewed the case correspondence in these matters.

In regards to the issues raised pertaining to filing requirements, including issues of arbitrability, and the number of arbitrations proceeding, the AAA addressed these issues in prior communications dated October 3, 2019; October 11, 2019; October 25, 2019 and October 29, 2019. The AAA did determine that the minimum administrative filing requirements, pursuant to Rule 4 of the Employment Arbitration Rules, have been met.
Cases are not submitted to the Administrative Review Counsel (ARC) until the filing fees have been paid. Once the administrative fees have been submitted we then determine whether or not a case is put before the Administrative Review Counsel (ARC).
Inasmuch as the initial 970 individual arbitration filings were submitted to AAA on July 19, 2019, the Employment/Workplace Group Administrative Filing Fee Schedule, effective November 1, 2019**,** is not applicable.
As previously advised, if we do not receive Respondent's initial filing fees by tomorrow we will close our files and we may decline to administer any future employment disputes involving Respondent due to non-compliance with our request to pay the requisite fees.
Sincerely,

Patrick Tatum

Logo

**AAA Patrick Tatum**
**Vice President**

American Arbitration Association

T: 559 490 1905 F: 855 270 8400 E: patricktatum@adr.org
45 E River Park Place W, Suite 308, Fresno, CA 93720
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Monday, November 11, 2019 12:45 PM
**To:** AAA Heather Santo <heathersanto@adr.org>; Warren Postman <wdp@kellerlenkner.com>
**Cc:** Sean Duddy <skd@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** RE: Arbitration billing

***** External E-Mail – Use Caution *****

Ms. Santo,

We again disagree that the minimum administrative filing requirements have been met. We request that any such determination be made by AAA's Administrative Review Council (or a higher authority) since one of its purposes is to resolve issues related to: "whether the filing requirements contained in the AAA Rules have been met." It does not appear that the Council engaged in any review of the Keller Lenkner Demands and no explanation as to how the Demands were determined to have met the filing requirements has been provided by AAA.

We continue to believe the filings are defective. For example, Rule 4. b. (i)(1) states, "The filing shall . . . include the applicable arbitration agreement." That requirement is not merely *pro forma* but rather has important legal significance. None of the Keller Lenkner Demands included the applicable arbitration agreement. Yet, you determined those Demands compliant and billed Family Dollar for more than one hundred Demands sent in the names of people who are not subject to agreements to arbitrate with AAA. Without an agreement to arbitrate, there is no legal basis for

Demands to go forward at AAA or for AAA to bill Family Dollar.  And yet, you found those Demands compliant and billed Family Dollar for them.

Billing Family Dollar based on whatever list Keller Lenkner told you to use suggests improper deference when, for example, more than one hundred of the individuals are subject to no arbitration agreement or are subject to arbitration with JAMS and not AAA.  AAA appears to be taking direction from Claimants' counsel regarding when and how much Family Dollar should be billed.

Because almost 2,000 Demands were sent to you in short order and NONE of them met the requirements of AAA's rules – they did not contain an amount in controversy, did not have arbitration agreements attached, etc. and did not meet the requirements of the Family Dollar arbitration agreement as explained below, Family Dollar has had to pursue an arduous process to sort through the Demands and its records to determine whether the Claimants should be before AAA.  As a result of Family Dollar's efforts, fully one-third of the Demands initially sent by Keller Lenkner have been withdrawn due to fatal flaws.  In the face of Keller Lenkner's flawed demands, you required payment of more than $2,000,000– first by October 24, then by November 12, as the lists provided by Keller Lenkner changed (they changed again just this past Friday night).

You are trying to bill Family Dollar for arbitrations when the Claimants keep changing.  If the arbitrations met the filing requirements, then the list of Claimants would remain true or, if and when it changed, AAA would not simply insist on immediate payment as instructed by Claimants' counsel. (As an aside, the latest list sent by Keller Lenkner continues to identify Claimants who may not proceed against Family Dollar.)

Finally, on November 1, 2019, AAA published a revised filing fee schedule.  One that provides for "Group" filings with an initial filing fee of $400 per Demand, not the $2,200 upon which you are insisting.  When we first spoke, you acknowledged that AAA was coming out with a new fee schedule.  Since the Group filing fee is now in place, the logical neutral thing to do is to charge Family Dollar that filing fee rather than have Family Dollar pay a higher fee.  In any event, Family Dollar believes the revised filing fee is the applicable filing fee since compliant Demands have not yet been filed and Keller Lenkner's list of Claimants changed as recently as November 8, 2019 – after the revised fee schedule was published.

Let me reiterate, Family Dollar fully intends to comply with its arbitration agreements and honor its obligations.  It requests that the AAA do the same.  Please forward the Demands to the Council (or higher authority) for an evaluation.  Once a determination is made as to whether the Demands are compliant, Family Dollar requests an explanation of the determination.  After a determination is made, Family Dollar requests that AAA process the Demands in the manner required by Family Dollar's arbitration agreement.

Sincerely,
Beth Hirsch Berman


Respectfully,
Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA  23320
Direct Dial:  (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com



---

**From:** AAA Heather Santo [mailto:heathersanto@adr.org]
**Sent:** Friday, November 08, 2019 12:11 PM
**To:** Warren Postman <wdp@kellerlenkner.com>; Beth Berman <bberman@dollartree.com>
**Cc:** Sean Duddy <skd@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** RE: Arbitration billing

Dear Counsel:

This will acknowledge receipt of Claimants' email below.

We have determined that Claimants have met their minimum administrative filing requirements.

This will confirm that AAA received the initial 970 filings on July 19, 2019. We then became aware the parties scheduled a mediation session, outside of AAA, for September 17, 2019. We determined we would not require payment of our fees in order to hold these matters while the parties entered settlement negotiations. We were advised that the mediation was unsuccessful and an additional 992 cases were filed on September 20, 2019.

AAA maintained all filings without requiring fees for those cases being reviewed further by the parties and set a fee of $600 for those matters which the parties agree to put on hold pending settlement discussions.

If the parties are not able to reach an agreement to place these matters on hold and pay the $600 fee, the filing fee in the amount of $2,200 for the established 1,209 cases remains due by November 12, 2019. If we do not receive Respondent's payment by November 12, 2019, we will decline to administer these matters and close our files.

Please be advised that pursuant to AAA policy, if Respondent does not comply with our request to pay the requisite administrative fees, we may decline to administer any future employment disputes involving this company.

Sincerely,

Heather Santo

Logo

**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703 F: 401 435 6529 E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org

**The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Sent:** Wednesday, November 6, 2019 4:26 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Cc:** Beth Berman <bberman@dollartree.com>; Sean Duddy <skd@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** RE: Arbitration billing

***** External E-Mail – Use Caution *****

Ms. Santo:

The parties engaged in a global mediation before Keller Lenkner asked any arbitrations to move forward, so contrary to Ms. Berman's assertion, Family Dollar has had ample time to explore settlement options. Moreover, the settlement offers that Ms. Berman references expire today. We expect somewhere around 100 clients will accept their offers and we will of course withdraw the demands of any clients who accept a settlement offer before the November 11 deadline for Family Dollar to pay filing fees.

For those clients who do not accept settlement offers before November 11, we expect to move ahead with arbitration. We do not anticipate that the parties will agree to place any of the cases for which Family Dollar has been invoiced on indefinite hold while having settlement discussions. The question of what should happen in that situation therefore appears to be academic at this point.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749 8334 | Website | Email

**From:** AAA Heather Santo <heathersanto@adr.org>
**Sent:** Monday, November 4, 2019 1:20 PM
**To:** Beth Berman <bberman@dollartree.com>
**Cc:** Warren Postman <wdp@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** RE: Arbitration billing

Dear Counsel,

This will acknowledge receipt of Respondent's email dated November 2, 2019. We ask Claimants to provide their comments by November 6, 2019.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Heather Santo

Logo

**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703 F: 401 435 6529 E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Beth Berman <bberman@dollartree.com>
**Sent:** Saturday, November 2, 2019 5:34 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Cc:** Warren Postman <wdp@kellerlenkner.com>; Sara Rafal <srafal@dollartree.com>; Elaine Hogan <ehogan2@dollartree.com>
**Subject:** Arbitration billing

***** External E-Mail – Use Caution *****

Ms. Santo,

In your correspondence dated October 29, 2019, you stated that AAA was billing Family Dollar $2,200 for each of the 1209 cases that Keller Lenkner directed you to proceed with. You further stated that AAA would accept a $600 non-refundable fee in lieu of the $2,200 for each of those cases that the parties agree to put on hold while they engage in settlement discussions.

Family Dollar's arbitration agreement specifically provides that arbitration is commenced by a claimant filing his/her demand with Family Dollar. There is no provision in the Family Dollar agreement that permits the commencement of arbitration by a claimant filing his/her demand directly with AAA. Since the inception of Family Dollar's arbitration program in 2013, the consistent practice has been that an employee claimant file his/her demand with Family Dollar, not AAA. That has allowed Family Dollar to determine whether a matter even belongs in arbitration i.e., whether the claimant worked for Family Dollar, signed an arbitration agreement, etc. The procedure has also permitted the parties to engage in settlement discussions when appropriate. All this has allowed the parties to resolve disputes without involving AAA. It is only after the parties' attempt to resolve a matter was unsuccessful that a demand has been filed with AAA. In those instances, Family Dollar, not the claimant, has forwarded the demand, copy of the arbitration agreement and fee payment to AAA.

That did not occur here. Instead, Keller Lenkner filed demands directly with AAA at approximately the same time it filed its demands with Family Dollar in contravention of the arbitration agreement. Family Dollar has not sent any of those demands to AAA; as it is engaged in working through each of the demands to see which claims might be resolved without AAA's involvement. In fact and as you are aware, Family Dollar has identified numerous claimants who did not work for it, do not have agreements to arbitrate with AAA, etc. As you are also aware, Family Dollar has extended settlement offers to almost 300 claimants and is in the process of preparing settlement offers to additional claimants. Thus, any work that AAA has done in connection with the demands filed by Keller Lenkner was premature and not in accordance with Family Dollar's arbitration agreement. Accordingly, while Family Dollar is prepared to pay the requisite filing fee for those demands that go forward with arbitration, in keeping with the terms of its arbitration agreement, it believes there is no basis for AAA assessing a $600 filing fee for those cases that do not move forward.

Sincerely,
Beth Hirsch Berman

Respectfully,

Beth Hirsch Berman
Deputy General Counsel, Litigation
Dollar Tree
500 Volvo Parkway
Chesapeake, VA 23320
Direct Dial: (757) 321-5966
Fax Number: (757) 321-5949
bberman@dollartree.com

---

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.

---

**PRIVILEGE AND CONFIDENTIALITY NOTICE: The information in this e-mail is intended for the named recipient(s) only. This e-mail may contain confidential, proprietary or privileged information. If you are not an intended recipient, please advise by return e-mail and delete immediately without reading, printing, or forwarding to others.