# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **FAMILY DOLLAR, INC.,** § | |
| § | |
| *Plaintiff/Counterclaim Defendant,* § | |
| § | |
| v. § | Case No. 2:20-cv-248-AWA-RJK |
| § | |
| **AMERICAN ARBITRATION** § | |
| **ASSOCIATION, INC.,** § | |
| § | |
| *Defendant/Counterclaim Plaintiff.* § | |

## RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim Defendant Family Dollar, Inc. ("Family Dollar") and Defendant/Counterclaim Plaintiff American Arbitration Association, Inc. ("AAA," collectively, the "Parties"), hereby stipulate to the dismissal with prejudice of Family Dollar's Complaint and AAA's Counterclaim, without an award of fees or costs to any party. The Parties further stipulate and agree that, pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court shall maintain jurisdiction of this matter for the purposes of enforcing the Parties' settlement agreement.

Dated: December 4, 2020                                             Respectfully Submitted,

/s/ Wendy C. McGraw (*with permission*)      /s/ Alison Wickizer Toepp
Lewis F. Powell III (VSB No. 18266)     Alison Wickizer Toepp (VSB No. 75564)
Michael R. Shebelskie (VSB No. 27459)     S. Miles Dumville (VSB No. 15748)
HUNTON ANDREWS KURTH LLP     REED SMITH LLP
951 E. Byrd Street     Riverfront Plaza – West Tower
Richmond, Virginia 23219     901 East Byrd Street, Suite 1900
Telephone: (804) 788-8200;     Richmond, Virginia 23219
Fax: (804) 788-8218     Telephone: (804) 344-3400
lpowell@HuntonAK.com     Facsimile: (804) 344-3410
mshebelskie@HuntonAK.com     atoepp@reedsmith.com
    smdumville@reedsmith.com

Wendy C. McGraw (VSB No. 37880)
HUNTON ANDREWS KURTH LLP     *Counsel for American Arbitration*
500 E. Main Street, Suite 1301     *Association, Inc*.
Norfolk, Virginia 23510
Telephone: (757) 640-5300;
Fax: (757) 625-7720
wmcgraw@HuntonAK.com

*Counsel for Family Dollar, Inc*.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2020, I have electronically filed the foregoing using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record, including the following:

>Lewis F. Powell III (VSB No. 18266)
>Michael R. Shebelskie (VSB No. 27459)
>HUNTON ANDREWS KURTH LLP
>951 E. Byrd Street
>Richmond, Virginia 23219
>Telephone: (804) 788-8200
>Fax: (804) 788-8218
>lpowell@HuntonAK.com
>mshebelskie@HuntonAK.com
>
>Wendy C. McGraw (VSB No. 37880)
>HUNTON ANDREWS KURTH LLP
>500 E. Main Street, Suite 1301
>Norfolk, Virginia 23510
>Telephone: (757) 640-5300
>Fax: (757) 625-7720
>wmcgraw@HuntonAK.com
>
>*Counsel for Family Dollar, Inc.*

>/s/ Alison Wickizer Toepp
>Alison Wickizer Toepp (VSB No. 75564)
>REED SMITH LLP
>Riverfront Plaza – West Tower
>901 East Byrd Street, Suite 1900
>Richmond, Virginia 23219
>Telephone: (804) 344-3400
>Facsimile: (804) 344-3410
>atoepp@reedsmith.com
>
>*Counsel for American Arbitration Association, Inc.*